Robert Whitmore, Trustee
3600 Lime Street, Suite 616
Riverside, CA 92501
Phone: 951-276-9292

## UNITED STATES BANKRUPTCY COURT
### DISTRICT OF
### DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| SCARTH, JARED HUNTER | § | Case No. 6:18-bk-13248-WJ |
| SCARTH, VICTORIA CAROL | § | |
| | § | |
| Debtor(s) | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1.  A petition under chapter     of the United States Bankruptcy Code was filed on   . The undersigned trustee was appointed on      .

2.  The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3.  All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4.  The trustee realized gross receipts of          $

Funds were disbursed in the following amounts:

Payments made under an interim
disbursement
Administrative expenses
Bank service fees
Other payments to creditors
Non-estate funds paid to 3rd Parties
Exemptions paid to the debtor
Other payments to the debtor

Leaving a balance on hand of[1]        $

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

The remaining funds are available for distribution.

5.   Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6.   The deadline for filing non-governmental claims in this case was                    and the deadline for filing governmental claims was                    . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7.   The Trustee's proposed distribution is attached as **Exhibit D**.

8.   Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $              .  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $          as interim compensation and now requests a sum of $            , for a total compensation of $          [2].  In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $        , and now requests reimbursement for expenses of $            , for total expenses of $          [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____     By:/s/ROBERT  S.  WHITMORE, TRUSTEE_____
                                                            Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**FORM1**

## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

Page:    1

| Case No: | 18-13248 | WJ | Judge: WAYNE E. JOHNSON | Trustee Name: | ROBERT S. WHITMORE, TRUSTEE |
|---|---|---|---|---|---|

Case Name:    SCARTH, JARED HUNTER

SCARTH, VICTORIA CAROL

For Period Ending:  06/02/20

Date Filed (f) or Converted (c):   04/18/18 (f)

341(a) Meeting Date:    05/21/18

Claims Bar Date:    11/26/18

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. COMMERCIAL BUILDING, APN: 910-282-011-4 PO | 7,000,000.00 | 0.00 | | 0.00 | FA |
| 2. RESIDENCE SFR-31222 MANGROVE DR, TEMECULA | 405,000.00 | 0.00 | OA | 0.00 | FA |
| 3. SFR, SECONDARY HOME., 956 MARTIN RD.,BALTIMORE, MD POSSIBLE SHORT SALE | Unknown | 0.00 | | 0.00 | FA |
| 4. 2014 AUDI S5 - CONDITION: GOOD | 28,097.00 | 0.00 | OA | 0.00 | FA |
| 5. 2011 CHEVROLET SUBURBAN CONDITION: FAIR | 15,471.00 | 6,000.00 | | 6,070.00 | FA |
| 6. HOUSEHOLD GOODS AND FURNITURE | 3,230.00 | 0.00 | | 0.00 | FA |
| 7. ELECTRONICS | 2,075.00 | 0.00 | | 0.00 | FA |
| 8. CLOTHING | 500.00 | 0.00 | | 0.00 | FA |
| 9. BANK OF AMERICA - CHECKING ACCOUNT #8427 | 5.00 | 0.00 | | 0.00 | FA |
| 10. JP MORGAN CHASE BANK, N.A -CHECKING #1335 | 0.00 | 0.00 | | 0.00 | FA |
| 11. JP MORGAN CHASE BANK - CHECKING #1368 | 14.00 | 0.00 | | 0.00 | FA |
| 12. WELLS FARGO - CHECKING ACCOUNT #7359 | 34.84 | 0.00 | | 0.00 | FA |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $7,454,426.84 | $6,000.00 | | $6,070.00 | $0.00 |
|---|---|---|---|---|---|

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

PERIOD ENDING 12/31/19

SETTLEMENT REACHED WITH DEBTORS RE EXCESS EQUITY IN VEHICLE;

ORDER ENTERED 04-11-19 APPROVING COMPROMISE

DEBTORS MADE SEVERAL PAYMENTS. MOST RECENT PAYMENTS NSF.

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page:    2

| | | | |
|---|---|---|---|
| Case No: | 18-13248    WJ    Judge: WAYNE E. JOHNSON | Trustee Name: | ROBERT  S.  WHITMORE, TRUSTEE |
| Case Name: | SCARTH, JARED HUNTER | Date Filed (f) or Converted (c): | 04/18/18 (f) |
| | SCARTH, VICTORIA CAROL | 341(a) Meeting Date: | 05/21/18 |
| | | Claims Bar Date: | 11/26/18 |

TRUSTEE TO PREPARE TURNOVER MOTION FOR BALANCE DUE;

A REVIEW OF THE ESTATE DETERMINE THAT NO TAXES WILL BE DUE FOR THIS ESTATE

PERIOD ENDING 12/31/18

WORKING WITH DEBTORS RE NON-EXMEPT EQUITY IN VEHICLE;

DEBTOR SENT IN OFFER NOT ACCEPTABLE;

THEY WILL EITHER SEND IN NEW OFFER OR SURRENDER VEHICLE TO TRUSTEE

NON-EXEMPT EQUITY IN VEHICLE;

WORKING WITH DEBTORS RE NON-EXMEPT EQUITY IN VEHICLE;

WORKING WITH REAL ESTATE BROKER TO SHORT SALE BALTIMORE, MD PROPERTY;

09-19-18 ORDER ENTERED AUTHORZING EMPLOYMENT OF THE DYSON COMPANIES AS REAL ESTATE BROKER;

OFFER RECEIVED TO SHORT SALE PROPERTY;

MOTION TO SELL HEARING SET FOR 10-23-18;

BALITMORE, MD PROPERTY LOST TO FORECLOSURE;

WITHDRAW MOTION TO SELL;

SETTLEMENT REACHED WITH DEBTORS RE EXCESS EQUITY IN VEHICLE;

MOTION TO APPROVE COMPROMISE FILED; ORDER ENTERED 04-11-19 APPROVING COMPROMISE

Initial Projected Date of Final Report (TFR): 12/31/20        Current Projected Date of Final Report (TFR): 12/31/20

**Exhibit A**

**FORM 2**

Page: 1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| Case No: | 18-13248 -WJ |
| Case Name: | SCARTH, JARED HUNTER |
| | SCARTH, VICTORIA CAROL |
| Taxpayer ID No: | *******0919 |
| For Period Ending: | 06/02/20 |

| | |
|---|---|
| Trustee Name: | ROBERT S. WHITMORE, TRUSTEE |
| Bank Name: | UNION BANK |
| Account Number / CD #: | *******9493 Checking Account (Non-Interest Earn |
| | |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| | 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|---|
| | Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | | BALANCE FORWARD | | | | 0.00 |
| | 03/15/19 | 5 | JARED & VICTORIA SCARTH 31222 MANGROVE DR. TEMECULA, CA 92592 | NON-EXEMPT EQUITY IN VEHICLE | 1129-000 | 1,500.00 | | 1,500.00 |
| | 04/22/19 | 5 | JARED & VICTORIA SCARTH 31222 MANGROVE DR. TEMECULA, CA 92592 | NON-EXEMPT EQUITY IN VEHICLE | 1129-000 | 1,500.00 | | 3,000.00 |
| | 05/21/19 | 5 | JARED & VICTORIA SCARTH 31222 MANGROVE DR. TEMECULA, CA 92592 | NON-EXEMPT EQUITY IN VEHICLE | 1129-000 | 1,500.00 | | 4,500.00 |
| | 05/28/19 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 4,485.00 |
| * | 06/24/19 | | JARED & VICTORIA SCARTH 31222 MANGROVE DR. TEMECULA, CA 92592 | NON-EXEMPT EQUITY IN VEHICLE | 1129-000 | 1,500.00 | | 5,985.00 |
| | 06/25/19 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 5,970.00 |
| * | 07/01/19 | | JARED & VICTORIA SCARTH 31222 MANGROVE DR. TEMECULA, CA 92592 | NON-EXEMPT EQUITY IN VEHICLE RETURNED NSF | 1129-000 | -1,500.00 | | 4,470.00 |
| * | 07/08/19 | | JARED & VICTORIA SCARTH 31222 MANGROVE DR. TEMECULA, CA 92592 | EQUITY IN VEHICLE (REPLACE NSF) | 1129-000 | 1,500.00 | | 5,970.00 |
| | 07/08/19 | 5 | JARED HUNTER SCARTH 31222 MANGROVE DR. TEMECULA, CA 92592 | NON-EXEMPT EQUITY IN VEHICLE | 1129-000 | 35.00 | | 6,005.00 |
| * | 07/18/19 | | JARED & VICTORIA SCARTH 31222 MANGROVE DR. TEMECULA, CA 92592 | EQUITY IN VEHICLE (REPLACE NSF) RETURNED NSF | 1129-000 | -1,500.00 | | 4,505.00 |
| * | 08/02/19 | | JARED & VICTORIA SCARTH 31222 MANGROVE DR. TEMECULA, CA 92592 | NON-EXEMPT EQUITY IN VEHICLE | 1129-000 | 735.00 | | 5,240.00 |
| | | | | Page Subtotals | | 5,270.00 | 30.00 | |

**FORM 2**

Page:   2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| Case No: | 18-13248  -WJ | |
| Case Name: | SCARTH, JARED HUNTER | |
| | SCARTH, VICTORIA CAROL | |
| Taxpayer ID No: | *******0919 | |
| For Period Ending: | 06/02/20 | |

| | |
|---|---|
| Trustee Name: | ROBERT  S.  WHITMORE, TRUSTEE |
| Bank Name: | UNION BANK |
| Account Number / CD #: | *******9493  Checking Account (Non-Interest Earn |
| | |
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 08/07/19 | 5 | JARED & VICTORIA SCARTH 31222 MANGROVE DR. TEMECULA, CA  92592 | NON-EXEMPT EQUITY IN VEHICLE | 1129-000 | 735.00 | | 5,975.00 |
| * 08/22/19 | | JARED & VICTORIA SCARTH 31222 MANGROVE DR. TEMECULA, CA  92592 | NON-EXEMPT EQUITY IN VEHICLE RETURNED NSF | 1129-000 | -735.00 | | 5,240.00 |
| * 11/08/19 | | JARED & VICTORIA SCARTH 31222 MANGROVE DR. TEMECULA, CA  92592 | NON-EXEMPT EQUITY IN VEHICLE | 1129-000 | 200.00 | | 5,440.00 |
| * 11/14/19 | | JARED & VICTORIA SCARTH 31222 MANGROVE DR. TEMECULA, CA  92592 | NON-EXEMPT EQUITY IN VEHICLE RETURNED NSF | 1129-000 | -200.00 | | 5,240.00 |
| 11/20/19 | | Trsf To Axos Bank | FINAL TRANSFER | 9999-000 | | 5,240.00 | 0.00 |

| | | | |
|---|---|---|---|
| COLUMN TOTALS | 5,270.00 | 5,270.00 | 0.00 |
| Less:  Bank Transfers/CD's | 0.00 | 5,240.00 | |
| Subtotal | 5,270.00 | 30.00 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 5,270.00 | 30.00 | |

| | | |
|---|---|---|
| Page Subtotals | 0.00 | 5,240.00 |

**FORM 2**                                                                                               Page:   3

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 18-13248  -WJ | | Trustee Name: | ROBERT  S.  WHITMORE, TRUSTEE |
|---|---|---|---|---|
| Case Name: | SCARTH, JARED HUNTER | | Bank Name: | Axos Bank |
| | SCARTH, VICTORIA CAROL | | Account Number / CD #: | *******0196  Checking Account |
| Taxpayer ID No: | *******0919 | | | |
| For Period Ending: | 06/02/20 | | Blanket Bond (per case limit): | $  5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 11/20/19 | | Trsf In From UNION BANK | INITIAL WIRE TRANSFER IN | 9999-000 | 5,240.00 | | 5,240.00 |
| 02/03/20 | 030001 | INTERNATIONAL SURETIES, LTD 701 POYDRAS STREET SUITE #420 NEW ORLEANS, LA 70139 | TRUSTEE'S BLANKET BOND PYMT BOND #016030867 TERM: 01/04/20 - 01/04/21 | 2300-000 | | 4.06 | 5,235.94 |
| * 03/10/20 | | JARED & VICTORIA SCARTH 31222 MANGROVE DR. TEMECULA, CA  92592 | NON-EXEMPT EQUITY IN VEHICLE | 1129-000 | 800.00 | | 6,035.94 |
| * 03/23/20 | | JARED & VICTORIA SCARTH 31222 MANGROVE DR. TEMECULA, CA  92592 | NON-EXEMPT EQUITY IN VEHICLE RETURNED NSF | 1129-000 | -800.00 | | 5,235.94 |
| 03/23/20 | 5 | JARED HUNTER SCARTH 31222 MANGROVE DR. TEMECULA, CA  92592 | NON-EXEMPT EQUITY IN VEHICLE | 1129-000 | 800.00 | | 6,035.94 |
| 04/01/20 | | JARED HUNTER SCARTH 31222 MANGROVE DR. TEMECULA, CA  92592 | DEPOSIT #1 REDEPOSITED AND POSTED | 1129-000 | 800.00 | | 6,835.94 |
| 05/27/20 | 030002 | JARED & VICTORIA SCARTH 31222 MANGROVE DR. TEMECULA, CA  92592 | RETURN EXCESS PAYMENT | 1129-000 | | 800.00 | 6,035.94 |

Page Subtotals                6,840.00              804.06

FORM 2    Page:    4

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No:        18-13248  -WJ
Case Name:      SCARTH, JARED HUNTER
                SCARTH, VICTORIA CAROL
Taxpayer ID No: *******0919
For Period Ending: 06/02/20

Trustee Name:            ROBERT  S.  WHITMORE, TRUSTEE
Bank Name:               Axos Bank
Account Number / CD #:   *******0196  Checking Account

Blanket Bond (per case limit):  $  5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 6,840.00 | 804.06 | 6,035.94 |
| | | | Less:  Bank Transfers/CD's | | 5,240.00 | 0.00 | |
| | | | Subtotal | | 1,600.00 | 804.06 | |
| | | | Less:  Payments to Debtors | | | 0.00 | |
| | | | Net | | 1,600.00 | 804.06 | |

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Checking Account (Non-Interest Earn - ********9493 | 5,270.00 | 30.00 | 0.00 |
| Checking Account - ********0196 | 1,600.00 | 804.06 | 6,035.94 |
| | ----------------------- | ----------------------- | ----------------------- |
| | 6,870.00 | 834.06 | 6,035.94 |
| | ============== | ============== | ============== |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

# Central District of California
# Claims Register

### 6:18-bk-13248-WJ Jared Hunter Scarth and Victoria Carol Scarth

**Judge:** Wayne E. Johnson      **Chapter:** 7
**Office:** Riverside      **Last Date to file claims:** 11/26/2018
**Trustee:** Robert Whitmore (TR)      **Last Date to file (Govt):** 11/26/2018

| Creditor: (38503999)<br>Riverside County Tax Collector<br>4080 Lemon St., 4th Floor<br>Riverside CA 92501 | Claim No: 1<br>*Original Filed<br>Date:* 05/07/2018<br>*Original Entered<br>Date:* 05/07/2018 | Status:<br>*Filed by:* CR<br>*Entered by:* Tanisha Lozano<br>*Modified:* |
|---|---|---|

| Amount | claimed: | $2,077.56 | |
|---|---|---|---|
| Secured | claimed: | $2,077.56 | |

*Allowed fully Secured - order 5-5-20*

| History: |
|---|
| Details | 1-1 | 05/07/2018 | Claim #1 filed by Riverside County Tax Collector, Amount claimed: $2077.56 (Lozano, Tanisha) |

*Description:* (1-1) # not indicated

*Remarks:*

| Creditor: (38716326)<br>TD Bank, USA<br>by American InfoSource as agent<br>PO Box 248866<br>Oklahoma City, OK 73124-8866 | Claim No: 2<br>*Original Filed<br>Date:* 08/28/2018<br>*Original Entered<br>Date:* 08/28/2018 | Status:<br>*Filed by:* CR<br>*Entered by:* Jennifer Harris<br>*Modified:* |
|---|---|---|

| Amount | claimed: | $1299.56 | |
|---|---|---|---|

| History: |
|---|
| Details | 2-1 | 08/28/2018 | Claim #2 filed by TD Bank, USA, Amount claimed: $1299.56 (Harris, Jennifer) |

*Description:* #8463

*Remarks:*

| Creditor: (38463327) History<br>Fabozzi & Miller, APC<br>41911 Fifth Street, Suite 200<br>Temecula, CA 92590 | Claim No: 3<br>*Original Filed<br>Date:* 08/29/2018<br>*Original Entered<br>Date:* 08/29/2018 | Status:<br>*Filed by:* CR<br>*Entered by:* Edward J Miller<br>*Modified:* |
|---|---|---|

| Amount | claimed: | $4361.50 | |
|---|---|---|---|

| History: |
|---|
| Details | 3-1 | 08/29/2018 | Claim #3 filed by Fabozzi & Miller, APC, Amount claimed: $4361.50 (Miller, Edward) |

*Description:* (3-1) Legal services rendered

*Remarks:* #4D37

| Creditor: (38463643) | Claim No: 4 | Status: |
|---|---|---|
| Internal Revenue Service | Original Filed | Filed by: CR |
| Po Box ~~7425~~ 7346 | Date: 08/30/2018 | Entered by: Timothy C Schakow |
| San Francisco, CA 94120 | Original Entered | Modified: |
| Philadelphia, PA 19101-7346 | Date: 08/30/2018 | Pymt |

| | | | #600 - UNSEC | PO BOX 7317 Philadelphia, PA 19101-7317 |
|---|---|---|---|---|
| Amount | claimed: | $9032.65 | | |
| Secured | claimed: | $0.00 | | |
| Priority | claimed: | $8432.65 | 507(a)(8) | |

*History:*

| Details | 4-1 | 08/30/2018 | Claim #4 filed by Internal Revenue Service, Amount claimed: $9032.65 (Schakow, Timothy) |
|---|---|---|---|

*Description:*

*Remarks:*

| Creditor: (38721327) | Claim No: 5 | Status: |
|---|---|---|
| ECC Cabinets Inc | Original Filed | Filed by: CR |
| 4015 Industrial Ave | Date: 08/30/2018 | Entered by: Angie Jefferson |
| Hemet, CA 92545 | Original Entered | Modified: |
| | Date: 08/30/2018 | |

| Amount | claimed: | $9177.80 |
|---|---|---|

*History:*

| Details | 5-1 | 08/30/2018 | Claim #5 filed by ECC Cabinets Inc, Amount claimed: $9177.80 (Jefferson, Angie) |
|---|---|---|---|

*Description:* (5-1) Acc #7621

*Remarks:*

| Creditor: (38945200) | Claim No: 6 | Status: |
|---|---|---|
| Southern California Edison Company | Original Filed | Filed by: CR |
| 1551 W San Bernardino Rd | Date: 09/04/2018 | Entered by: Angie Jefferson |
| Covina CA 91722 | Original Entered | Modified: |
| | Date: 09/04/2018 | |

| Amount | claimed: | $366.93 |
|---|---|---|

*History:*

| Details | 6-1 | 09/04/2018 | Claim #6 filed by Southern California Edison Company, Amount claimed: $366.93 (Jefferson, Angie) |
|---|---|---|---|

*Description:* (6-1) Acc #6224

*Remarks:*

| Creditor: (38946768) | Claim No: 7 | Status: |
|---|---|---|

| Joy Carpets & Co Inc 2640 Lafayette Road Fort Oglethorpe, GA 30742 | Original Filed Date: 09/05/2018 Original Entered Date: 09/05/2018 | Filed by: CR Entered by: ePOC-User AutoDocket Modified: |
|---|---|---|

| Amount | claimed: | $1037.40 | |
|---|---|---|---|

| History: | | |
|---|---|---|
| Details | 7-1 | 09/05/2018 | Claim #7 filed by Joy Carpets & Co Inc, Amount claimed: $1037.40 (AutoDocket, ePOC-User) |

| Description: |
|---|

| Remarks: (7-1) Account Number (last 4 digits):8825 |
|---|

| Creditor:    (38463573) Alisa Givens 31724 Loma Linda Temecula, CA 92592 | Claim No: 8 Original Filed Date: 09/11/2018 Original Entered Date: 09/11/2018 | Status: Filed by: CR Entered by: Angie Jefferson Modified: |
|---|---|---|

| Amount | claimed: | $5244.00 | |
|---|---|---|---|
| Priority | claimed: | $5244.00 | |

*DISALLOWED in its entirety - ORD. 5.5.20 Corp Debt*

| History: | | |
|---|---|---|
| Details | 8-1 | 09/11/2018 | Claim #8 filed by Alisa Givens, Amount claimed: $5244.00 (Jefferson, Angie) |

| Description: (8-1) Acc #7621 |
|---|

| Remarks: |
|---|

| Creditor:    (38463636)    History Gilardo Flores 40832 Ginger Blossom Crt Murrieta CA 92562 | Claim No: 9 Original Filed Date: 09/12/2018 Original Entered Date: 09/12/2018 | Status: Filed by: CR Entered by: Kimberly Romero Modified: |
|---|---|---|

| Amount | claimed: | $4040.00 | |
|---|---|---|---|

*DISALLOWED in its entirety - ORD. 5.5.20 WAGES-Corp Debt*

| History: | | |
|---|---|---|
| Details | 9-1 | 09/12/2018 | Claim #9 filed by Gilardo Flores, Amount claimed: $4040.00 (Romero, Kimberly) |

| Description: |
|---|

| Remarks: |
|---|

| Creditor:    (39088760) Navient Solutions, LLC on behalf of Department of Education Loan Services PO BOX 9635 Wilkes-Barre, PA 18773-9635 | Claim No: 10 Original Filed Date: 09/19/2018 Original Entered Date: 09/19/2018 | Status: Filed by: CR Entered by: Thomas Nallon Modified: |
|---|---|---|

*Pymt PO BOX 740351 Atlanta GA 30374-0351*

| Amount | claimed: | $339723.50 | |
|---|---|---|---|

| History: |
|---|

| Details | 10-1 | 09/19/2018 | Claim #10 filed by Navient Solutions, LLC on behalf of, Amount claimed: $339723.50 (Nallon, Thomas) |

**Description:** 2704-2

**Remarks:**

| Creditor: (39097275) Capital One Bank (USA), N.A. PO Box 71083 Charlotte, NC 28272-1083 | **Claim No: 11** Original Filed Date: 09/24/2018 Original Entered Date: 09/24/2018 | Status: Filed by: CR Entered by: Ashley Boswell Modified: |

Amount claimed: $10839.95

History:
| Details | 11-1 | 09/24/2018 | Claim #11 filed by Capital One Bank (USA), N.A., Amount claimed: $10839.95 (Boswell, Ashley) |

**Description:** #9094

**Remarks:**

| Creditor: (39097275) Capital One Bank (USA), N.A. PO Box 71083 Charlotte, NC 28272-1083 | **Claim No: 12** Original Filed Date: 09/24/2018 Original Entered Date: 09/24/2018 | Status: Filed by: CR Entered by: Ashley Boswell Modified: |

Amount claimed: $795.62

History:
| Details | 12-1 | 09/24/2018 | Claim #12 filed by Capital One Bank (USA), N.A., Amount claimed: $795.62 (Boswell, Ashley) |

**Description:** #5103

**Remarks:**

| Creditor: (39097275) Capital One Bank (USA), N.A. PO Box 71083 Charlotte, NC 28272-1083 | **Claim No: 13** Original Filed Date: 09/24/2018 Original Entered Date: 09/24/2018 | Status: Filed by: CR Entered by: Ashley Boswell Modified: |

Amount claimed: $1633.24

History:
| Details | 13-1 | 09/24/2018 | Claim #13 filed by Capital One Bank (USA), N.A., Amount claimed: $1633.24 (Boswell, Ashley) |

**Description:** #1840

**Remarks:**

| Creditor: (39104719) | **Claim No: 14** | Status: |

| Capital One, N.A. c/o Becket and Lee LLP PO Box 3001 Malvern PA 19355-0701 | Original Filed Date: 09/27/2018 Original Entered Date: 09/27/2018 | Filed by: CR Entered by: Sabari Mukherjee Modified: |
|---|---|---|

| Amount | claimed: | $332.34 | |
|---|---|---|---|

**History:**

| Details | 14-1 | 09/27/2018 | Claim #14 filed by Capital One, N.A., Amount claimed: $332.34 (Mukherjee, Sabari) |
|---|---|---|---|

Description: #D300

Remarks: Rohls

| Creditor: (39120337) PYOD, LLC its successors and assigns as assignee of MHC Receivables, LLC and FNBM, LLC Resurgent Capital Services PO Box 19008 Greenville, SC 29602 | **Claim No: 15** Original Filed Date: 10/03/2018 Original Entered Date: 10/03/2018 | Status: Filed by: CR Entered by: William Patrick Andrews Modified: |
|---|---|---|

| Amount | claimed: | $1614.75 | |
|---|---|---|---|
| Secured | claimed: | $0.00 | |

**History:**

| Details | 15-1 | 10/03/2018 | Claim #15 filed by PYOD, LLC its successors and assigns as assignee, Amount claimed: $1614.75 (Andrews, William) |
|---|---|---|---|

Description: #9200

Remarks: Crent Due

| Creditor: (39120957) Ashley Funding Services, LLC its successors and assigns as assignee of Laboratory Corporation of America Holdings Resurgent Capital Services PO Box 10587 Greenville, SC 29603-0587 | **Claim No: 16** Original Filed Date: 10/03/2018 Original Entered Date: 10/03/2018 | Status: Filed by: CR Entered by: David Lamb Modified: |
|---|---|---|

| Amount | claimed: | $246.45 | |
|---|---|---|---|
| Secured | claimed: | $0.00 | |

**History:**

| Details | 16-1 | 10/03/2018 | Claim #16 filed by Ashley Funding Services, LLC its successors and, Amount claimed: $246.45 (Lamb, David) |
|---|---|---|---|

Description: #9270

Remarks:

| Creditor: (39145318) Wells Fargo Bank, National Association | **Claim No: 17** Original Filed | Status: Filed by: CR |
|---|---|---|

| P.O. Box 6148<br>El Monte, CA 91734 | Date: 10/17/2018<br>Original Entered<br>Date: 10/17/2018 | Entered by: Yvonne Ramirez-Browning<br>Modified: |
|---|---|---|

| Amount | claimed: | $78335.37 | |
|---|---|---|---|

**History:**

| Details | 17-1 | 10/17/2018 | Claim #17 filed by Wells Fargo Bank, National Association, Amount claimed: $78335.37 (Ramirez-Browning, Yvonne) |
|---|---|---|---|

Description: *Acct #2872*

Remarks:

---

| Creditor:    (39156845)<br>Frontier Communications<br>19 John St<br>Middletown, NY 10940 | **Claim No: 18**<br>Original Filed<br>Date: 10/23/2018<br>Original Entered<br>Date: 10/23/2018<br>Last Amendment<br>Filed: 10/23/2018<br>Last Amendment<br>Entered: 10/23/2018 | Status:<br>Filed by: CR<br>Entered by: ePOC-User AutoDocket<br>Modified: 10/23/2018 |
|---|---|---|

| Amount | claimed: | $92.48 | |
|---|---|---|---|

**History:**

| Details | 18-1 | 10/23/2018 | Claim #18 filed by Frontier Communications, Amount claimed: $92.48 (AutoDocket, ePOC-User) |
|---|---|---|---|
| Details | 18-2 | 10/23/2018 | Amended Claim #18 filed by Frontier Communications, Amount claimed: $92.48 (AutoDocket, ePOC-User) |
| Details | 18-3 | 10/23/2018 | Amended Claim #18 filed by Frontier Communications, Amount claimed: $92.48 (AutoDocket, ePOC-User) |

Description:

Remarks: (18-1) Account Number (last 4 digits):4897
(18-2) Account Number (last 4 digits):4897
(18-3) Account Number (last 4 digits):4897

---

| Creditor:    (39181554)<br>Alaska USA Federal Credit Union<br>PO Box 196200<br>Anchorage, AK 99519 | **Claim No: 19**<br>Original Filed<br>Date: 11/02/2018<br>Original Entered<br>Date: 11/02/2018 | Status:<br>Filed by: CR<br>Entered by: Carol Baxter<br>Modified: |
|---|---|---|

| Amount | claimed: | $1312.34 | *3-30-20 Claim Withdrawn* |
|---|---|---|---|
| Secured | claimed: | $1312.34 | *3-25-20 Withdrawing claim* |

**History:**

| Details | 19-1 | 11/02/2018 | Claim #19 filed by Alaska USA Federal Credit Union, Amount claimed: $1312.34 (Baxter, Carol) |
|---|---|---|---|

Description: (19-1) ***7016 L01

Remarks: (19-1) 2011 Chevrolet Suburban

| Creditor:          (39200378)<br>(Dee) Aka Dolores R Rippey<br>Dee Rippey<br>22486 Lighthouse Dr<br>Canyon Lake CA 92587 | Claim No: 20<br>Original Filed<br>Date: 11/14/2018<br>Original Entered<br>Date: 11/14/2018 | Status:<br>Filed by: CR<br>Entered by: Arleen Aguilar<br>Modified: |
|---|---|---|

Amount claimed: $5867.28   *Disallowed in its entirety—ord 5.5-20 Opp—wages*

| History: |
|---|

| Details | 20-1 | 11/14/2018 | Claim #20 filed by (Dee) Aka Dolores R Rippey, Amount claimed: $5867.28 (Aguilar, Arleen) |
|---|---|---|---|

Description: (20-1) acct # 7621, 2704

Remarks:

| Creditor:          (39200814)<br>Quantum3 Group LLC as agent for<br>Comenity Bank<br>PO Box 788<br>Kirkland, WA 98083-0788 | Claim No: 21<br>Original Filed<br>Date: 11/14/2018<br>Original Entered<br>Date: 11/14/2018 | Status:<br>Filed by: CR<br>Entered by: Taylor Tedder<br>Modified: |
|---|---|---|

Amount claimed: $771.83

| History: |
|---|

| Details | 21-1 | 11/14/2018 | Claim #21 filed by Quantum3 Group LLC as agent for, Amount claimed: $771.83 (Tedder, Taylor) |
|---|---|---|---|

Description: (21-1) Money Loaned  *#2723*

Remarks: *Victoria*

| Creditor:          (39200815)<br>Quantum3 Group LLC as agent for<br>Comenity Capital Bank<br>PO Box 788<br>Kirkland, WA 98083-0788 | Claim No: 22<br>Original Filed<br>Date: 11/14/2018<br>Original Entered<br>Date: 11/14/2018 | Status:<br>Filed by: CR<br>Entered by: Taylor Tedder<br>Modified: |
|---|---|---|

Amount claimed: $447.15

| History: |
|---|

| Details | 22-1 | 11/14/2018 | Claim #22 filed by Quantum3 Group LLC as agent for, Amount claimed: $447.15 (Tedder, Taylor) |
|---|---|---|---|

Description: (22-1) Money Loaned  *#2070*

Remarks: *My Place Rewards*

| Creditor:          (39203232)<br>Prudhomme Associates CPA Inc<br>43460 Ridge Park Drive Ste 220<br>Temecula, CA 92590 | Claim No: 23<br>Original Filed<br>Date: 11/15/2018<br>Original Entered<br>Date: 11/15/2018 | Status:<br>Filed by: CR<br>Entered by: Angie Jefferson<br>Modified: |
|---|---|---|

Amount claimed: $4810.00

**History:**

| Details | 23-1 | 11/15/2018 | Claim #23 filed by Prudhomme Associates CPA Inc, Amount claimed: $4810.00 (Jefferson, Angie) |

Description: (23-1) Acc #SCAJ

Remarks:

---

| Creditor: (39212211) PYOD, LLC Resurgent Capital Services PO Box 19008 Greenville, SC 29602 | Claim No: 24 Original Filed Date: 11/20/2018 Original Entered Date: 11/20/2018 | Status: Filed by: CR Entered by: LeoAnn Shannon Modified: |

| Amount | claimed: | $5571.01 |
| Secured | claimed: | $0.00 |

**History:**

| Details | 24-1 | 11/20/2018 | Claim #24 filed by PYOD, LLC, Amount claimed: $5571.01 (Shannon, LeoAnn) |

Description: #4453

Remarks: Synchrony-Gao

---

| Creditor: (39212211) PYOD, LLC Resurgent Capital Services PO Box 19008 Greenville, SC 29602 | Claim No: 25 Original Filed Date: 11/20/2018 Original Entered Date: 11/20/2018 | Status: Filed by: CR Entered by: David Lamb Modified: |

| Amount | claimed: | $416.30 |
| Secured | claimed: | $0.00 |

**History:**

| Details | 25-1 | 11/20/2018 | Claim #25 filed by PYOD, LLC, Amount claimed: $416.30 (Lamb, David) |

Description: Acct #3815

Remarks: Rus

---

| Creditor: (39212211) PYOD, LLC Resurgent Capital Services PO Box 19008 Greenville, SC 29602 | Claim No: 26 Original Filed Date: 11/20/2018 Original Entered Date: 11/20/2018 | Status: Filed by: CR Entered by: David Lamb Modified: |

| Amount | claimed: | $529.84 |
| Secured | claimed: | $0.00 |

**History:**

| Details | 26-1 | 11/20/2018 | Claim #26 filed by PYOD, LLC, Amount claimed: $529.84 (Lamb, David) |

Description: # 8194

Remarks: TJX

---



| Creditor:    (38463657) | Claim No: 27 | Status: |
| Michael L. Klein | Original Filed | Filed by: CR |
| 900 Pier View Way, P.O. Box 299 | Date: 11/26/2018 | Entered by: Michael L Klein |
| Oceanside, CA 92049 | Original Entered | Modified: |
| | Date: 11/26/2018 | |

Amount claimed: $26083.00

History:

| Details | 27-1 | 11/26/2018 | Claim #27 filed by Michael L. Klein, Amount claimed: $26083.00 (Klein, Michael) |

Description: (27-1) Judgment for Murrieta Springs Retail Group, LLC

Remarks:

| Creditor:    (38463613) | Claim No: 28 | Status: |
| Door Saver | Original Filed | Filed by: CR |
| 42095 Zevo Dr #11 | Date: 11/26/2018 | Entered by: Lazaro E Fernandez |
| Temecula, CA 92590 | Original Entered | Modified: |
| | Date: 11/26/2018 | |

Amount claimed: $18300.00
Secured claimed: $0.00
Priority claimed: $0.00

History:

| Details | 28-1 | 11/26/2018 | Claim #28 filed by Door Saver, Amount claimed: $18300.00 (Fernandez, Lazaro) |

Description: (28-1) Proof of Claim with exhibits

Remarks:

## Claims Register Summary

**Case Name:** Jared Hunter Scarth and Victoria Carol Scarth
**Case Number:** 6:18-bk-13248-WJ
**Chapter:** 7
**Date Filed:** 04/18/2018
**Total Number Of Claims:** 28

| Total Amount Claimed* | $534359.85 |
| Total Amount Allowed* | |

*Includes general unsecured claims

**The values are reflective of the data entered. Always refer to claim documents for actual amounts.**

| | Claimed | Allowed |
|---|---|---|
| Secured | $3389.90 | |
| Priority | $13676.65 | |

| Administrative | | |
|---|---|---|

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 06/26/2019 10:57:50 | | | |
| **PACER Login:** | rw0957:2802359:0 | **Client Code:** | |
| **Description:** | Claims Register | **Search Criteria:** | 6:18-bk-13248-WJ Filed or Entered From: 01/01/1980 Filed or Entered To: 12/31/2019 |
| **Billable Pages:** | 3 | **Cost:** | 0.30 |

## TRUSTEE'S PROPOSED DISTRIBUTION

Case No.: 6:18-bk-13248-WJ
Case Name: SCARTH, JARED HUNTER
                     SCARTH, VICTORIA CAROL
Trustee Name: ROBERT  S.  WHITMORE, TRUSTEE

               Balance on hand                             $

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: ROBERT  S.  WHITMORE, TRUSTEE | $ | $ | $ |
| Trustee Expenses: ROBERT  S. WHITMORE, TRUSTEE | $ | $ | $ |

       Total to be paid for chapter 7 administrative expenses      $_____

       Remaining Balance                            $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $                    must be paid in advance of any dividend to general (unsecured) creditors.

       Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000004A | INTERNAL REVENUE SERVICE | $ | $ | $ |

Total to be paid to priority creditors                          $_____

Remaining Balance                                          $_____

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $           have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be        percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000002 | TD BANK, USA | $ | $ | $ |
| 000003 | FABOZZI & MILLER, APC | $ | $ | $ |
| 000005 | ECC CABINETS INC | $ | $ | $ |
| 000006 | SOUTHERN CALIFORNIA EDISON COMPANY | $ | $ | $ |
| 000007 | JOY CARPETS & CO INC | $ | $ | $ |
| 000010 | NAVIENT SOLUTIONS, LLC ON BEHALF OF | $ | $ | $ |
| 000011 | CAPITAL ONE BANK (USA), N.A. | $ | $ | $ |
| 000012 | CAPITAL ONE BANK (USA), N.A. | $ | $ | $ |
| 000013 | CAPITAL ONE BANK (USA), N.A. | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000014 | CAPITAL ONE, N.A. | $ | $ | $ |
| 000015 | PYOD, LLC ITS SUCCESSORS AND ASSIGNS AS | $ | $ | $ |
| 000016 | ASHLEY FUNDING SERVICES, LLC ITS | $ | $ | $ |
| 000017 | WELLS FARGO BANK, NATIONAL ASSOCIATION | $ | $ | $ |
| 000018 | FRONTIER COMMUNICATIONS | $ | $ | $ |
| 000021 | QUANTUM3 GROUP LLC AS AGENT FOR | $ | $ | $ |
| 000022 | QUANTUM3 GROUP LLC AS AGENT FOR | $ | $ | $ |
| 000023 | PRUDHOMME ASSOCIATES CPA INC | $ | $ | $ |
| 000024 | PYOD, LLC | $ | $ | $ |
| 000025 | PYOD, LLC | $ | $ | $ |
| 000026 | PYOD, LLC | $ | $ | $ |
| 000027 | MURRIETA SPRINGS | $ | $ | $ |
| 000028 | DOOR SAVER | $ | $ | $ |
| 000004B | INTERNAL REVENUE SERVICE | $ | $ | $ |

Total to be paid to timely general unsecured creditors    $_____

Remaining Balance    $_____

Tardily filed claims of general (unsecured) creditors totaling $          have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be          percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $          have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be          percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE