NEXUS BANKRUPTCY
BENJAMIN HESTON (297798)
3090 Bristol Street #400
Costa Mesa, CA 92660
Tel: 949-312-1377
Fax: 949-288-2054
ben@nexusbk.com

Attorney for Debtors

FILED & ENTERED

JAN 30 2024

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY gooch     DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

RIVERSIDE DIVISION

In re:

JARED HUNTER SCARTH, and
VICTORIA CAROL SCARTH,

Debtors.

Case No: 6:18-bk-13248-WJ

CHAPTER 7

**SCHEDULING ORDER**

The Court has reviewed the motion of the debtor to reopen this chapter 7 bankruptcy case filed on January 23, 2024 as docket #90 and hereby ORDERS as follows:

1.    A hearing is hereby set regarding the motion for March 27, 2024 at 3:30 p.m.  The debtors are directed to, no later than February 2, 2024, serve the motion and file and serve notice of the hearing (with a copy of this order attached to the notice) on all creditors as well as all parties against whom the debtors seek further relief (i.e. any and all parties who hold liens which the debtors seek to avoid, bifurcate or otherwise modify).

2.    In addition, the pending motion does not disclose that Jared Scarth has an existing bankruptcy case pending at this time: chapter 13 bankruptcy case 6:23-bk-12742-WJ.  Counsel for the debtors is directed to file and serve on all creditors (no later than March 6, 2024) a

supplemental brief that discloses all prior and existing bankruptcy cases of both debtors.  The supplemental brief should also provide legal analysis and applicable case law explaining why the debtors believe the bankruptcy code permits a person to file and prosecute two bankruptcy cases simultaneously.  The supplemental brief should also explain why Mr. Scarth believes he needs to prosecute two bankruptcy cases simultaneously.

3. Any opposition to the motion shall be filed and served no later than March 13, 2024.  Any reply shall be filed and served no later than March 20, 2024.

4. The hearing on March 27, 2024 at 3:30 p.m. shall occur in person in the courtroom. Appearances by telephone or special appearance counsel would not be appropriate for that hearing.

IT IS SO ORDERED.

###

Date: January 30, 2024

Wayne Johnson
United States Bankruptcy Judge