United States Bankruptcy Court

Central District of California

| | |
|---|---|
| In re: | Case No. 18-13248-WJ |
| Jared Hunter Scarth | Chapter 7 |
| Victoria Carol Scarth | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0973-6 | User: admin | Page 1 of 2 |
| Date Rcvd: Jan 30, 2024 | Form ID: pdf042 | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol      Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 01, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jared Hunter Scarth, 31222 Mangrove Dr., Temecula, CA 92592-4176 |
| jdb | + | Victoria Carol Scarth, 31222 Mangrove Dr., Temecula, CA 92592-4176 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 01, 2024     Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 30, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Benjamin Heston | on behalf of Debtor Jared Hunter Scarth bhestonecf@gmail.com  benheston@recap.email,NexusBankruptcy@jubileebk.net |
| Benjamin Heston | on behalf of Joint Debtor Victoria Carol Scarth bhestonecf@gmail.com  benheston@recap.email,NexusBankruptcy@jubileebk.net |
| Carol Baxter | on behalf of Creditor Alaska USA Federal Credit Union enforcement@alaskausa.org |
| Gary S Saunders | on behalf of Joint Debtor Victoria Carol Scarth gary@saundersapc.com gary@saunderslawoffice.com;trang@saunderslawoffice.com;marvin@saunderslawoffice.com;deanna@saunderslawoffice.com;r50512@notify.bestcase.com |

District/off: 0973-6 | User: admin | Page 2 of 2
Date Rcvd: Jan 30, 2024 | Form ID: pdf042 | Total Noticed: 2

Gary S Saunders
    on behalf of Debtor Jared Hunter Scarth gary@saundersapc.com gary@saunderslawoffice.com;trang@saunderslawoffice.com;marvin@saunderslawoffice.com;deanna@saunderslawoffice.com;r50512@notify.bestcase.com

Gilbert R Yabes
    on behalf of Interested Party Courtesy NEF ecfcacb@aldridgepite.com GRY@ecf.inforuptcy.com;gyabes@aldridgepite.com

Joseph M Pleasant
    on behalf of Creditor JPMorgan Chase Bank N.A. jpleasant@reeselawgroup.com, jguerin@reeselawgroup.com

Josephine E Salmon
    on behalf of Interested Party Courtesy NEF ecfcacb@aldridgepite.com JES@ecf.inforuptcy.com;jsalmon@aldridgepite.com

Nancy L Lee
    on behalf of Creditor Lakeview Loan Servicing LLC, its assignees and/or successors, by and through its servicing agent M&T Bank bknotice@mccarthyholthus.com, nlee@ecf.courtdrive.com

Nancy L Lee
    on behalf of Creditor M&T Bank as Attorney in Fact for Lakeview Loan Servicing LLC bknotice@mccarthyholthus.com, nlee@ecf.courtdrive.com

Nancy L Lee
    on behalf of Interested Party Courtesy NEF bknotice@mccarthyholthus.com nlee@ecf.courtdrive.com

Robert Whitmore (TR)
    rswtrustee@yahoo.com rwhitmore@ecf.axosfs.com

Sabari Mukherjee
    on behalf of Interested Party Courtesy NEF notices@becket-lee.com

United States Trustee (RS)
    ustpregion16.rs.ecf@usdoj.gov

Valerie Smith
    on behalf of Interested Party Courtesy NEF claims@recoverycorp.com

Yvonne Ramirez-Browning
    on behalf of Creditor Wells Fargo Bank National Association yvonne@browninglawgroup.com, ruth@browninglawgroup.com

TOTAL: 16

NEXUS BANKRUPTCY
BENJAMIN HESTON (297798)
3090 Bristol Street #400
Costa Mesa, CA 92660
Tel: 949-312-1377
Fax: 949-288-2054
ben@nexusbk.com

Attorney for Debtors

**FILED & ENTERED**

JAN 30 2024

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY **gooch**    DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

RIVERSIDE DIVISION

In re:

JARED HUNTER SCARTH, and
VICTORIA CAROL SCARTH,

Debtors.

Case No: 6:18-bk-13248-WJ

CHAPTER 7

**SCHEDULING ORDER**

The Court has reviewed the motion of the debtor to reopen this chapter 7 bankruptcy case filed on January 23, 2024 as docket #90 and hereby ORDERS as follows:

1. A hearing is hereby set regarding the motion for March 27, 2024 at 3:30 p.m. The debtors are directed to, no later than February 2, 2024, serve the motion and file and serve notice of the hearing (with a copy of this order attached to the notice) on all creditors as well as all parties against whom the debtors seek further relief (i.e. any and all parties who hold liens which the debtors seek to avoid, bifurcate or otherwise modify).

2. In addition, the pending motion does not disclose that Jared Scarth has an existing bankruptcy case pending at this time: chapter 13 bankruptcy case 6:23-bk-12742-WJ. Counsel for the debtors is directed to file and serve on all creditors (no later than March 6, 2024) a

1 supplemental brief that discloses all prior and existing bankruptcy cases of both debtors. The
2 supplemental brief should also provide legal analysis and applicable case law explaining why the
3 debtors believe the bankruptcy code permits a person to file and prosecute two bankruptcy cases
4 simultaneously. The supplemental brief should also explain why Mr. Scarth believes he needs to
5 prosecute two bankruptcy cases simultaneously.

6     3.    Any opposition to the motion shall be filed and served no later than March 13,
7 2024. Any reply shall be filed and served no later than March 20, 2024.

8     4.    The hearing on March 27, 2024 at 3:30 p.m. shall occur in person in the courtroom.
9 Appearances by telephone or special appearance counsel would not be appropriate for that hearing.
10 IT IS SO ORDERED.

11     ###

24 Date: January 30, 2024

_Wayne Johnson_
Wayne Johnson
United States Bankruptcy Judge