**FILED & ENTERED**

MAR 27 2024

**CLERK U.S. BANKRUPTCY COURT
Central District of California
BY gooch       DEPUTY CLERK**

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

RIVERSIDE DIVISION

| | |
|---|---|
| In re:<br><br>JARED HUNTER SCARTH,<br><br>               Debtor. | Case No.: 6:18-bk-13248-WJ<br><br>CHAPTER 7<br><br>**ORDER DENYING MOTION TO REOPEN** |

On January 23, 2024, the debtor filed a motion to reopen this case. <u>See</u> Docket #90. The Court then issued a scheduling order on January 30, 2024 setting the matter for a hearing on March 27, 2024 at 3:30 p.m. and directing counsel to provide notice. The order also directed counsel to file a supplemental brief. However, counsel for the debtor did not provide the notice, did not provide the supplemental brief and did not appear at the hearing.

Accordingly, the Court hereby ORDERS as follows:

1. The motion is denied for failure to prosecute.

IT IS SO ORDERED.

###

Date: March 27, 2024

_Wayne Johnson_
Wayne Johnson
United States Bankruptcy Judge