# United States Bankruptcy Court
## Central District of California
### Riverside
### Wayne Johnson, Presiding
### Courtroom 304 Calendar

**Wednesday, March 27, 2024**                                                                **Hearing Room    304**

<u>3:30 PM</u>
**6:18-13248**    Jared Hunter Scarth and Victoria Carol Scarth                                **Chapter 7**

#35.00    Hrg re motion to reopen bankruptcy case

Docket    90

**Matter Notes:**

PRESENT:

_____

_____

_____

(   )    Motion granted.

**(✓)    Motion denied.**

(   )    Fees And Costs Approved Pursuant To The Posted Ruling.

(   )    Vacated. Matter is moot due to dismissal or conversion of case.

(   )    Continued to _____ .

(   )    Motion withdrawn.

(   )    Prevailing party shall prepare an order.

**(✓)    Chambers shall prepare an order.**

# United States Bankruptcy Court
## Central District of California
Riverside
Wayne Johnson, Presiding
Courtroom 304 Calendar

**Wednesday, March 27, 2024**      **Hearing Room**    **304**

3:30 PM
**CONT...**    Jared Hunter Scarth and Victoria Carol Scarth      **Chapter 7**

**Tentative Ruling:**

- NONE LISTED -

### Party Information

**Debtor(s):**

Jared Hunter Scarth      Represented By
         Gary S Saunders
         Benjamin Heston

**Joint Debtor(s):**

Victoria Carol Scarth      Represented By
         Gary S Saunders
         Benjamin Heston

**Trustee(s):**

Robert Whitmore (TR)      Pro Se