United States Bankruptcy Court

Central District of California

| | |
|---|---|
| In re: | Case No. 18-13248-WJ |
| Jared Hunter Scarth | Chapter 7 |
| Victoria Carol Scarth | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0973-6 | User: admin | Page 1 of 2 |
| Date Rcvd: Mar 27, 2024 | Form ID: pdf042 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol      Definition**

\+        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 29, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + Jared Hunter Scarth, Victoria Carol Scarth, 31222 Mangrove Dr., Temecula, CA 92592-4176 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 29, 2024          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 27, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Benjamin Heston | on behalf of Debtor Jared Hunter Scarth bhestonecf@gmail.com  benheston@recap.email,NexusBankruptcy@jubileebk.net |
| Benjamin Heston | on behalf of Joint Debtor Victoria Carol Scarth bhestonecf@gmail.com  benheston@recap.email,NexusBankruptcy@jubileebk.net |
| Carol Baxter | on behalf of Creditor Alaska USA Federal Credit Union enforcement@alaskausa.org |
| Gary S Saunders | on behalf of Joint Debtor Victoria Carol Scarth gary@saundersapc.com gary@saunderslawoffice.com;trang@saunderslawoffice.com;marvin@saunderslawoffice.com;deanna@saunderslawoffice.com;r50512@notify.bestcase.com |
| Gary S Saunders | on behalf of Debtor Jared Hunter Scarth gary@saundersapc.com |

District/off: 0973-6 | User: admin | Page 2 of 2
Date Rcvd: Mar 27, 2024 | Form ID: pdf042 | Total Noticed: 1

| | |
|---|---|
| | gary@saunderslawoffice.com;trang@saunderslawoffice.com;marvin@saunderslawoffice.com;deanna@saunderslawoffice.com;r50512@notify.bestcase.com |
| Gilbert R Yabes | on behalf of Interested Party Courtesy NEF ecfcacb@aldridgepite.com GRY@ecf.inforuptcy.com;gyabes@aldridgepite.com |
| Joseph M Pleasant | on behalf of Creditor JPMorgan Chase Bank N.A. jpleasant@reeselawgroup.com, jguerin@reeselawgroup.com |
| Josephine E Salmon | on behalf of Interested Party Courtesy NEF ecfcacb@aldridgepite.com JES@ecf.inforuptcy.com;jsalmon@aldridgepite.com |
| Nancy L Lee | on behalf of Creditor Lakeview Loan Servicing LLC, its assignees and/or successors, by and through its servicing agent M&T Bank bknotice@mccarthyholthus.com, nlee@ecf.courtdrive.com |
| Nancy L Lee | on behalf of Creditor M&T Bank as Attorney in Fact for Lakeview Loan Servicing LLC bknotice@mccarthyholthus.com, nlee@ecf.courtdrive.com |
| Nancy L Lee | on behalf of Interested Party Courtesy NEF bknotice@mccarthyholthus.com nlee@ecf.courtdrive.com |
| Robert Whitmore (TR) | rswtrustee@yahoo.com rwhitmore@ecf.axosfs.com |
| Sabari Mukherjee | on behalf of Interested Party Courtesy NEF notices@becket-lee.com |
| Todd L Turoci | on behalf of Interested Party Western Star Financial Inc. mail@theturocifirm.com |
| United States Trustee (RS) | ustpregion16.rs.ecf@usdoj.gov |
| Valerie Smith | on behalf of Interested Party Courtesy NEF claims@recoverycorp.com |
| Yvonne Ramirez-Browning | on behalf of Creditor Wells Fargo Bank National Association yvonne@browninglawgroup.com, ruth@browninglawgroup.com |

TOTAL: 17

**FILED & ENTERED**

**MAR 27 2024**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** gooch    **DEPUTY CLERK**

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

RIVERSIDE DIVISION

| | |
|---|---|
| In re: | Case No.: 6:18-bk-13248-WJ |
| JARED HUNTER SCARTH, | CHAPTER 7 |
| Debtor. | **ORDER DENYING MOTION TO REOPEN** |

- 1 -

On January 23, 2024, the debtor filed a motion to reopen this case. See Docket #90. The Court then issued a scheduling order on January 30, 2024 setting the matter for a hearing on March 27, 2024 at 3:30 p.m. and directing counsel to provide notice. The order also directed counsel to file a supplemental brief. However, counsel for the debtor did not provide the notice, did not provide the supplemental brief and did not appear at the hearing.

Accordingly, the Court hereby ORDERS as follows:

1. The motion is denied for failure to prosecute.

IT IS SO ORDERED.

###

Date: March 27, 2024

_____
Wayne Johnson
United States Bankruptcy Judge