**NEXUS BANKRUPTCY**
BENJAMIN HESTON (297798)
3090 Bristol Street #400
Costa Mesa, CA 92660
Tel: 949-312-1377
Fax: 949-288-2054
ben@nexusbk.com

Attorney for Debtors

**FILED & ENTERED**

**MAR 12 2025**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY jle    DEPUTY CLERK**

**UNITED STATES BANKRUPTCY COURT**

**CHANGES MADE BY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**RIVERSIDE DIVISION**

In re;

JARED HUNTER SCARTH, and

VICTORIA CAROL SCARTH,

Debtors.

Case No: 6:18-bk-13248-MH

Chapter 7

**ORDER GRANTING MOTION FOR ORDER REOPENING CLOSED CASE TO FILE A MOTION TO AVOID A JUDICIAL LIEN UNDER 11 U.S.C. §522(f)**

1

The motion of Debtors, Jared Hunter Scarth and Victoria Carol Scarth, for an order reopening their case to file a motion to avoid lien was filed on March 5, 2025 as docket #98. Notice having been duly given and good cause appearing therefore,

**IT IS ORDERED:**

1. The Debtors' bankruptcy case is reopened for a period of sixty days. If no matter is pending at the expiration of the sixty-day period, the case may be closed without further notice.

###

Date: March 12, 2025

Mark Houle
United States Bankruptcy Judge

NEXUS BANKRUPTCY
3090 Bristol Street, Suite 400
Costa Mesa, CA 92626
Tel: 949-312-1377
Fax: 949-288-2054