United States Bankruptcy Court
Central District of California

| | |
|---|---|
| In re: | Case No. 18-13248-MH |
| Jared Hunter Scarth | Chapter 7 |
| Victoria Carol Scarth | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0973-6 | User: admin | Page 1 of 2 |
| Date Rcvd: Mar 12, 2025 | Form ID: pdf042 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 14, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + Jared Hunter Scarth, Victoria Carol Scarth, 31222 Mangrove Dr., Temecula, CA 92592-4176 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 14, 2025        Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 12, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Benjamin Heston | on behalf of Debtor Jared Hunter Scarth bhestonecf@gmail.com  benheston@recap.email,NexusBankruptcy@jubileebk.net |
| Benjamin Heston | on behalf of Joint Debtor Victoria Carol Scarth bhestonecf@gmail.com  benheston@recap.email,NexusBankruptcy@jubileebk.net |
| Carol Baxter | on behalf of Creditor Alaska USA Federal Credit Union enforcement@alaskausa.org |
| Gary S Saunders | on behalf of Joint Debtor Victoria Carol Scarth gary@saundersapc.com gary@saunderslawoffice.com;trang@saunderslawoffice.com;marvin@saunderslawoffice.com;deanna@saunderslawoffice.com;r50512@notify.bestcase.com |
| Gary S Saunders | on behalf of Debtor Jared Hunter Scarth gary@saundersapc.com |

| | | |
|---|---|---|
| District/off: 0973-6 | User: admin | Page 2 of 2 |
| Date Rcvd: Mar 12, 2025 | Form ID: pdf042 | Total Noticed: 1 |

gary@saunderslawoffice.com;trang@saunderslawoffice.com;marvin@saunderslawoffice.com;deanna@saunderslawoffice.com;r50512@notify.bestcase.com

Gilbert R Yabes

on behalf of Interested Party Courtesy NEF ecfcacb@aldridgepite.com GRY@ecf.inforuptcy.com;gyabes@aldridgepite.com

Joseph M Pleasant

on behalf of Creditor JPMorgan Chase Bank N.A. jpleasant@reeselawgroup.com, jguerin@reeselawgroup.com

Josephine E Salmon

on behalf of Interested Party Courtesy NEF ecfcacb@aldridgepite.com JES@ecf.inforuptcy.com;jsalmon@aldridgepite.com

Nancy L Lee

on behalf of Creditor Lakeview Loan Servicing LLC, its assignees and/or successors, by and through its servicing agent M&T Bank bknotice@mccarthyholthus.com, nlee@ecf.courtdrive.com

Nancy L Lee

on behalf of Creditor M&T Bank as Attorney in Fact for Lakeview Loan Servicing LLC bknotice@mccarthyholthus.com, nlee@ecf.courtdrive.com

Nancy L Lee

on behalf of Interested Party Courtesy NEF bknotice@mccarthyholthus.com nlee@ecf.courtdrive.com

Robert Whitmore (TR)

rswtrustee@yahoo.com rwhitmore@ecf.axosfs.com

Sabari Mukherjee

on behalf of Interested Party Courtesy NEF notices@becket-lee.com

Todd L Turoci

on behalf of Interested Party Western Star Financial Inc. mail@theturocifirm.com, Turoci.ToddR83725@notify.bestcase.com

United States Trustee (RS)

ustpregion16.rs.ecf@usdoj.gov

Valerie Smith

on behalf of Interested Party Courtesy NEF claims@recoverycorp.com

Yvonne Ramirez-Browning

on behalf of Creditor Wells Fargo Bank National Association yvonne@browninglawgroup.com, veronica@browninglawgroup.com

TOTAL: 17

**NEXUS BANKRUPTCY**
BENJAMIN HESTON (297798)
3090 Bristol Street #400
Costa Mesa, CA 92660
Tel: 949-312-1377
Fax: 949-288-2054
ben@nexusbk.com

Attorney for Debtors

**FILED & ENTERED**

MAR 12 2025

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY jle    DEPUTY CLERK

**UNITED STATES BANKRUPTCY COURT**

**CHANGES MADE BY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**RIVERSIDE DIVISION**

| | |
|---|---|
| In re; | Case No: 6:18-bk-13248-MH |
| JARED HUNTER SCARTH, and | Chapter 7 |
| VICTORIA CAROL SCARTH, | **ORDER GRANTING MOTION FOR ORDER REOPENING CLOSED CASE TO FILE A MOTION TO AVOID A JUDICIAL LIEN UNDER 11 U.S.C. §522(f)** |
| Debtors. | |

1

The motion of Debtors, Jared Hunter Scarth and Victoria Carol Scarth, for an order reopening their case to file a motion to avoid lien was filed on March 5, 2025 as docket #98. Notice having been duly given and good cause appearing therefore,

**IT IS ORDERED:**

1. The Debtors' bankruptcy case is reopened for a period of sixty days. If no matter is pending at the expiration of the sixty-day period, the case may be closed without further notice.

###

Date: March 12, 2025

Mark Houle
United States Bankruptcy Judge

**NEXUS BANKRUPTCY**
3090 Bristol Street, Suite 400
Costa Mesa, CA 92626
Tel: 949-312-1377
Fax: 949-288-2054

2