United States Bankruptcy Court

Central District of California

In re: Case No. 18-13248-MH

Jared Hunter Scarth  Chapter 7

Victoria Carol Scarth

    Debtors

# CERTIFICATE OF NOTICE

| District/off: 0973-6 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: May 14, 2025 | Form ID: pdf042 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 16, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Jared Hunter Scarth, Victoria Carol Scarth, 31222 Mangrove Dr., Temecula, CA 92592-4176 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 16, 2025      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 14, 2025 at the address(es) listed below:

**Name**      **Email Address**

Benjamin Heston
    on behalf of Debtor Jared Hunter Scarth bhestonecf@gmail.com  benheston@recap.email,NexusBankruptcy@jubileebk.net

Benjamin Heston
    on behalf of Joint Debtor Victoria Carol Scarth bhestonecf@gmail.com  benheston@recap.email,NexusBankruptcy@jubileebk.net

Carol Baxter
    on behalf of Creditor Alaska USA Federal Credit Union enforcement@alaskausa.org

Gary S Saunders
    on behalf of Joint Debtor Victoria Carol Scarth gary@saundersapc.com
    litigation@saundersapc.com;morena@saundersapc.com;marvin@saundersapc.com;susan@saundersapc.com;alba@saundersapc.com;r50512@notify.bestcase.com

Gary S Saunders
    on behalf of Debtor Jared Hunter Scarth gary@saundersapc.com
    litigation@saundersapc.com;morena@saundersapc.com;marvin@saundersapc.com;susan@saundersapc.com;alba@saundersapc.c

District/off: 0973-6 | User: admin | Page 2 of 2
Date Rcvd: May 14, 2025 | Form ID: pdf042 | Total Noticed: 1

    om;r50512@notify.bestcase.com

Gilbert R Yabes
    on behalf of Interested Party Courtesy NEF ecfcacb@aldridgepite.com  GRY@ecf.inforuptcy.com;gyabes@aldridgepite.com

Joseph M Pleasant
    on behalf of Creditor JPMorgan Chase Bank  N.A. jpleasant@reeselawgroup.com, jguerin@reeselawgroup.com

Josephine E Salmon
    on behalf of Interested Party Courtesy NEF ecfcacb@aldridgepite.com  JES@ecf.inforuptcy.com;jsalmon@aldridgepite.com

Nancy L Lee
    on behalf of Creditor Lakeview Loan Servicing  LLC, its assignees and/or successors, by and through its servicing agent M&T Bank bknotice@mccarthyholthus.com, nlee@ecf.courtdrive.com

Nancy L Lee
    on behalf of Creditor M&T Bank as Attorney in Fact for Lakeview Loan Servicing  LLC bknotice@mccarthyholthus.com, nlee@ecf.courtdrive.com

Nancy L Lee
    on behalf of Interested Party Courtesy NEF bknotice@mccarthyholthus.com  nlee@ecf.courtdrive.com

Robert Whitmore (TR)
    rswtrustee@yahoo.com  rwhitmore@ecf.axosfs.com

Sabari Mukherjee
    on behalf of Interested Party Courtesy NEF notices@becket-lee.com

Todd L Turoci
    on behalf of Interested Party Western Star Financial  Inc. mail@theturocifirm.com, Turoci.ToddR83725@notify.bestcase.com

United States Trustee (RS)
    ustpregion16.rs.ecf@usdoj.gov

Valerie Smith
    on behalf of Interested Party Courtesy NEF claims@recoverycorp.com

Yvonne Ramirez-Browning
    on behalf of Creditor Wells Fargo Bank  National Association yvonne@browninglawgroup.com, veronica@browninglawgroup.com

TOTAL: 17

**NEXUS BANKRUPTCY**
BENJAMIN HESTON (297798)
3090 Bristol Street #400
Costa Mesa, CA 92660
Tel: 949-312-1377
Fax: 949-288-2054
ben@nexusbk.com

Attorney for Debtors

**FILED & ENTERED**

MAY 14 2025

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY jle    DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

RIVERSIDE DIVISION

In re;

JARED HUNTER SCARTH, and

VICTORIA CAROL SCARTH,

Debtors.

Case No: 6:18-bk-13248-MH

Chapter 7

**ORDER ON DEBTORS' REQUEST FOR 30-DAY EXTENSION TO FILE A MOTION TO AVOID A JUDICIAL LIEN UNDER 11 U.S.C. §522(f)**

The Court having considered the Debtors' Request to Extend Deadline to File Motion to Avoid Lien filed as Docket #101, and good cause appearing,

IT IS HEREBY ORDERED:

The deadline for Debtors to file a motion to avoid lien under 11 U.S.C. § 522(f) is extended by thirty (30) days from the date of entry of this Order.

Date: May 14, 2025

Mark Houle
United States Bankruptcy Judge

1