United States Bankruptcy Court

Central District of California

| | |
|---|---|
| In re: | Case No. 18-13248-SY |
| Jared Hunter Scarth | Chapter 7 |
| Victoria Carol Scarth | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0973-6 | User: admin | Page 1 of 2 |
| Date Rcvd: Jul 29, 2025 | Form ID: pdf042 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 31, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Jared Hunter Scarth, Victoria Carol Scarth, 31222 Mangrove Dr., Temecula, CA 92592-4176 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 31, 2025     Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 29, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Benjamin Heston | on behalf of Debtor Jared Hunter Scarth bhestonecf@gmail.com  benheston@recap.email,NexusBankruptcy@jubileebk.net |
| Benjamin Heston | on behalf of Joint Debtor Victoria Carol Scarth bhestonecf@gmail.com  benheston@recap.email,NexusBankruptcy@jubileebk.net |
| Carol Baxter | on behalf of Creditor Alaska USA Federal Credit Union enforcement@alaskausa.org |
| Gary S Saunders | on behalf of Joint Debtor Victoria Carol Scarth gary@saundersapc.com litigation@saundersapc.com;morena@saundersapc.com;marvin@saundersapc.com;susan@saundersapc.com;alba@saundersapc.com;r50512@notify.bestcase.com |
| Gary S Saunders | on behalf of Debtor Jared Hunter Scarth gary@saundersapc.com litigation@saundersapc.com;morena@saundersapc.com;marvin@saundersapc.com;susan@saundersapc.com;alba@saundersapc.c |

| | |
|---|---|
| | om;r50512@notify.bestcase.com |
| Gilbert R Yabes | on behalf of Interested Party Courtesy NEF ecfcacb@aldridgepite.com GRY@ecf.inforuptcy.com;gyabes@aldridgepite.com |
| Joseph M Pleasant | on behalf of Creditor JPMorgan Chase Bank N.A. jpleasant@reeselawgroup.com, jguerin@reeselawgroup.com |
| Josephine E Salmon | on behalf of Interested Party Courtesy NEF ecfcacb@aldridgepite.com JES@ecf.inforuptcy.com;jsalmon@aldridgepite.com |
| Nancy L Lee | on behalf of Creditor Lakeview Loan Servicing LLC, its assignees and/or successors, by and through its servicing agent M&T Bank bknotice@mccarthyholthus.com, nlee@ecf.courtdrive.com |
| Nancy L Lee | on behalf of Creditor M&T Bank as Attorney in Fact for Lakeview Loan Servicing LLC bknotice@mccarthyholthus.com, nlee@ecf.courtdrive.com |
| Nancy L Lee | on behalf of Interested Party Courtesy NEF bknotice@mccarthyholthus.com nlee@ecf.courtdrive.com |
| Robert Whitmore (TR) | rswtrustee@yahoo.com rwhitmore@ecf.axosfs.com |
| Sabari Mukherjee | on behalf of Interested Party Courtesy NEF notices@becket-lee.com |
| Todd L Turoci | on behalf of Interested Party Western Star Financial Inc. mail@theturocifirm.com, Turoci.ToddR83725@notify.bestcase.com |
| United States Trustee (RS) | ustpregion16.rs.ecf@usdoj.gov |
| Valerie Smith | on behalf of Interested Party Courtesy NEF claims@recoverycorp.com |
| Yvonne Ramirez-Browning | on behalf of Creditor Wells Fargo Bank National Association yvonne@browninglawgroup.com, veronica@browninglawgroup.com |

TOTAL: 17

| Attorney or Party Name, Address, Telephone & FAX Numbers, State Bar Number & Email Address<br><br>NEXUS BANKRUPTCY<br>Benjamin Heston (297798)<br>3090 Bristol Street #400<br>Costa Mesa, CA 92626<br>Tel: 949.312.1377<br>Fax: 949.288.2054<br>ben@nexusbk.com<br><br>☐ *Debtor appearing without attorney*<br>☒ *Attorney for:* Debtors | FOR COURT USE ONLY<br><br>**FILED & ENTERED**<br><br>**JUL 29 2025**<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY Mason    DEPUTY CLERK**<br><br>**CHANGES MADE BY COURT** |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA – <u>RIVERSIDE</u> DIVISION**

| In re:<br><br>JARED HUNTER SCARTH, and<br><br>VICTORIA CAROL SCARTH,<br><br><br><br><br><br><br><br><br><br>Debtor(s). | CASE NUMBER: 6:18-bk-13248-SY<br>CHAPTER: 7<br><br>**ORDER ☐ GRANTING ☒ DENYING DEBTOR'S MOTION TO AVOID LIEN UNDER 11 U.S.C.§ 522(f) (REAL PROPERTY)**<br><br>☒ No hearing held<br>☐ Hearing held<br>DATE:<br>TIME:<br>COURTROOM:<br>ADDRESS: |

**Creditor Holding Lien to be Avoided** (*name*)*:* MURRIETA SPRINGS RETAIL GROUP, LLC

The Motion was:    ☐ Opposed    ☒ Unopposed    ☐ Settled by stipulation

Pursuant to 11 U.S.C. § 522(f), Debtor moved to avoid a judicial lien on real property claimed to be exempt. The court finds and orders as follows:

1. ☐ Notice of this Motion complied with LBR 9013-1(d).
2. ☒ Notice of this Motion complied with LBR 9013-1(o).
   a. ☒ There was no opposition and request for hearing.
   b. ☐ Hearing requested and held as indicated in the caption.

---

*"Bankruptcy Code" and "11 U.S.C." refer to the United States Bankruptcy Code, Title 11 of the United States Code.*
*"FRBP" refers to the Federal Rules of Bankruptcy Procedure. "LBR" and "LBRs" refer to the Local Bankruptcy Rule(s) of this court.*

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2017*    Page 1    **F 4003-2.1.AVOID.LIEN.RP.ORDER**

3. ☐ Motion granted as set forth in the **Attachment** to this order.

4. ☒ Motion denied on the following grounds:    ☐ with prejudice    ☒ without prejudice

    a. ☒ Insufficient notice – Notice was not provided to all lienholders are required by LBR 4003-2(c).
    b. ☐ Insufficient evidence of the exempt status of the property in question
    c. ☒ Failure to comply with FRBP 7004(b)(3) or FRBP 7004(h). Notice to all lienholders must comply with FRBP 7004(b)(3) & (h) as applicable.
    d. ☒ Insufficient evidence of fair market value. There is no declaration from the appraiser.
    e. ☐ Motion is incomplete.
    f. ☒ Other (*specify*): Insufficient evidence re: the other liens (secured status and amount due as of the petition date).

5. ☐ The court further orders as follows (*specify*):

    ☐ See attached page

                                    ###

Date: July 29, 2025

Scott H. Yun
United States Bankruptcy Judge

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2017*                    Page 2                    **F 4003-2.1.AVOID.LIEN.RP.ORDER**

**ATTACHMENT TO MOTION/ORDER**
**(11 U.S.C. § 522(f): AVOIDANCE OF REAL PROPERTY JUDICIAL LIENS)**

This court makes the following findings of fact and conclusions of law:

1. **Creditor Lienholder/Servicer:** MURRIETA SPRINGS RETAIL GROUP, LLC

2. **Subject Lien:** Date and place of recordation of lien (specify): 2/26/2018, Official Records of Riverside County
   Recorders instrument number or document recording number: 2018-0071023

3. **Collateral:**  Street address, legal description and/or map/book/page number, including county of recording:

   Street address: 31222 Mangrove Drive, Temecula, CA 92592

   Legal description: .10 Acres M/l In Lot 56 Mb 421/028 Tr 31946

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2017*                                       Page 3                        **F 4003-2.1.AVOID.LIEN.RP.ORDER**