

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**RIVERSIDE DIVISION**

In re:

Jared Hunter Scarth
Victoria Carol Scarth

Debtor(s).

Case No.: 6:18-bk-13248-SY

CHAPTER 7

**ORDER REOPENING BANKRUPTCY CASE**

    Due to inadvertence and clerical error, the above-captioned case having been closed on 8/13/2025, IT IS HEREBY ORDERED that the above-captioned case is hereby reopened.

###

Date: August 18, 2025

Scott H. Yun
United States Bankruptcy Judge

-1-