United States Bankruptcy Court

Central District of California

In re:  Case No. 18-13248-SY
Jared Hunter Scarth  Chapter 7
Victoria Carol Scarth
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0973-6      User: admin      Page 1 of 2
Date Rcvd: Aug 18, 2025      Form ID: pdf042      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol      Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 20, 2025:**

**Recip ID      Recipient Name and Address**
db/jdb      + Jared Hunter Scarth, Victoria Carol Scarth, 31222 Mangrove Dr., Temecula, CA 92592-4176

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 20, 2025      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 18, 2025 at the address(es) listed below:

**Name      Email Address**

Benjamin Heston
     on behalf of Debtor Jared Hunter Scarth bhestonecf@gmail.com benheston@recap.email,NexusBankruptcy@jubileebk.net

Benjamin Heston
     on behalf of Joint Debtor Victoria Carol Scarth bhestonecf@gmail.com benheston@recap.email,NexusBankruptcy@jubileebk.net

Carol Baxter
     on behalf of Creditor Alaska USA Federal Credit Union enforcement@alaskausa.org

Gary S Saunders
     on behalf of Joint Debtor Victoria Carol Scarth gary@saundersapc.com
     litigation@saundersapc.com;morena@saundersapc.com;marvin@saundersapc.com;susan@saundersapc.com;alba@saundersapc.com;r50512@notify.bestcase.com

Gary S Saunders
     on behalf of Debtor Jared Hunter Scarth gary@saundersapc.com

| | | |
|---|---|---|
| District/off: 0973-6 | User: admin | Page 2 of 2 |
| Date Rcvd: Aug 18, 2025 | Form ID: pdf042 | Total Noticed: 1 |

litigation@saundersapc.com;morena@saundersapc.com;marvin@saundersapc.com;susan@saundersapc.com;alba@saundersapc.com;r50512@notify.bestcase.com

Gilbert R Yabes
on behalf of Interested Party Courtesy NEF ecfcacb@aldridgepite.com GRY@ecf.inforuptcy.com;gyabes@aldridgepite.com

Joseph M Pleasant
on behalf of Creditor JPMorgan Chase Bank N.A. jpleasant@reeselawgroup.com, jguerin@reeselawgroup.com

Josephine E Salmon
on behalf of Interested Party Courtesy NEF ecfcacb@aldridgepite.com JES@ecf.inforuptcy.com;jsalmon@aldridgepite.com

Nancy L Lee
on behalf of Creditor Lakeview Loan Servicing LLC, its assignees and/or successors, by and through its servicing agent M&T Bank bknotice@mccarthyholthus.com, nlee@ecf.courtdrive.com

Nancy L Lee
on behalf of Creditor M&T Bank as Attorney in Fact for Lakeview Loan Servicing LLC bknotice@mccarthyholthus.com, nlee@ecf.courtdrive.com

Nancy L Lee
on behalf of Interested Party Courtesy NEF bknotice@mccarthyholthus.com nlee@ecf.courtdrive.com

Robert Whitmore (TR)
rswtrustee@yahoo.com rwhitmore@ecf.axosfs.com

Sabari Mukherjee
on behalf of Interested Party Courtesy NEF notices@becket-lee.com

Todd L Turoci
on behalf of Interested Party Western Star Financial Inc. mail@theturocifirm.com, Turoci.ToddR83725@notify.bestcase.com

United States Trustee (RS)
ustpregion16.rs.ecf@usdoj.gov

Valerie Smith
on behalf of Interested Party Courtesy NEF claims@recoverycorp.com

Yvonne Ramirez-Browning
on behalf of Creditor Wells Fargo Bank National Association yvonne@browninglawgroup.com, veronica@browninglawgroup.com

TOTAL: 17

**FILED & ENTERED**

**AUG 18 2025**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
BY **Mason**    DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# RIVERSIDE DIVISION

| | |
|---|---|
| In re:<br><br>Jared Hunter Scarth<br>Victoria Carol Scarth<br><br><br><br>Debtor(s). | Case No.: 6:18-bk-13248-SY<br><br>CHAPTER 7<br><br>**ORDER REOPENING BANKRUPTCY CASE** |

    Due to inadvertence and clerical error, the above-captioned case having been closed on 8/13/2025, IT IS HEREBY ORDERED that the above-captioned case is hereby reopened.

###

Date: August 18, 2025

_____
Scott H. Yun
United States Bankruptcy Judge

-1-