| | |
|---|---|
| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br><br>**NEXUS BANKRUPTCY**<br>BENJAMIN HESTON (297798)<br>3090 Bristol Street #400<br>Costa Mesa, CA 92626<br>Tel: 949-312-1377<br>Fax: 949-288-2054<br>ben@nexusbk.com<br><br><br>☐ *Debtor appearing without an attorney*<br>☒ *Attorney for Debtor(s)* | FOR COURT USE ONLY |

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br><br>**JARED HUNTER SCARTH, and**<br><br>**VICTORIA CAROL SCARTH,**<br><br><br><br><br><br><br>Debtor(s). | CASE NUMBER: **6:18-bk-13248-SY**<br><br>CHAPTER 7<br><br><br>**DEBTOR'S NOTICE OF MOTION AND MOTION TO AVOID LIEN UNDER 11 U.S.C. § 522(f) (REAL PROPERTY)**<br><br>[No hearing required unless requested under LBR 9013-1(o)] |

| |
|---|
| **Creditor Name:    Murrieta Springs Retail Group, LLC** |

**TO THE CREDITOR, ATTORNEY FOR CREDITOR AND OTHER INTERESTED PARTIES:**

1. **NOTICE IS HEREBY GIVEN** that Debtor moves this court for an order, pursuant to LBR 9013-1(o) upon notice of opportunity to request a hearing (i.e., without a hearing unless requested), avoiding a lien on the grounds set forth below.

2. **Deadline for Opposition Papers:**
   Pursuant to LBR 9013-1(o), any party opposing the motion may file and serve a written opposition and request a hearing on this motion.  If you fail to file a written response within 14 days of the date of service of this notice of motion and motion, plus an additional 3 days unless this notice of motion and motion was served by personal delivery or posting as described in Federal Rules of Civil Procedure 5(b)(2)(A)-(B), the court may treat such failure as a waiver of your right to oppose this motion and may grant the requested relief.

3. Type of Case:
   a.  ☒ A voluntary petition under Chapter    ☒ 7  ☐ 11  ☐ 12  ☐ 13 was filed on:  **4/18/2018**
   b.  ☐ An involuntary petition under Chapter    ☐ 7  ☐ 11 was filed on: _____
       ☐ An order of relief under Chapter    ☐ 7  ☐ 11 was entered on: _____
   c.  ☐ An order of conversion to Chapter    ☐ 7  ☐ 11  ☐ 12  ☐ 13 was entered on: _____
   d.  ☐ Other: _____

| |
|---|
| *"Bankruptcy Code" and "11 U.S.C." refer to the United States Bankruptcy Code, Title 11 of the United States Code.*<br>*"FRBP" refers to the Federal Rules of Bankruptcy Procedure. "LBR" and "LBRs" refer to the Local Bankruptcy Rule(s) of this court.* |

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2017*                    Page 1                    **F 4003-2.1.AVOID.LIEN.RP.MOTION**

4. Procedural Status:
   a. ☒ Name of trustee appointed *(if any)*: **Robert Whitmore**
   b. ☐ Name of Attorney of Record for Trustee *(if any)*:

5. Debtor claims an exemption in the subject real property under:
   a. ☒ California Code of Civil Procedure §704.730 (Homestead): Exemption amount claimed on schedules: **$100,000**
   b. ☐ California Code of Civil Procedure § __ Exemption amount claimed on schedules: $__
   c. ☐ Other statute *(specify)*:

6. Debtor's entitlement to an exemption is impaired by judicial lien, the details of the lien are as follows:
   a. Date of entry of judgment *(specify)*: **11/21/2017**
   b. Case name *(specify)*: **Murrieta Springs Retails Group, LLC v. Jared Scarth, Scarth & Associates**
   c. Name of court: **Riverside County Superior Court**
   d. Docket number *(specify)*: **MCC1600881**
   e. Date *(specify)*: **2/26/2018** and place of recordation of lien *(specify)* **Official Records of Riverside County**
   f. Recorder's instrument number *(specify)*: **2018-0071023**

7. The property claimed to be exempt is as follows:
   a. Street address, city, county and state, where located, *(specify)*: **31222 Mangrove Drive, Temecula, CA 92592**

   b. Legal description *(specify)*: **.10 Acres M/l In Lot 56 Mb 421/028 Tr 31946**

                                                                            ☐ See attached page

8. Debtor acquired the property claimed exempt on the following date *(specify)*: **12/14/2009**

9. Debtor alleges that the fair market value of the property claimed exempt is: **$450,000 as of 4/18/2018**

10. The subject property is encumbered with the following liens (*list mortgages and other liens in order of priority and place an "X" as to the lien to be avoided by this motion*):

| Name of Lien Holder | "X" | Date Lien Recorded | Original Lien Amount | Current Lien Amount | Date of Current Lien |
|---|---|---|---|---|---|
| Wells Fargo Home Mortgage | ☐ | 11/20/2012 | $302,560 | $295,095 | 4/18/2018 |
| American Express Bank | ☐ | 7/27/2015 | $57,442.75 | $75,167 | 4/18/2018 |
| Western Star Financial | ☐ | 8/30/2017 | $20,400 | $23,137 | 4/18/2018 |
| Prominence Capital Partners | ☐ | 10/5/2017 | $17,250 | $18,909 | 4/18/2018 |
| County of Riverside | ☐ | 11/3/2017 | $935 | $1,011 | 4/18/2018 |
| Murrieta Springs Retails Group | ☒ | 2/26/2018 | $26,083 | $27,141 | 4/18/2018 |

11. Debtor attaches copies of the following documents in support of the motion (as appropriate):
    a. ☒ Schedule C to bankruptcy petition listing all exemptions claimed by Debtor
    b. ☒ Appraisal of the property
    c. ☒ Documents showing current balance due as to the liens specified in paragraph 10 above
    d. ☒ Recorded Abstract of Judgment
    e. ☐ Recorded Declaration of Homestead (Homestead Exemption)
    f. ☒ Declaration of Victoria Carol Scarth
    g. ☐ Other *(specify)*:

12. Total number of attached pages of supporting documentation: **62**

13. Debtor declares under penalty of perjury under the laws of the United States of America that the foregoing is true and correct [28 U.S.C. § 1746(1) and (2)].

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2017*                    Page 2                    **F 4003-2.1.AVOID.LIEN.RP.MOTION**

WHEREFORE, Debtor requests that this court issue an order avoiding Creditor's lien in the form of the **Attachment** to this motion.

Date: **9/4/2025**

Signature of Debtor

**JARED HUNTER SCARTH**
Printed name of Debtor

Date: **9/4/2025**

Signature of Joint Debtor

**VICTORIA CAROL SCARTH**
Printed name of Debtor

Date: **9/4/2025**

/s/Benjamin Heston
Signature of Attorney for Debtor

**BENJAMIN HESTON**
Printed name of Attorney for Debtor

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2017                                Page 3                          F 4003-2.1.AVOID.LIEN.RP.MOTION

## ATTACHMENT TO MOTION/ORDER
## (11 U.S.C. § 522(f): AVOIDANCE OF REAL PROPERTY JUDICIAL LIENS)

This court makes the following findings of fact and conclusions of law:

**1.  Creditor Lienholder/Servicer: MURRIETA SPRINGS RETAIL GROUP, LLC**

**2.  Subject Lien:** Date and place of recordation of lien (*specify*): **2/26/2018, Official Records of Riverside County**
Recorders instrument number or document recording number: **2018-0071023**

**3.  Collateral:**  Street address, city, county and state, where located, legal description and/or map/book/page number, including county of recording:

Street address: **31222 Mangrove Drive, Temecula, Riverside County, CA 92592**

Legal description:  ☒ See attached page.

**4.  Secured Claim Amount**
    a.  Value of Collateral:..................................................................................... **$450,000**
    b.  Amounts of Senior Liens (reducing equity in the property to which the Subject Lien can attach):
        (1) First lien: .................................................................. (**$295,095**)
        (2)  Second lien: ............................................................ (**$75,167**)
        (3)  Third lien: ................................................................ (**$23,137**)
        (4)  Fourth lien: ……………………………………………… (**$18,909**)
        (5)  Fifth lien: …………………………………………………… (**$1,011**)
    c.  Amount of Debtor's exemption(s): .......................................... (**$100,000**)
    d.  Subtotal: ...................................................................................... (**$513,319**)
    e.  Secured Claim Amount (negative results should be listed as -$0-): .............. (**-$0-**)

Unless otherwise ordered, any allowed claim in excess of this Secured Claim Amount is to be treated as a nonpriority unsecured claim and is to be paid pro rata with all other nonpriority unsecured claims (in Chapter 13 cases, Class 5A of the Plan).

**Lien avoidance:**  Debtor's request to avoid the Subject Lien is granted as follows.  The fixing of the Subject Lien impairs an exemption to which Debtor would otherwise be entitled under 11 U.S.C. § 522(b).  The Subject Lien is not a judicial lien that secures a debt of a kind that is specified in 11 U.S.C. § 523(a)(5) (domestic support obligations).  The Subject Lien is void and unenforceable except to the extent of the Secured Claim Amount, if any, listed in paragraph 4.e. above.

☐ See attached page(s) for more liens/provisions.

---

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2017*                                      Page 4                          **F 4003-2.1.AVOID.LIEN.RP.MOTION**

# EXHIBIT A

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Jared Hunter Scarth** |
| | First Name___Middle Name___Last Name |
| Debtor 2 | **Victoria Carol Scarth** |
| (Spouse if, filing) | First Name___Middle Name___Last Name |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA |
| Case number (if known) | |

☐ Check if this is an amended filing

## Official Form 106C

# Schedule C: The Property You Claim as Exempt                    4/16

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

**Part 1:**    Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ☑ You are claiming state and federal nonbankruptcy exemptions.  11 U.S.C. § 522(b)(3)

   ☐ You are claiming federal exemptions.  11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **31222 Mangrove Drive Temecula, CA 92592  Riverside County Primary Residence**<br>Line from *Schedule A/B*: **1.2** | $405,000.00 | ☑    $100,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.730 |
| **2014 Audi S5 40000 miles Condition: Good Location: 31222 Mangrove Dr., Temecula CA 92592**<br>Line from *Schedule A/B*: **3.1** | $28,097.00 | ☑    $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.010 |
| **2011 Chevrolet Suburban 71000 miles Condition: Fair Location: 31222 Mangrove Dr., Temecula CA 92592**<br>Line from *Schedule A/B*: **3.2** | $15,471.00 | ☑    $3,050.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.010 |
| **Household goods and Furniture Location: 31222 Mangrove Dr., Temecula CA 92592**<br>Line from *Schedule A/B*: **6.1** | $3,230.00 | ☑    $3,230.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.020 |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| Debtor 1 | **Jared Hunter Scarth** | | |
|---|---|---|---|
| Debtor 2 | **Victoria Carol Scarth** | | Case number (if known) |

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **Electronics**<br>Location: 31222 Mangrove Dr., Temecula CA 92592<br>Line from *Schedule A/B*: **7.1** | $2,075.00 | ■  $2,075.00<br>□  100% of fair market value, up to any applicable statutory limit | **C.C.P. § 704.020** |
| **Clothing**<br>Location: 31222 Mangrove Dr., Temecula CA 92592<br>Line from *Schedule A/B*: **11.1** | $500.00 | ■  $500.00<br>□  100% of fair market value, up to any applicable statutory limit | **C.C.P. § 704.020** |
| **Checking: Bank of America**<br>Wilmington, DE 19850<br>**Checking Account ending in 8427**<br>Line from *Schedule A/B*: **17.1** | $5.00 | ■  $5.00<br>□  100% of fair market value, up to any applicable statutory limit | **C.C.P. § 704.070** |
| **Checking: JP Morgan Chase Bank, N.A**<br>San Antonio, TX 78265<br>**Checking Account ending in 1335**<br>Line from *Schedule A/B*: **17.2** | $0.00 | ■  $0.00<br>□  100% of fair market value, up to any applicable statutory limit | **C.C.P. § 704.070** |
| **Checking: JP Morgan Chase Bank**<br>San Antonio, TX 78265<br>**Checking Account ending in 1368**<br>Line from *Schedule A/B*: **17.3** | $14.00 | ■  $14.00<br>□  100% of fair market value, up to any applicable statutory limit | **C.C.P. § 704.070** |
| **Checking: Wells Fargo**<br>Portland, OR 97228<br>**Checking Account Ending in 7359**<br>Line from *Schedule A/B*: **17.4** | $34.84 | ■  $34.84<br>□  100% of fair market value, up to any applicable statutory limit | **C.C.P. § 704.070** |

3. **Are you claiming a homestead exemption of more than $160,375?**
   (Subject to adjustment on 4/01/19 and every 3 years after that for cases filed on or after the date of adjustment.)

   ■ No

   □ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

       □ No

       □ Yes

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

# EXHIBIT B

1  **NEXUS BANKRUPTCY**
   BENJAMIN HESTON (297798)
2  **3090 Bristol Street #400**
   **Costa Mesa, CA 92626**
3  **Tel: 949.312.1377**
   **Fax: 949.288.2054**
4  **ben@nexusbk.com**

5  Attorney for Debtors

6         **UNITED STATES BANKRUPTCY COURT**

7           **CENTRAL DISTRICT OF CALIFORNIA**

8                **RIVERSIDE DIVISION**

| | |
|---|---|
| 9  In re: | Case No.: 6:18-bk-13248-SY |
| 10  JARED HUNTER SCARTH, and | Chapter 7 |
| 11  VICTORIA CAROL SCARTH, | **DECLARATION OF DIANNA DUNN** |
| 12       Debtors. | **REGARDING DEBTOR'S MOTION TO** |
| | **AVOID LIEN UNDER 11 U.S.C. §522(f)** |
| 13 | **(REAL PROPERTY)** |

16              **DECLARATION OF DIANNA DUNN**

17    I, Dianna Dunn, declare as follows:

18  1.  I have personal knowledge of all matters stated herein. On all matters stated on

19      information and belief, I believe those allegations to be true. I could competently testify

20      to the allegations contained herein.

21  2.  I am a certified residential appraisal with an active license from the California Bureau of

22      Real Estate Appraisers. Attached hereto is a true and correct copy of my licensure

23      information and qualifications obtained from the website for the California Bureau of

24      Real Estate Appraisers.

   3.  On April 2, 2023, I conducted an in-person appraisal of the property located at 31222

       Mangrove Drive, Temecula, California 92592. Attached hereto is a true and correct copy

       of the appraisal report that I prepared.

                                    1

4.  Based on the factors outlined in this appraisal, I believe that the Property had a fair
market value of $450,000 as of April 18, 2018.

I declare under penalty of perjury under the laws of the United State and the State of
California that the foregoing is true and correct.

Date:  September 4, 2025

DIANNA DUNN

2



## APPRAISAL OF REAL PROPERTY

### LOCATED AT:

31222 Mangrove Dr
.10 Acres M/l In Lot 56 Mb 421/028 Tr 31946
Temecula, CA 92592

### FOR:

Jared Scarth
31222 Mangrove Drive
Temecula, CA 92592

### AS OF:

04/18/2018 (Retrospective)

### BY:

Dianna S Dunn
Pacific Appraisals
951-261-8055 Office
951 445-0725 Cell
pacificappraisal1@gmail.com
www.pacificappraisal.com

Form GA2 - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE

Dianna S Dunn
Pacific Appraisals
P. O. Box 982
Lake Elsinore, CA 92531


November 07, 2023


Jared Scarth
31222 Mangrove Drive
Temecula, CA 92592


Re: Property:    31222 Mangrove Dr
                 Temecula, CA 92592
    Owner:       N/A
    File No.:    F230038


In accordance with your request, we have appraised the above referenced property.  The report of that appraisal is attached.

The purpose of this appraisal is to estimate the market value of the property described in this appraisal report as of **April 18, 2018 (Retrospective),** as improved, in unencumbered fee simple title of ownership.

This report is based on a physical analysis of the site and improvements, a locational analysis of the neighborhood and city, and an economic analysis of the market for properties such as the subject.  The appraisal was developed and the report was prepared in accordance with the Uniform Standards of Professional Appraisal Practice.

The value conclusions reported are as of the effective date stated in the body of the report and contingent upon the certification and limiting conditions attached.

It has been a pleasure to assist you.  Please do not hesitate to contact me or any of my staff if we can be of additional service to you.


Sincerely,



Dianna S Dunn
AR023017
951-261-8055

## RESIDENTIAL APPRAISAL REPORT
File No.: F230038

**SUBJECT**

| | |
|---|---|
| Property Address: 31222 Mangrove Dr | City: Temecula | State: CA | Zip Code: 92592 |

County: Riverside   Legal Description: .10 Acres M/I In Lot 56 Mb 421/028 Tr 31946

Assessor's Parcel #: 961-430-054

Tax Year: 2018   R.E. Taxes: $ 4,415.76   Special Assessments: $ 0.00   Borrower (if applicable): N/A

Current Owner of Record: Jared H Scarth   Occupant: ☒ Owner  ☐ Tenant  ☐ Vacant  ☐ Manufactured Housing

Project Type: ☒ PUD  ☐ Condominium  ☐ Cooperative  ☐ Other (describe)   HOA: $ 115  ☐ per year  ☒ per month

Market Area Name: Temecula Lane   Map Reference: 979-D3   Census Tract: 0432.07

**ASSIGNMENT**

The purpose of this appraisal is to develop an opinion of: ☒ Market Value (as defined), or ☐ other type of value (describe)

This report reflects the following value (if not Current, see comments): ☐ Current (the Inspection Date is the Effective Date) ☒ Retrospective ☐ Prospective

Approaches developed for this appraisal: ☒ Sales Comparison Approach ☐ Cost Approach ☐ Income Approach (See Reconciliation Comments and Scope of Work)

Property Rights Appraised: ☒ Fee Simple  ☐ Leasehold  ☐ Leased Fee  ☐ Other (describe)

Intended Use: The purpose and intended use of this report is to develop and report an opinion of market value to assist the client in evaluating the subject property as of April 18, 2018 (Retrospective), for bankruptcy purposes.

Intended User(s) (by name or type): The intended user of this report is Jared H Scarth, legal counsel and the court for bankruptcy purposes.

Client: Jared Scarth   Address: 31222 Mangrove Drive, Temecula, CA 92592

Appraiser: Dianna S Dunn   Address: P O Box 982, Lake Elsinore, CA 92531

**MARKET AREA DESCRIPTION**

| Location: | ☐ Urban ☒ Suburban ☐ Rural | Predominant Occupancy | One-Unit Housing | Present Land Use | Change in Land Use |
|---|---|---|---|---|---|
| Built up: | ☒ Over 75% ☐ 25-75% ☐ Under 25% | | PRICE $(000) AGE (yrs) | One-Unit 95 % | ☒ Not Likely |
| Growth rate: | ☐ Rapid ☒ Stable ☐ Slow | ☒ Owner | 400K Low 8 | 2-4 Unit 0 % | ☐ Likely * ☐ In Process * |
| Property values: | ☐ Increasing ☒ Stable ☐ Declining | ☐ Tenant | 455K High 13 | Multi-Unit 0 % | * To: |
| Demand/supply: | ☐ Shortage ☒ In Balance ☐ Over Supply | ☐ Vacant (0-5%) | 425K Pred 11 | Comm'l 0 % | |
| Marketing time: | ☒ Under 3 Mos. ☐ 3-6 Mos. ☐ Over 6 Mos. | ☐ Vacant (>5%) | | CommonArea 5% | |

Market Area Boundaries, Description, and Market Conditions (including support for the above characteristics and trends): See attached addenda.

**SITE DESCRIPTION**

Dimensions: See Plat Map Addendum   Site Area: 4,356

Zoning Classification: PO   Description: Professional Office

Zoning Compliance: ☒ Legal ☐ Legal nonconforming (grandfathered) ☐ Illegal ☐ No zoning

Are CC&Rs applicable? ☒ Yes ☐ No ☐ Unknown   Have the documents been reviewed? ☐ Yes ☒ No   Ground Rent (if applicable) $   /

Highest & Best Use: ☒ Present use, or ☐ Other use (explain)

Actual Use as of Effective Date: Residential   Use as appraised in this report: Residential

Summary of Highest & Best Use: The highest and best use of subject property as improved is the present use.

| Utilities | Public | Other | Provider/Description | Off-site Improvements | Type | Public | Private | Topography | Level |
|---|---|---|---|---|---|---|---|---|---|
| Electricity | ☒ | ☐ | Public Utility | Street | Asphalt | ☐ | ☒ | Size | Typical |
| Gas | ☒ | ☐ | Public Utility | Curb/Gutter | Concrete | ☐ | ☒ | Shape | Rectangular |
| Water | ☒ | ☐ | Public Utility | Sidewalk | Concrete | ☐ | ☒ | Drainage | Appears Adequate |
| Sanitary Sewer | ☒ | ☐ | Public Utility | Street Lights | None | ☐ | ☒ | View | Residential |
| Storm Sewer | ☒ | ☐ | In Area | Alley | None | | | | |

Other site elements: ☒ Inside Lot ☐ Corner Lot ☐ Cul de Sac ☐ Underground Utilities ☐ Other (describe)

FEMA Spec'l Flood Hazard Area ☒ Yes ☐ No   FEMA Flood Zone AE   FEMA Map # 06065C3305G   FEMA Map Date 08/28/2008

Site Comments: The subject is located on an interior lot. The lot size is typical for the area. Topography is level. No external or adverse conditions noted. Subject is located within a gated community, streets are considered private and maintained by the homeowner's association. Subject is indicated to be located within a flood hazard area "AE".

**DESCRIPTION OF THE IMPROVEMENTS**

| General Description | Exterior Description | Foundation | Basement | Heating | FAU |
|---|---|---|---|---|---|
| # of Units 1 ☐ Acc.Unit | Foundation Conc/Average | Slab 100% | Area Sq. Ft. 0 ☒ None | Type None | |
| # of Stories 2 | Exterior Walls Stucco/Avg | Crawl Space 0% | % Finished 0 | Fuel Gas | |
| Type ☒ Det. ☐ Att. | Roof Surface Tile/Average | Basement None | Ceiling N/A | | |
| Design (Style) Contmpry | Gutters & Dwnspts. Metal/Avg | Sump Pump ☐ None | Walls N/A | Cooling CAC | |
| ☒ Existing ☐ Proposed ☐ Und.Cons. | Window Type Vinyl/Avg | Dampness ☐ NoneNoted | Floor N/A | Central | |
| Actual Age (Yrs.) 9 | Storm/Screens None | Settlement None Noted | Outside Entry N/A | Other | |
| Effective Age (Yrs.) 9 | | Infestation None Noted | | | |

| Interior Description | Appliances | Attic ☒ None | Amenities | Car Storage ☒ None |
|---|---|---|---|---|
| Floors Tile/HrdWd/Avg | Refrigerator [P] | Stairs ☐ | Fireplace(s) # 1   Woodstove(s) # 0 | Garage # of cars 2 Tot.) |
| Walls Drywall/Average | Range/Oven ☒ | Drop Stair ☐ | Patio Open | Attach. 2 |
| Trim/Finish Wood/Avg | Disposal ☒ | Scuttle ☐ | Deck None | Detach. |
| Bath Floor Tile/Avg | Dishwasher ☒ | Doorway ☐ | Porch Porch | Bit.-In |
| Bath Wainscot Fiberglass/Avg | Fan/Hood ☒ | Floor ☐ | Fence Wood | Carport |
| Doors Wood/Avg | Microwave ☒ | Heated ☐ | Pool None | Driveway 2-Car |
| | Washer/Dryer [P] | Finished ☐ | | Surface Concrete |

Finished area above grade contains: 8 Rooms   4 Bedrooms   3.0 Bath(s)   2,389 Square Feet of Gross Living Area Above Grade

Additional features: See Addendum

Describe the condition of the property (including physical, functional and external obsolescence): See attached addenda.

Copyright© 2007 by a la mode, inc. This form may be reproduced unmodified without written permission, however, a la mode, inc. must be acknowledged and credited.

Form GPRES2 - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE   3/2007

# RESIDENTIAL APPRAISAL REPORT

File No.: F230038

**TRANSFER HISTORY**

My research ☒ did ☐ did not reveal any prior sales or transfers of the subject property for the three years prior to the effective date of this appraisal.

Data Source(s): SoCal MLS/ParcelQuest

| 1st Prior Subject Sale/Transfer | Analysis of sale/transfer history and/or any current agreement of sale/listing: | Any transfer or sale of the subject and |
|---|---|---|
| Date: 12/14/2009 | sales was reported above and analyzed accordingly. Subject property has not transferred within the | |
| Price: 325,000 | prior 36 months. Comparables 1, 2, 3, 4, 5 and 6 have not transferred within the prior twelve month | |
| Source(s): ParcelQuest | time frame. | |
| 2nd Prior Subject Sale/Transfer | | |
| Date: | | |
| Price: | | |
| Source(s): | | |

## SALES COMPARISON APPROACH TO VALUE (if developed)    ☐ The Sales Comparison Approach was not developed for this appraisal.

| FEATURE | SUBJECT | COMPARABLE SALE # 1 | | COMPARABLE SALE # 2 | | COMPARABLE SALE # 3 | |
|---|---|---|---|---|---|---|---|
| Address | 31222 Mangrove Dr Temecula, CA 92592 | 31264 Strawberry Ln Temecula, CA 92592 | | 44837 Checkerbloom Dr Temecula, CA 92592 | | 31260 Black Maple Dr Temecula, CA 92592 | |
| Proximity to Subject | | 0.04 miles NW | | 0.02 miles E | | 0.07 miles SE | |
| Sale Price | $ N/A | $ | 425,000 | $ | 455,000 | $ | 420,000 |
| Sale Price/GLA | $ N/A /sq.ft. | $ 201.33 /sq.ft. | | $ 190.46 /sq.ft. | | $ 232.43 /sq.ft. | |
| Data Source(s) | Physical Inspection | CRMLS#SW17249036;DOM 15 | | CRMLS#SW17248162;DOM 24 | | CRMLS#SW17161050;DOM 13 | |
| Verification Source(s) | ParcelQuest | MLS/ParcelQuest/Doc#425000 | | MLS/ParcelQuest/Doc#538457 | | MLS/ParcelQuest/Doc#103881 | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(-) $ Adjust. | DESCRIPTION | +(-) $ Adjust. | DESCRIPTION | +(-) $ Adjust. |
| Sales or Financing | N/A | Conv | | VA | | Conv | |
| Concessions | N/A | 0 | | 6000 | -6,000 | 0 | |
| Date of Sale/Time | N/A | 12/15/2017 | | 12/22/2017 | | 08/25/2017 | |
| Rights Appraised | Fee Simple | Fee Simple | | Fee Simple | | Fee Simple | |
| Location | Residential | Residential | | Residential | | Residential | |
| Site | 4,356 sf | 3,920 sf | | 4,356 sf | | 4,792 sf | |
| View | Residential | Residential | | Residential | | Residential | |
| Design (Style) | Contmpry | Contmpry | | Contmpry | | Contmpry | |
| Quality of Construction | Average | Average | | Average | | Average | |
| Age | 9 | 9 | | 9 | | 11 | |
| Condition | Average | SimilarUpgrades | | SimilarUpgrades | | SimilarUpgrades | |
| Above Grade | Total 8 Bdrms 4 Baths 3.0 | Total 8 Bdrms 4 Baths 3.0 | | Total 8 Bdrms 4 Baths 3.0 | | Total 8 Bdrms 3 Baths 2.5 | +5,000 |
| Room Count | | | | | | | |
| Gross Living Area | 2,389 sq.ft. | 2,111 sq.ft. | +19,500 | 2,389 sq.ft. | | 1,807 sq.ft. | +40,700 |
| Basement & Finished | 0sf | 0sf | | 0sf | | 0sf | |
| Rooms Below Grade | | None | | None | | None | |
| Functional Utility | Average | Average | | Average | | Average | |
| Heating/Cooling | FAU/CAC | FAU/CAC | | FAU/CAC | | FAU/CAC | |
| Energy Efficient Items | None | None | | None | | None | |
| Garage/Carport | 2 Car Garage | 2 Car Garage | | 2 Car Garage | | 2 Car Garage | |
| Porch/Patio/Deck | Patio/Porch | Patio/Porch | | Patio/Porch | | Patio/Porch | |
| Fireplace(s) | 1 Fireplace | 1 Fireplace | | 1 Fireplace | | 1 Fireplace | |
| Amenities | None | None | | None | | None | |
| ListPrice/DaysonMarket | N/A | $454,900/15 | | $464,900/24 | | $419,990/13 | |
| Type of Sale | N/A | Standard Sale | | Standard Sale | | Standard Sale | |
| Net Adjustment (Total) | | ☒ + ☐ - $ | 19,500 | ☐ + ☒ - $ | -6,000 | ☒ + ☐ - $ | 45,700 |
| Adjusted Sale Price | | Net 4.6 % | | Net 1.3 % | | Net 10.9 % | |
| of Comparables | | Gross 4.6 % $ 444,500 | | Gross 1.3 % $ 449,000 | | Gross 10.9 % $ 465,700 | |

**SALES COMPARISON APPROACH**

Summary of Sales Comparison Approach    All sales are located within close proximity to subject. All sales are considered most representative of subject's estimate of fair market value. The appraiser has examined all sales that have transpired within the prior 13 month time frame of 03/18/2017 to 04/18/2018 and utilized the most recent in time, closest in location and most like subject in gross living area. Sales utilized are believed to be the best and only comparables available. As the market indicates values to show a decline beginning approximately in October 2022 and stabilizing through the past 4 to 6 months, a 1/2% per month adjustment has been applied from contract date to October 2022 for declining market.

The individual line adjustments based on match paring, agent collaboration and an estimated cost to replicate the upgrade/remodeling differences. The sales used represent a good substitution for the subject property based on similar overall GLA, bedroom/bath count, year built, quality of construction and location. GLA adjustments applied at $70 per sq ft and based on paired sales analysis. Lot size adjustments found unwarranted as all lots are very similar in size and lot utility. Age adjustments found unwarranted as all properties are very similar in remaining economic life as well as upgrades and condition. Sales utilized are considered good purchase alternatives. Sales utilized are considered the best and only comparables available within the prior twelve month time frame and the most appropriate in representation of subject property.

Comparable 1 is slightly inferior in gross living area and similar in bath count.

Comparable 2 is a model match to subject requiring no adjustments. This sale incurred sales concessions in the amount of $6,000 which are not common in this market, therefore have been adjusted.

Comparable 3 is inferior in gross living area and bath count.

Comparable 4 is also a model match requiring no adjustments.

See Additional Comparables page 6 for continued Sales Comparison Summary and Reconciliation commentary

Indicated Value by Sales Comparison Approach $ 450,000

Copyright© 2007 by a la mode, inc. This form may be reproduced unmodified without written permission, however, a la mode, inc. must be acknowledged and credited.



Form GPRES2 - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE
3/2007

# RESIDENTIAL APPRAISAL REPORT

File No.: F230038

**COST APPROACH TO VALUE (if developed)** ☒ The Cost Approach was not developed for this appraisal.

Provide adequate information for replication of the following cost figures and calculations.

Support for the opinion of site value (summary of comparable land sales or other methods for estimating site value):

### COST APPROACH

| ESTIMATED ☐ REPRODUCTION OR ☐ REPLACEMENT COST NEW | OPINION OF SITE VALUE | | = $ |
|---|---|---|---|
| Source of cost data: | DWELLING | Sq.Ft. @ $ | = $ |
| Quality rating from cost service:    Effective date of cost data: | | Sq.Ft. @ $ | = $ |
| Comments on Cost Approach (gross living area calculations, depreciation, etc.): | | Sq.Ft. @ $ | = $ |
| | | Sq.Ft. @ $ | = $ |
| | | Sq.Ft. @ $ | = $ |
| | Garage/Carport | Sq.Ft. @ $ | = $ |
| | Total Estimate of Cost-New | | = $ |
| | Less    Physical    Functional    External | | |
| | Depreciation | | = $( ) |
| | Depreciated Cost of Improvements | | = $ |
| | "As-is" Value of Site Improvements | | = $ |
| | | | = $ |
| Estimated Remaining Economic Life (if required):             Years | INDICATED VALUE BY COST APPROACH | | = $ |

### INCOME APPROACH

**INCOME APPROACH TO VALUE (if developed)** ☒ The Income Approach was not developed for this appraisal.

Estimated Monthly Market Rent $ _____ X Gross Rent Multiplier _____ = $ _____    Indicated Value by Income Approach _____

Summary of Income Approach (including support for market rent and GRM):

### PUD

**PROJECT INFORMATION FOR PUDs (if applicable)** ☒ The Subject is part of a Planned Unit Development.

Legal Name of Project:    Temecula Lane

Describe common elements and recreational facilities:    Pool/Spa, Parks, Greenbelts, Security Gated

### RECONCILIATION

Indicated Value by: Sales Comparison Approach $ **450,000**    Cost Approach (if developed) $ **N/A**    Income Approach (if developed) $ **N/A**

Final Reconciliation    The Sales Comparison Analysis was given most consideration as it is deemed the best indicator of value. As this is a predominantly owner occupied area limited rental data. As a result the Income Approach was considered but not used. Due to the difficulty in establishing a defendable land value the Cost Approach was considered however not developed.

This appraisal is made ☒ "as is", ☐ subject to completion per plans and specifications on the basis of a Hypothetical Condition that the improvements have been completed, ☐ subject to the following repairs or alterations on the basis of a Hypothetical Condition that the repairs or alterations have been completed, ☐ subject to the following required inspection based on the Extraordinary Assumption that the condition or deficiency does not require alteration or repair:    The purpose and intended use of this report is to develop and report an opinion of current market value to assist the client in evaluating the subject property as of **April 18, 2018 (Retrospective),** for bankruptcy purposes.

☒ This report is also subject to other Hypothetical Conditions and/or Extraordinary Assumptions as specified in the attached addenda.

Based on the degree of inspection of the subject property, as indicated below, defined Scope of Work, Statement of Assumptions and Limiting Conditions, and Appraiser's Certifications, my (our) Opinion of the Market Value (or other specified value type), as defined herein, of the real property that is the subject of this report is: $ **450,000** , as of: **04/18/2018 (Retrospective)** , which is the effective date of this appraisal. If indicated above, this Opinion of Value is subject to Hypothetical Conditions and/or Extraordinary Assumptions included in this report. See attached addenda.

A true and complete copy of this report contains **33** pages, including exhibits which are considered an integral part of the report. This appraisal report may not be properly understood without reference to the information contained in the complete report.

### ATTACHMENTS

Attached Exhibits:

| ☒ Scope of Work | ☒ Limiting Cond./Certifications | ☐ Narrative Addendum | ☒ Photograph Addenda | ☒ Sketch Addendum |
|---|---|---|---|---|
| ☒ Map Addenda | ☒ Additional Sales | ☐ Cost Addendum | ☐ Flood Addendum | ☐ Manuf. House Addendum |
| ☐ Hypothetical Conditions | ☒ Extraordinary Assumptions | | | |

Client Contact:    Victoria Scarth    Client Name:    Jared Scarth

E-Mail:    victoriascarth@gmail.com    Address:    31222 Mangrove Drive, Temecula, CA 92592

### SIGNATURES

| APPRAISER | SUPERVISORY APPRAISER (if required) or CO-APPRAISER (if applicable) |
|---|---|
| *(signature)* Dianna S Dunn | |
| Appraiser Name:    Dianna S Dunn | Supervisory or Co-Appraiser Name: |
| Company:    Pacific Appraisals | Company: |
| Phone:    (951) 261-8055    Fax: | Phone:    Fax: |
| E-Mail:    pacificappraisal1@gmail.com | E-Mail: |
| Date of Report (Signature):    11/08/2023 | Date of Report (Signature): |
| License or Certification #:    AR023017    State:    CA | License or Certification #:    State: |
| Designation:    Certified Residential Real Estate Appraiser | Designation: |
| Expiration Date of License or Certification:    03/01/2025 | Expiration Date of License or Certification: |
| Inspection of Subject:    ☒ Interior & Exterior ☐ Exterior Only ☐ None | Inspection of Subject:    ☐ Interior & Exterior ☐ Exterior Only ☐ None |
| Date of Inspection:    04/02/2023 | Date of Inspection: |

Copyright© 2007 by a la mode, inc. This form may be reproduced unmodified without written permission, however, a la mode, inc. must be acknowledged and credited.

**GP RESIDENTIAL**    Form GPRES2 - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE    3/2007

## ADDITIONAL COMPARABLE SALES

File No.: F230038

| FEATURE | SUBJECT | COMPARABLE SALE # 4 | | COMPARABLE SALE # 5 | | COMPARABLE SALE # 6 | |
|---|---|---|---|---|---|---|---|
| Address | 31222 Mangrove Dr Temecula, CA 92592 | 44941 Checkerbloom Dr Temecula, CA 92592 | | 31238 Black Maple Dr Temecula, CA 92592 | | 31274 Mangrove Dr Temecula, CA 92592 | |
| Proximity to Subject | | 0.12 miles SE | | 0.07 miles S | | 0.06 miles E | |
| Sale Price | $ N/A | | $ 447,000 | | $ 406,000 | | $ 410,000 |
| Sale Price/GLA | $ N/A /sq.ft. | $ 187.11 /sq.ft. | | $ 224.68 /sq.ft. | | $ 226.90 /sq.ft. | |
| Data Source(s) | Physical Inspection | CRMLS#SW17143589;DOM 6 | | CRMLS#SW17160423;DOM 24 | | CRMLS#SW17150683;DOM 7 | |
| Verification Source(s) | ParcelQuest | MLS/ParcelQuest/Doc#308599 | | MLS/ParcelQuest/Doc#420382 | | MLS/ParcelQuest/Doc#327612 | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(-) $ Adjust. | DESCRIPTION | +(-) $ Adjust. | DESCRIPTION | +(-) $ Adjust. |
| Sales or Financing | N/A | Cash | | Conv | | Conv | |
| Concessions | N/A | 0 | | 0 | | 0 | |
| Date of Sale/Time | N/A | 07/27/2017 | | 10/10/2017 | | 08/09/2017 | |
| Rights Appraised | Fee Simple | Fee Simple | | Fee Simple | | Fee Simple | |
| Location | Residential | Residential | | Residential | | Residential | |
| Site | 4,356 sf | 4,356 sf | | 4,356 sf | | 4,356 sf | |
| View | Residential | Residential | | Residential | | Residential | |
| Design (Style) | Contmpry | Contmpry | | Contmpry | | Contmpry | |
| Quality of Construction | Average | Average | | Average | | Average | |
| Age | 9 | 11 | | 8 | | 11 | |
| Condition | Average | SimilarUpgrades | | SimilarUpgrades | | SimilarUpgrades | |
| Above Grade | Total 8 Bdrms 4 Baths 3.0 | Total 8 Bdrms 4 Baths 3.0 | | Total 8 Bdrms 4 Baths 2.5 | +5,000 | Total 8 Bdrms 3 Baths 2.5 | +5,000 |
| Room Count | | | | | | | |
| Gross Living Area | 2,389 sq.ft. | 2,389 sq.ft. | | 1,807 sq.ft. | +40,700 | 1,807 sq.ft. | +40,700 |
| Basement & Finished | 0sf | 0sf | | 0sf | | 0sf | |
| Rooms Below Grade | None | None | | None | | None | |
| Functional Utility | Average | Average | | Average | | Average | |
| Heating/Cooling | FAU/CAC | FAU/CAC | | FAU/CAC | | FAU/CAC | |
| Energy Efficient Items | None | None | | None | | None | |
| Garage/Carport | 2 Car Garage | 2 Car Garage | | 2 Car Garage | | 2 Car Garage | |
| Porch/Patio/Deck | Patio/Porch | Patio/Porch | | Patio/Porch | | Patio/Porch | |
| Fireplace(s) | 1 Fireplace | 1 Fireplace | | 1 Fireplace | | 1 Fireplace | |
| Amenities | None | None | | None | | None | |
| ListPrice/DaysonMarket | N/A | $445,000/6 | | $410,000/24 | | $405,000/7 | |
| Type of Sale | N/A | Standard Sale | | Standard Sale | | Standard Sale | |
| Net Adjustment (Total) | | ☐ + ☐ - | $ | ☒ + ☐ - | $ 45,700 | ☒ + ☐ - | $ 45,700 |
| Adjusted Sale Price of Comparables | | Net 0.0 % Gross 0.0 % | $ 447,000 | Net 11.3 % Gross 11.3 % | $ 451,700 | Net 11.1 % Gross 11.1 % | $ 455,700 |

**SALES COMPARISON APPROACH**

Summary of Sales Comparison Approach    Comparable 4 is also inferior in gross living area and bath count.

Comparable 6 is also inferior in gross living area and bath count.

Greatest weight is given comparables 2 and 4 as model match properties with secondary weight given comparable 1 as slightly inferior in gross living area. Remaining weight given comparables 3, 5 and 6 requiring greatest amount of adjustments. All properties are very similar in interior upgrades and overall condition.

MLS photos utilized as they are believed to be most representative of condition at the time of sale, as this is a retrospective date of focus.

Copyright© 2007 by a la mode, inc. This form may be reproduced unmodified without written permission, however, a la mode, inc. must be acknowledged and credited.

## Assumptions, Limiting Conditions & Scope of Work

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | File No.: | F230038 | |

| | | | | | |
|---|---|---|---|---|---|
| Property Address: | 31222 Mangrove Dr | | City: Temecula | State: CA | Zip Code: 92592 |
| Client: | Jared Scarth | Address: | 31222 Mangrove Drive, Temecula, CA 92592 | | |
| Appraiser: | Dianna S Dunn | Address: | P O Box 982, Lake Elsinore, CA 92531 | | |

STATEMENT OF ASSUMPTIONS & LIMITING CONDITIONS

- The appraiser will not be responsible for matters of a legal nature that affect either the property being appraised or the title to it. The appraiser assumes that the title is good and marketable and, therefore, will not render any opinions about the title. The property is appraised on the basis of it being under responsible ownership.

- The appraiser may have provided a sketch in the appraisal report to show approximate dimensions of the improvements, and any such sketch is included only to assist the reader of the report in visualizing the property and understanding the appraiser's determination of its size. Unless otherwise indicated, a Land Survey was not performed.

- If so indicated, the appraiser has examined the available flood maps that are provided by the Federal Emergency Management Agency (or other data sources) and has noted in the appraisal report whether the subject site is located in an identified Special Flood Hazard Area. Because the appraiser is not a surveyor, he or she makes no guarantees, express or implied, regarding this determination.

- The appraiser will not give testimony or appear in court because he or she made an appraisal of the property in question, unless specific arrangements to do so have been made beforehand.

- If the cost approach is included in this appraisal, the appraiser has estimated the value of the land in the cost approach at its highest and best use, and the improvements at their contributory value. These separate valuations of the land and improvements must not be used in conjunction with any other appraisal and are invalid if they are so used. Unless otherwise specifically indicated, the cost approach value is not an insurance value, and should not be used as such.

- The appraiser has noted in the appraisal report any adverse conditions (including, but not limited to, needed repairs, depreciation, the presence of hazardous wastes, toxic substances, etc.) observed during the inspection of the subject property, or that he or she became aware of during the normal research involved in performing the appraisal. Unless otherwise stated in the appraisal report, the appraiser has no knowledge of any hidden or unapparent conditions of the property, or adverse environmental conditions (including, but not limited to, the presence of hazardous wastes, toxic substances, etc.) that would make the property more or less valuable, and has assumed that there are no such conditions and makes no guarantees or warranties, express or implied, regarding the condition of the property. The appraiser will not be responsible for any such conditions that do exist or for any engineering or testing that might be required to discover whether such conditions exist.  Because the appraiser is not an expert in the field of environmental hazards, the appraisal report must not be considered as an environmental assessment of the property.

- The appraiser obtained the information, estimates, and opinions that were expressed in the appraisal report from sources that he or she considers to be reliable and believes them to be true and correct.  The appraiser does not assume responsibility for the accuracy of such items that were furnished by other parties.

- The appraiser will not disclose the contents of the appraisal report except as provided for in the Uniform Standards of Professional Appraisal Practice, and any applicable federal, state or local laws.

- If this appraisal is indicated as subject to satisfactory completion, repairs, or alterations, the appraiser has based his or her appraisal report and valuation conclusion on the assumption that completion of the improvements will be performed in a workmanlike manner.

- An appraiser's client is the party (or parties) who engage an appraiser in a specific assignment. Any other party acquiring this report from the client does not become a party to the appraiser-client relationship. Any persons receiving this appraisal report because of disclosure requirements applicable to the appraiser's client do not become intended users of this report unless specifically identified by the client at the time of the assignment.

- An appraisal of real property is not a 'home inspection' and should not be construed as such. As part of the valuation process, the appraiser performs a non-invasive visual inventory that is not intended to reveal defects or detrimental conditions that are not readily apparent. The presence of such conditions or defects could adversely affect the appraiser's opinion of value. Clients with concerns about such potential negative factors are encouraged to engage the appropriate type of expert to investigate.


The Scope of Work is the type and extent of research and analyses performed in an appraisal assignment that is required to produce credible assignment results, given the nature of the appraisal problem, the specific requirements of the intended user(s) and the intended use of the appraisal report. Reliance upon this report, regardless of how acquired, by any party or for any use, other than those specified in this report by the Appraiser, is prohibited. The Opinion of Value that is the conclusion of this report is credible only within the context of the Scope of Work, Effective Date, the Date of Report, the Intended User(s), the Intended Use, the stated Assumptions and Limiting Conditions, any Hypothetical Conditions and/or Extraordinary Assumptions, and the Type of Value, as defined herein. The appraiser, appraisal firm, and related parties assume no obligation, liability, or accountability, and will not be responsible for any unauthorized use of this report or its conclusions.

Copyright© 2007 by a la mode, inc. This form may be reproduced unmodified without written permission, however, a la mode, inc. must be acknowledged and credited.

## Certifications

File No.: F230038

| Property Address: 31222 Mangrove Dr | City: Temecula | State: CA | Zip Code: 92592 |
|---|---|---|---|
| Client: Jared Scarth | Address: 31222 Mangrove Drive, Temecula, CA 92592 | | |
| Appraiser: Dianna S Dunn | Address: P O Box 982, Lake Elsinore, CA 92531 | | |

**APPRAISER'S CERTIFICATION**

I certify that, to the best of my knowledge and belief:
- The statements of fact contained in this report are true and correct.
- The credibility of this report, for the stated use by the stated user(s), of the reported analyses, opinions, and conclusions are limited only by
the reported assumptions and limiting conditions, and are my personal, impartial, and unbiased professional analyses, opinions, and conclusions.
- I have no present or prospective interest in the property that is the subject of this report and no personal interest with respect to the parties involved.
- Unless otherwise indicated, I have performed no services, as an appraiser or in any other capacity, regarding the property that is the subject of this report within
the three-year period immediately preceding acceptance of this assignment.
- I have no bias with respect to the property that is the subject of this report or to the parties involved with this assignment.
- My engagement in this assignment was not contingent upon developing or reporting predetermined results.
- My compensation for completing this assignment is not contingent upon the development or reporting of a predetermined value or direction
in value that favors the cause of the client, the amount of the value opinion, the attainment of a stipulated result, or the occurrence of a subsequent event directly
related to the intended use of this appraisal.
- My analyses, opinions, and conclusions were developed, and this report has been prepared, in conformity with the Uniform Standards of Professional Appraisal
Practice that were in effect at the time this report was prepared.
- I did not base, either partially or completely, my analysis and/or my opinion of value in the appraisal report on the race, color, religion,
sex, handicap, familial status, or national origin of either the prospective owners or occupants of the subject property, or of the present
owners or occupants of the properties in the vicinity of the subject property.
- Unless otherwise indicated, I have made a personal inspection of the property that is the subject of this report.
- Unless otherwise indicated, no one provided significant real property appraisal assistance to the person(s) signing this certification.

Additional Certifications: None

**DEFINITION OF MARKET VALUE** *:
Market value means the most probable price which a property should bring in a competitive and open market under all conditions requisite
to a fair sale, the buyer and seller each acting prudently and knowledgeably, and assuming the price is not affected by undue stimulus.
Implicit in this definition is the consummation of a sale as of a specified date and the passing of title from seller to buyer under conditions
whereby:
1. Buyer and seller are typically motivated;
2. Both parties are well informed or well advised and acting in what they consider their own best interests;
3. A reasonable time is allowed for exposure in the open market;
4. Payment is made in terms of cash in U.S. dollars or in terms of financial arrangements comparable thereto; and
5. The price represents the normal consideration for the property sold unaffected by special or creative financing or sales concessions
granted by anyone associated with the sale.
* This definition is from regulations published by federal regulatory agencies pursuant to Title XI of the Financial Institutions
Reform, Recovery, and Enforcement Act (FIRREA) of 1989 between July 5, 1990, and August 24, 1990, by the Federal Reserve System
(FRS), National Credit Union Administration (NCUA), Federal Deposit Insurance Corporation (FDIC), the Office of Thrift Supervision (OTS),
and the Office of Comptroller of the Currency (OCC). This definition is also referenced in regulations jointly published by the OCC, OTS,
FRS, and FDIC on June 7, 1994, and in the Interagency Appraisal and Evaluation Guidelines, dated October 27, 1994.

**DEFINITION OF FAIR MARKET VALUE** as required by Internal Revenue Service:

Fair market value (FMV) is the price that property would sell for on the open market. It is the price that would be agreed between a willing buyer and a willing
seller, with neither being required to act, and both having reasonable knowledge of the relevant facts.

| Client Contact: Victoria Scarth | Client Name: Jared Scarth |
|---|---|
| E-Mail: victoriascarth@gmail.com | Address: 31222 Mangrove Drive, Temecula, CA 92592 |

| **APPRAISER** | **SUPERVISORY APPRAISER (if required) or CO-APPRAISER (if applicable)** |
|---|---|
| Appraiser Name: Dianna S Dunn | Supervisory or Co-Appraiser Name: |
| Company: Pacific Appraisals | Company: |
| Phone: (951) 261-8055  Fax: | Phone:  Fax: |
| E-Mail: pacificappraisal1@gmail.com | E-Mail: |
| Date Report Signed: 11/08/2023 | Date Report Signed: |
| License or Certification #: AR023017  State: CA | License or Certification #:  State: |
| Designation: Certified Residential Real Estate Appraiser | Designation: |
| Expiration Date of License or Certification: 03/01/2025 | Expiration Date of License or Certification: |
| Inspection of Subject: ☒ Interior & Exterior ☐ Exterior Only ☐ None | Inspection of Subject: ☐ Interior & Exterior ☐ Exterior Only ☐ None |
| Date of Inspection: 04/02/2023 | Date of Inspection: |

Copyright© 2007 by a la mode, inc. This form may be reproduced unmodified without written permission, however, a la mode, inc. must be acknowledged and credited.
Form GPRES2AD - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE    3/2007

GP RESIDENTIAL

Supplemental Addendum

File No. F230038

| Borrower | N/A | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Property Address | 31222 Mangrove Dr | | | | | | | |
| City | Temecula | | County | Riverside | | State | CA | Zip Code | 92592 |
| Lender/Client | Jared Scarth | | | | | | | |

**PURPOSE, INTENDED USE, AND INTENDED USER OF THE REPORT**

Purpose and Intended Use.  The purpose and intended use of this report is to develop and report an opinion of market value to assist the client in evaluating the subject property as of **April 18, 2018 (Retrospective)**.

Intended User.  The intended user of the report is Jared Scarth, legal counsel and the court for estimate of market value as of **April 18, 2018 (Retrospective)** for bankruptcy purposes.  The use of this report, or any portion, by any other party  is prohibited.

The use of this appraisal for loan purposes or use by any lender for loan purposes, is strictly prohibited. This is a one time use by the client as described above.

**PROPERTY RIGHTS APPRAISED**

The property is appraised as if held in **fee simple estate,** with all rights that can be lawfully owned with the exception of the four powers that forever will remain with the sovereign, being taxation, escheat, eminent domain, and police power (zoning). It is regarded as having a good and merchantable title, and responsible ownership.

**SCOPE OF WORK**

 The following is a summary outline of the amount and type of information researched and the analysis employed in this  appraisal assignment. The scope of work includes , but not limited to, the following:

-Communication with the client to define the assignment.
-Establishing the appropriate intended use and purpose of the assignment.
-Analyse of public data, title information (when provided), and legal descriptions.
-Inspection of the interior and exterior of the subject property.
-Gather and analyze applicable market data, with particular emphasis on comparable sales.
-Inspection of the exterior of all properties listed as comparables.
-Verification of subject gross living area and pertinent structures by  measuring the unit and providing a
 completed sketch.
-Evaluate marketability of properties as to conformity, environmental and physical conditions, supply and
 demand, highest and best use analysis, and balance within the market.
-Analysis of the economic features of the neighborhood, as well as, competing markets that may have an impact
 on the subject's market area.
-Consider and analyze applicable valuation approaches, methods, and procedures.
-Reconcile information analyzed, appraisal procedures followed, and the reasoning that supports the analysis,
 opinions, and conclusions. The reconciliation includes all hypothetical conditions, extraordinary assumptions,
 limiting conditions, and/ or permitted departures from specific requirements.
-Reporting the final results to the client of record.

 **Definition of Market Value**

Market value means the most probable price which a property should bring in a competitive and open market under all conditions requisite to a fair sale, the buyer and seller each acting prudently and knowledgeably, and assuming the price is not affected by undue stimulus. Implicit in this definition is the consummation of a sale as of a specified date and the passing of title from seller to buyer under conditions whereby:
1. Buyer and seller are typically motivated;
2. Both parties are well informed or well advised and acting in what they consider their own best interests;
3. A reasonable time is allowed for exposure in the open market;
4. Payment is made in terms of cash in U.S. dollars or in terms of financial arrangements comparable thereto; and
5. The price represents the normal consideration for the property sold unaffected by special or creative financing or sales concessions granted by anyone associated with the sale.

* This definition is from regulations published by federal regulatory agencies pursuant to Title XI of the Financial Institutions Reform, Recovery, and Enforcement Act (FIRREA) of 1989 between July 5, 1990, and August 24, 1990, by the Federal Reserve System (FRS), National Credit Union Administration (NCUA), Federal Deposit Insurance Corporation (FDIC), the Office of Thrift Supervision (OTS), and the Office of Comptroller of the Currency (OCC). This definition is also referenced in regulations jointly published by the OCC, OTS, FRS, and FDIC on June 7, 1994, and in the Interagency Appraisal and Evaluation Guidelines, dated October 27, 1994.

Supplemental Addendum

| | | | | File No. F230038 | | | |
|---|---|---|---|---|---|---|---|
| Borrower | N/A | | | | | | |
| Property Address | 31222 Mangrove Dr | | | | | | |
| City | Temecula | County | Riverside | | State | CA | Zip Code | 92592 |
| Lender/Client | Jared Scarth | | | | | | |

**APPROACHES TO VALUE**

This appraisal is completed in accordance with the Uniform Standards of Professional Appraisal Practice. By agreement with the client, departures was invoked as the (Income)  Approach was considered and found applicable but not necessary to produce  results that are credible. This reports departs from Standards Rule 1-4 (b) (i), (ii) and (iii).

**SPECIAL ASSUMPTIONS AND LIMITATIONS TO APPRAISAL**

A current preliminary title report was not provided for our review.  Since we did not have access to a current title report depicting all matters that may or may not have impact on the property, we emphasize that the value estimated herein assumes no adverse conditions.  If a title report were to uncover unfavorable conditions, the value conclusion for the subject property could be impacted and therefore this report would be subject to revision.

**HYPOTHETICAL CONDITIONS/EXTRAORDINARY ASSUMPTIONS**

As this is a retrospective valuation based on the effective date of  April 18, 2018, it is assumed subject's interior/exterior condition to be consistent with the condition that was visualized at the time of the interior/exterior inspection date of April 02, 2023. Should it be found at a later time that subject's condition was not as assumed, the appraiser reserves the right to amend this appraisal report accordingly. Extraordinary Assumption applied. Use of Extraordinary Assumptions may have an effect on the reconciled value.

**DIGITAL SIGNATURES**

This appraisal company utilizes digitally generated signatures on all electronically transmitted original appraisals. Digital signatures are commonly used within the appraisal profession and allows for improved performance with regard to electronic data transmission. All electronic signatures utilized in this report have a security feature maintained by individual passwords for each signing appraiser. No person can alter the appraiser with the exception of the original signing appraiser(s). The digitally generated signatures are to be considered live signatures if they signed in blue ink. If the signatures are not  signed in blue ink, the appraisal is not considered an original copy. These signatures are legally binding and equivalent to an analog signature.

**ENVIRONMENTAL DISCLAIMER**

In this appraisal assignment, the existence of potentially hazardous materials used in the construction or maintenance of the building, such as the presence of unreaformalhyde foam insulation and/or the existence of toxic waste, which may or may not be present on the property was not observed by me, nor do I have any knowledge of the existence of such materials on or in the property.  The appraiser however is not qualified to detect such substances.  I urge the client to retain an expert in this field if desired.

The appraiser assumes no responsibility for the possible presence of asbestos, radon or other toxic/hazardous materials on or about the property.  It is possible that any "cottage cheese" type finish on the ceiling contains asbestos, as might the wiring in the range, oven, and fans and in other electrical appliances in the property.

Unless otherwise stated in this report, the existence of hazardous/toxic substances, (which may be present on the subject's property), was not visually obvious to the appraiser.  The visual inspection undertaken by the appraiser was performed in the normal course of the field inspection and results are for the internal use of the named financial institution.  The results of the inspection are not any form of assurance or not assurance to any other party as to the existence/nonexistence of hazardous/toxic substances.  No hazardous/toxic substances were visually observed on adjacent properties.  The appraiser however is not qualified to detect such substances and no tests were conducted on the subject property and or the adjacent properties to confirm the visual observations. The value estimate  (and any reliance hereon) is predicated on the assumption that there are no such substances on or near the subject property that would cause a loss in value.  The client is advised to retain its own expert at its own expense if one desired.

If the subject was constructed prior to 1978, it may contain lead-based paint or other hazardous substances.  The client is hereby notified that the appraiser is not qualified to detect these substances and that it is beyond the scope of this assignment to ascertain the presence of lead based paint and or other hazardous substances that might be present in the subject property. The client is advised to consult a qualified expert(s) in the detection of lead-based paint and other hazardous substances if further information is desired.

Supplemental Addendum

| | | | | File No. F230038 | |
|---|---|---|---|---|---|
| Borrower | N/A | | | | |
| Property Address | 31222 Mangrove Dr | | | | |
| City | Temecula | County | Riverside | State CA | Zip Code 92592 |
| Lender/Client | Jared Scarth | | | | |

**SALES HISTORY GUIDELINES AND ANALYSIS**

All agreements of sales, options, or listings of the subject property current as of the effective date of the appraisal, all sales of the subject property that occurred within three (3) years prior to the effective date of the appraisal, and of any comparable sales within three (3) years of the date of the date of the appraisal were analyzed.

Subject prior transfer was on 12/14/2009 for $325,000.

**HIGHEST AND BEST USE ANALYSIS**

The highest and best use of a site is that reasonable and probable use that supports the highest present value as of the date of the appraisal.  The highest and best use of a property always takes into consideration the existing improvements as identified by an improvement analysis.  In estimating the highest and best contemplated uses of the subject property (the property is viewed both as vacant and as improved), the use must satisfy legally permissible, physically possible, financially feasible and maximally productive criteria.  Generally the existing use will continue until the land value (in its highest and best use) exceeds the total value of the property in its existing use.  Thus the highest and best use of the subject property is presumed to be "as improved" unless it can be readily demonstrated that change is imminent through transitional trends, market demand, and/or legal forces.

The subject property meets the test of highest and best use as being:

1. Physically possible
2. Reasonable probable
3. Legally permissible
4. Financially feasible

As supply and demand are in balance for the type of property, the type of product that might be built on the subject's site, the current improvements (at the time of the appraisal) are considered to be the highest and best use of the subject site.

**DIRECT SALES COMPARISON**

The comparable sales were verified by the inclusion of the recorded deed numbers.  All comparable data was generally localized to within one mile or less of the subject property, using the most similar properties available.  The comparable data shown in the report represents the most pertinent data applicable to the assignment.  The subject neighborhood was inspected to assist the appraiser's primary data sources were Marshall & Swifts Cost Handbook, and printed as well as computer-based real estate information services (may include but not limited to: National Data Cooperative, Dataquick Information Services, and Experian Information Services) the appraiser may also have obtained useful information from a Board of Realtors Multiple Listing Service; from personal conversations with property owners, real estate sales people, and city/county building/zoning personnel.  Where possible, sales prices and terms of sales were verified with someone familiar with the sale.  Reasonable care was used in the measuring the property, and dimensions shown on the sketch are as accurate as possible, but square footage is not guaranteed.

The date of sales reported are the closing dates.  Many comparable closed sales were considered in the making of this appraisal.  Dollar adjustments reflect the market reaction to the difference between the comparable sales and the subject property.  These adjustments are based on the appraisers knowledge of the market, training and experience.  The closed sales displayed are considered to be the most comparable at the time of the appraisal and the best indicators of value for the subject property.

**FINAL RECONCILIATION**

The market (sales comparison), cost, and income approaches were considered  in developing an opinion of market value in this report. The market approach was given primary consideration and is regarded the most reliable method for this type of property, as it best reflects the actions of typical buyers in the market place.

The Cost Approach was considered, however not developed.

The income approach was considered, but not developed as the subject property is located in a neighborhood of predominantly owner occupied properties with  limited appropriate data.

After adjusting the comparable sales for differences in the market approach, the indicated value for the subject property ranges from $444,500 to $465,700.  The estimate of market value for the subject property is $450,000 which, is bracketed by the sales and the indicated value range and appears reasonable, as well as, being supported by  the market data.

Supplemental Addendum

| Borrower | N/A | | | | | | | File No. F230038 |
|---|---|---|---|---|---|---|---|---|
| Property Address | 31222 Mangrove Dr | | | | | | | |
| City | Temecula | | County | Riverside | | State | CA | Zip Code 92592 |
| Lender/Client | Jared Scarth | | | | | | | |

**Exposure Time:** Exposure time is the estimated length of time that the property interest being appraised would have been offered on the market prior to the hypothetical consummation of a sale at market value on the effective date of the appraisal. Exposure time is a retrospective opinion based on an analysis of past events assuming a competitive and open market.

Exposure time appears to be typical of 0-15 days for aggressively marketed and properly priced properties.

**3 YEAR DISCLOSURE STATEMENT**

I have performed prior appraisal services for this property on 04/02/2023.

**• Neighborhood - Description**

The subject is located in a private gated community identified as Temecula Lane, which consists of a mix of condominiums and single family residences. There are mandatory homeowner's association dues of $115 per month. Single family residences are estimated to total 99 units. The single family residences gross living area ranges are from 1,807 sf to 2,389 sf (total of three models), with the mean gross living area of 2,111 sf. Lot sizes range from 3,920 sf to 5,662 sf with the mean lot size of 4,356 sf. Ages range from 8 years to 13 years with the mean age at 11 years. All needed amenities and employment are located within close proximity, with the Interstate - 15 freeway located approximately 2.2 miles northwest and the 215 freeway approximately 7 miles northwest.

**• Neighborhood - Market Conditions**

Analysis of subject's market area indicates values have remained stable during the prior 13 month time frame, 03/18/2017 to 04/18/2018. Demand and supply appear to be in shortage in view of very limited sales transactions of single family residences. Sales financing are typically Conventional/FHA. REO, short sales and foreclosures are not present. Standard sales are the predominate activity.

**• Improvements - Additional Features**

Open patio and porch, stainless steel appliances, center island, granite countertops, walkin pantry, walkin closets, fireplace in family room, central heat and air-conditioning, wood perimeter fencing and finished two car builtin garage.

The subject is in overall average condition interior and exterior. Deferred maintenance noted with hardwood flooring showing wear, door jambs and door frames in need of paint, interior walls in need of paint, estimated cost to cure approximately $1,500 for paint. Flooring remediation is unknown as it is not known if floors can be sanded and re-stained/sealed or if it needs replacement. Deferred maintenance is cosmetic in nature, therefore has little to no effect on value. The appraiser was unable to fully visualize some of the rooms due to the extent of contents and is assuming they are in average condition with no repairs needed. No physical, functional or external inadequacies were noted at the time of inspection. All utilities were on and mechanical systems appeared functional at the time of inspection. Water heater is double strapped. Carbon monoxide detectors present. Smoke alarms are installed. Per request of the homeowner, interior photos were limited to main living areas.

I

**Market Area Description - Boundaries, Description, Conditions**

Neighborhood Boundaries: Temecula Creek to the north, Via Del Coronado to the east, Loma Linda Road to the south and Bellflower Lane to the west.

The subject is located on an interior lot. The lot size is typical for the area. Topography is level. No external or adverse conditions noted. Subject is indicated to be located within a flood hazard area "AE".

Supplemental Addendum

File No. F230038

| Borrower | N/A | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 31222 Mangrove Dr | | | | | | |
| City | Temecula | County | Riverside | State | CA | Zip Code | 92592 |
| Lender/Client | Jared Scarth | | | | | | |

This appraisal report is not a home inspection. It does not guarantee or imply that the house is free of defects or property condition problems. The appraiser is not a home inspector. It is suggested that the borrower secure a professional inspection of the property and take the necessary steps to insure the house is acceptable, should there be any concerns.

| Borrower | N/A | | | | File No. | F230038 |
| Property Address | 31222 Mangrove Dr | | | | | |
| City | Temecula | County | Riverside | State | CA | Zip Code | 92592 |
| Lender/Client | Jared Scarth | | | | | |

## APPRAISAL AND REPORT IDENTIFICATION

**This Report is one of the following types:**

[X] **Appraisal Report**   (A written report prepared under Standards Rule 2-2(a), pursuant to the Scope of Work, as disclosed elsewhere in this report.)

[ ] **Restricted Appraisal Report**   (A written report prepared under Standards Rule 2-2(b), pursuant to the Scope of Work, as disclosed elsewhere in this report, restricted to the stated intended use by the specified client or intended user.)

### Comments on Standards Rule 2-3

I certify that, to the best of my knowledge and belief:

- The statements of fact contained in this report are true and correct.
- The reported analyses, opinions, and conclusions are limited only by the reported assumptions and limiting conditions and are my personal, impartial, and unbiased professional analyses, opinions, and conclusions.
- Unless otherwise indicated, I have no present or prospective interest in the property that is the subject of this report and no personal interest with respect to the parties involved.
- Unless otherwise indicated, I have performed no services, as an appraiser or in any other capacity, regarding the property that is the subject of this report within the three-year period immediately preceding acceptance of this assignment.
- I have no bias with respect to the property that is the subject of this report or the parties involved with this assignment.
- My engagement in this assignment was not contingent upon developing or reporting predetermined results.
- My compensation for completing this assignment is not contingent upon the development or reporting of a predetermined value or direction in value that favors the cause of the client, the amount of the value opinion, the attainment of a stipulated result, or the occurrence of a subsequent event directly related to the intended use of this appraisal.
- My analyses, opinions, and conclusions were developed, and this report has been prepared, in conformity with the Uniform Standards of Professional Appraisal Practice that were in effect at the time this report was prepared.
- Unless otherwise indicated, I have made a personal inspection of the property that is the subject of this report.
- Unless otherwise indicated, no one provided significant real property appraisal assistance to the person(s) signing this certification (if there are exceptions, the name of each individual providing significant real property appraisal assistance is stated elsewhere in this report).

### Comments on Appraisal and Report Identification
**Note any USPAP related issues requiring disclosure and any State mandated requirements: None**

APPRAISER:                                                    SUPERVISORY or CO-APPRAISER (if applicable):

Signature:  *Dianna S. Dunn*                                 Signature:
Name:  Dianna S Dunn                                          Name:
Certified Residential Real Estate Appraiser
State Certification #:  AR023017                              State Certification #:
or State License #:                                          or State License #:
State:  CA   Expiration Date of Certification or License:  03/01/2025    State:        Expiration Date of Certification or License:
Date of Signature and Report:  11/08/2023                    Date of Signature:
Effective Date of Appraisal:  04/18/2018 (Retrospective)
Inspection of Subject:  [ ] None  [X] Interior and Exterior  [ ] Exterior-Only    Inspection of Subject:  [ ] None  [ ] Interior and Exterior  [ ] Exterior-Only
Date of Inspection (if applicable):  04/02/2023              Date of Inspection (if applicable):

Building Sketch

| Borrower | N/A | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 31222 Mangrove Dr | | | | | | |
| City | Temecula | County | Riverside | State | CA | Zip Code | 92592 |
| Lender/Client | Jared Scarth | | | | | | |



First Floor
[1294.5 Sq ft]

Second Floor
[1094.05 Sq ft]

TOTAL Sketch by a la mode, inc.

**Area Calculations Summary**

| Living Area | | Calculation Details | |
|---|---|---|---|
| First Floor | 1294.5 Sq ft | 12.4 × 11 | = 136.4 |
| | | 9 × 19.9 | = 179.1 |
| | | 30.5 × 16 | = 488 |
| | | 24 × 17.5 | = 420 |
| | | 4 × 7 | = 28 |
| | | 21.5 × 2 | = 43 |
| Second Floor | 1094.05 Sq ft | 10 × 2 | = 20 |
| | | 0.5 × 0.1 × 7 | = 0.35 |
| | | 20.5 × 7 | = 143.5 |
| | | 24 × 22.9 | = 549.6 |
| | | 11 × 4 | = 44 |
| | | 14.7 × 6 | = 88.2 |
| | | 14 × 12 | = 168 |
| | | 6.7 × 12 | = 80.4 |
| **Total Living Area (Rounded):** | **2389 Sq ft** | | |
| Non-living Area | | | |
| 2 Car Attached | 405 Sq ft | 20 × 20 | = 400 |
| | | 2 × 2.5 | = 5 |

Plat Map

| Borrower | N/A | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 31222 Mangrove Dr | | | | | |
| City | Temecula | County | Riverside | State | CA | Zip Code 92592 |
| Lender/Client | Jared Scarth | | | | | |



Aerial Map

| Borrower | N/A | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 31222 Mangrove Dr | | | | | | |
| City | Temecula | County | Riverside | State | CA | Zip Code | 92592 |
| Lender/Client | Jared Scarth | | | | | | |



Comparable Sales Map

| Borrower | N/A | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 31222 Mangrove Dr | | | | | | |
| City | Temecula | County | Riverside | State | CA | Zip Code | 92592 |
| Lender/Client | Jared Scarth | | | | | | |



## Property Detail

10/28/23, 5:44 AM                                          Property Detail Printout

 **PARCELQUEST**

**County Last Updated: 10/17/2023**

### Property Location

| | | | | | |
|---|---|---|---|---|---|
| Address: | 31222 MANGROVE DR | City: | TEMECULA | Zip: | 92592-4176 |
| APN#: | 961-430-054 | Use Code: | Single Family Residence | County: | Riverside |
| Tract: | 31946 | Census Tract: | 432.07 | Zone: | |
| Map Page/Grid: | / | Legal Desc: | .10 ACRES M/L IN LOT 56 MB 421/028 TR 31946 | | |
| Total Assessed Value: | 403,214 | Tax Amount: | 4,834.54 | | |
| Percent Improvement: | 0.84 | Tax Year / Assessor Year: | 2023 / 2023 | | |

### Current Owner Information

| | | | |
|---|---|---|---|
| Current Owner: | JARED H SCARTH | Owner Address: | 31222 MANGROVE DR |
| City, State, Zip: | TEMECULA, CA, 92592-4176 | Owner Occupied: | Yes |
| Last Transaction: | 12/17/2018 | Deed Type: | deed of trust |
| Amount: | 220,631 | Document: | 0000487781 |

### Last Sale Information

| | | | |
|---|---|---|---|
| Transferred From: | DROVETTA,VICTORIA C | Seller Address: | |
| Recording / Sale Date: | 12/14/2009 / 09/23/2009 | Prior Recording / Sale Date: | 12/14/2009 / |
| Most Recent Sale Price: | | Prior Sale Price: | 325,000 |
| Document Number: | 0000641537 | Prior Document No.: | 0000641536 |
| Document Type: | grant deed/deed of trust | Prior Document Type: | grant deed/deed of trust |

### Lender Information

| | | | |
|---|---|---|---|
| Lender: | WELLS FARGO BANK | Full/Partial: | F |
| Loan Amount / 2nd Trust Deed: | 319,055 / | Loan Type: | FHA fix |

### Physical Information

| | | | | | |
|---|---|---|---|---|---|
| Building Area: | 2,389 | # of Bedrooms: | 4 | Lot Size Sqft / Acreage: | 4,356 / 0.10 |
| Additional: | 0 | # of Bathrooms: | 2.50 | Year Built / Effective: | 2009 / 2010 |
| Garage: | 424 | # of Stories: | 2 | Heating: | Central |
| First Floor: | 0 | Total Rooms: | 0 | Cooling: | Central Air |
| Second Floor: | 0 | # of Units: | 0 | Roof Type: | Tile |
| Third Floor: | 0 | Garage/Carport: | Attached Garage | Construction/Quality: | / 7 |
| Basement Finished: | 0 | Fireplaces: | 1 | Building Shape: | |
| Basement Unfinished: | 0 | Pool/Spa: | | View: | |

### Flood Data and Map

| | | | |
|---|---|---|---|
| Flood Zone: AE | Panel Number: 06065C3305G | Panel Date: 2008-08-28 | Community Number: 060742 |

©2023 Copyright All Rights Reserved. **ParcelQuest** www.parcelquestappraise.com

Form SCNLTR - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE

All Sales Comparables & Listing Activity From 03/18/2017 to 04/18/2018

## Residential Agent 1 Line

| # | Listing ID | S | Sub Type | St# St Name | City | Area | BLC | LN Price | $/SqFt | Br/Ba | SqFt | YrBlt | Lot/Ac | ROM/CDOM | V | P | PAC | Date | MLS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | S | SFR/D | 31272 | TEM | | STD | $400,000 | $221.36 | 4/3,0,0,0 | 1807/A | 2005 | 4,356/0.1 | N/A | | N | 2.5% | 07/13/17 | SANDI |
| 2 | | S | SFR/D | 31274 | TEM | | STD | $410,000 | $226.90 | 3/2,0,1,0 | 1807/A | 2007/ASR | 4,356/0.1 | N/A | Y | N | 2.5% | 08/07/17 | CRMLSP |
| 3 | | S | SFR/D | 31238 | TEM | | STD | $406,000 | $224.68 | 3/2,0,1,0 | 1807/A | 2010/PUB | 4,356/0.1 | N/A | N | N | 2.5% | 10/10/17 | CRMLSM |
| 4 | | S | SFR/D | 44973 | 699 | | STD | $406,000 | $221.26 | 3/2,0,1,0 | 1807/A | 2007/ASR | 3,920/0.09 | N/A | N | N | 2.5% | 07/10/17 | CRMLSM |
| 5 | | S | SFR/D | 44962 | SRCAR | | STD | $406,000 | $193.27 | 2/1/1/A | 2111/A | 2007/ASR | 3,920/0.09 | N/A | N | N | 2.5% | 06/29/17 | CRMLSM |
| 6 | | S | SFR/D | 31274 | SRCAR | | STD | $410,000 | $226.90 | 3/2,0,1,0 | 1807/A | 2007/ASR | 4,356/0.1 | N/A | Y | N | 2.5% | 08/07/17 | CRMLSM |
| 7 | | S | SFR/D | 31260 | SRCAR | | STD | $419,900 | $232.37 | 3/2,0,1,0 | 1807/A | 2007/ASR | 4,792/0.11 | N/A | N | N | 2.5% | 08/28/17 | CRMLSM |
| 8 | | S | SFR/D | 31264 | SRCAR | | STD | $420,133 | $201.13 | 4/3,0,0,0 | 2009/ASR | | 3,920/0.09 | N/A | Y | N | 2.5% | 12/15/17 | CRMLSM |
| 9 | | S | SFR/D | 44925 | SRCAR | | STD | $427,000 | $202.27 | 4/2,0,1,0 | 2111/A | 2007/ASR | 7,841/0.18 | N/A | N | N | 2.5% | 06/08/17 | CRMLSM |
| 10 | | S | SFR/D | 44941 | SRCAR | | STD | $447,200 | $187.11 | 4/3,0,0,0 | 2389/A | 2007/ASR | 4,356/0.1 | N/A | N | N | 2.5% | 07/28/17 | CRMLSM |
| 11 | | S | SFR/D | 44837 | SRCAR | | STD | $454,900 | $190.41 | 4/3,0,0,0 | 2389/A | 2009/ASR | 4,356/0.1 | N/A | N | N | 2.5% | 12/22/17 | CRMLSM |

Search Criteria
Property Type is 'Residential'
Standard Status is 'Closed'
Contract Status Change Date is 03/18/2017 to 04/18/2018
Property Sub Type is 'Single Family Residence'
Latitude, Longitude is around 33.47, -117.11
Selected 11 of 11 results.

Flood Hazard Map Information

 **PARCELQUEST**
APPRAISE

**PARCELQUEST FLOOD REPORT**

**SUBJECT PROPERTY ADDRESS**

31222 MANGROVE DR
TEMECULA, CA 92592

**FLOOD ANALYSIS PROVIDED BY**

**COMMUNITY INFORMATION**

| | |
|---|---|
| Community Name: | **City of Temecula** |
| County: | **RIVERSIDE** |
| Community Number: | **060742** |
| Panel Number / Date: | **06065C3305G / 2008-08-28** |

**FLOOD ANALYSIS INFORMATION**

| | |
|---|---|
| Flood Analysis Date: | **04/05/2023** |
| Flood Zone: | **AE** |
| Census Block: | **060650432073** |

**FLOOD HAZARD INFORMATION**

Is the subject property located within a Special Flood Hazard Area?**: **YES**

Community participation in the National Flood Insurance Program: **TRUE**

**LEGEND**

**Flood Zones**

- Zone A
- Zone B
- Zone D
- Zone V

Zones C and X are transparent



Form SCNLTR - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE



**PARCELQUEST FLOOD REPORT**

## UNDERSTANDING FLOOD HAZARD INFORMATION - THE FIRST STEP TO PROTECT YOUR HOME

Flooding is the most common natural disaster in the United States, experienced in all 50 states with causes ranging from hurricanes to snowmelt. Just a few inches of water in a home can cost thousands of dollars in damage, and most homeowners insurance policies do not cover acts of flooding.

Your Flood Analysis provides an aerial view of the subject property and the surrounding area, illustrating the potential flood risk to help facilitate the purchase decision. The analysis brings you property information and identifies whether or not the subject property is located within a Special Flood Hazard Area (SFHA) and whether or not the community participates in FEMA�s National Flood Insurance Program (NFIP).

### FAQs: *

**What is a Special Flood Hazard Area (SFHA)?**
This area is identified by FEMA as having a high risk for flooding. Also called a floodplain, the area has a higher chance of experiencing floods, and homes are considered 26% more likely to suffer flood damage.

**How does the SFHA impact me?**
A property within a SFHA does not necessarily make the property less desirable. However, it's necessary for buyers to be aware of potential risks and take the appropriate measures to protect their home should flooding occur. Considering that the chance of suffering flood damage is higher during the term of a mortgage for properties within the SFHA, the mortgage lender will require the purchase of flood insurance for the secured property (mandatory purchase requirement).

**What is FEMA�s National Flood Insurance Program (NFIP)?**
In 1968, Congress implemented the NFIP to help homeowners financially protect themselves. Flood insurance pays all covered claims, even if a federal disaster is not declared. Flood insurance can be purchased, provided that the property is located within a community that participates in the NFIP.

**Where can I find more information on the NFIP and flood insurance?**
More information can be found on the following websites:
www.Fema.gov and www.FloodSmart.gov.

**What are flood zones?**
Flood zones are land areas identified by the Federal Emergency Management Agency (FEMA). Each flood zone describes that land area in terms of its risk of flooding. Everyone lives in a flood zone�it's just a question of whether you live in a low, moderate, or high risk area.

### HOW TO READ YOUR FLOOD ANALYSIS:

**Step 1.**  **Review the Subject Property Address and Characteristics.**

**Step 2.**  **Is the subject property located within a Special Flood Hazard Area (SFHA)?**

**YES:** The federal "mandatory purchase" of flood insurance is required on loans secured by this property if the building on the property lies within the SFHA. This requirement applies for the life of the loan, as long as the property remains within a SFHA.

**NO:** The federal "mandatory purchase" requirement of flood insurance does not apply. The lending institution makes the final determination on whether flood insurance is required, and flood insurance is available at a reduced rate for properties not within a SFHA.

**AREA NOT MAPPED:** FEMA has not completed an official flood study of this area and the flood risk is undetermined. Either the area is identified on the flood map as "Zone D" or FEMA has not issued a flood map. Flood insurance is available if the community participates in the NFIP.

**Step 3.**  **Community participation in the National Flood Insurance Program (NFIP)?**

**TRUE:** The final phase of a community's participation in the National Flood Insurance Program. In this phase, a Flood Insurance Rate Map is in effect and full limits of coverage are available under the Act.

**FALSE:** A community for which the Mitigation Division Administrator has not authorized the sale of flood insurance under the NFIP. Typically political subdivisions (i.e., regional flood control districts or county governments).

**Step 4.**  **Review the Flood Insurance Rate Map (FIRM) and legend to read the map.**

Subject Photo Page

| Borrower | N/A | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 31222 Mangrove Dr | | | | | |
| City | Temecula | County | Riverside | State | CA | Zip Code 92592 |
| Lender/Client | Jared Scarth | | | | | |



**Subject Front**

31222 Mangrove Dr

| Sales Price | N/A |
|---|---|
| Gross Living Area | 2,389 |
| Total Rooms | 8 |
| Total Bedrooms | 4 |
| Total Bathrooms | 3.0 |
| Location | Residential |
| View | Residential |
| Site | 4,356 sf |
| Quality | Average |
| Age | 9 |



**Subject Rear**



**Subject Rear**

Photograph Addendum

| | | | | | | |
|---|---|---|---|---|---|---|
| Borrower | N/A | | | | | |
| Property Address | 31222 Mangrove Dr | | | | | |
| City | Temecula | County | Riverside | State | CA | Zip Code 92592 |
| Lender/Client | Jared Scarth | | | | | |



Foyer/Entry



Living Room



Stairwell

Photograph Addendum

| Borrower | N/A | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 31222 Mangrove Dr | | | | | | |
| City | Temecula | County | Riverside | State | CA | Zip Code | 92592 |
| Lender/Client | Jared Scarth | | | | | | |



Dining Room



Family Room



Kitchen

Photograph Addendum

| Borrower | N/A | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 31222 Mangrove Dr | | | | | | |
| City | Temecula | County | Riverside | State | CA | Zip Code | 92592 |
| Lender/Client | Jared Scarth | | | | | | |



Kitchen



Primary Bedroom



Primary Bathroom

Photograph Addendum

| Borrower | N/A | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 31222 Mangrove Dr | | | | | | |
| City | Temecula | County | Riverside | State | CA | Zip Code | 92592 |
| Lender/Client | Jared Scarth | | | | | | |



Rear Yard



Rear Yard



Open Patio with Above Ground Spa
(Personal Property)

Photograph Addendum

| Borrower | N/A | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 31222 Mangrove Dr | | | | | | |
| City | Temecula | County | Riverside | State | CA | Zip Code | 92592 |
| Lender/Client | Jared Scarth | | | | | | |



Street View



Street View



Additional Front View

Comparable Photo Page

| Borrower | N/A | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 31222 Mangrove Dr | | | | | |
| City | Temecula | County | Riverside | State | CA | Zip Code | 92592 |
| Lender/Client | Jared Scarth | | | | | |



### Comparable 1

| | |
|---|---|
| 31264 Strawberry Ln | |
| Prox. to Subject | 0.04 miles NW |
| Sales Price | $425,000 |
| Gross Living Area | 2,111 |
| Total Rooms | 8 |
| Total Bedrooms | 4 |
| Total Bathrooms | 3.0 |
| Location | Residential |
| View | Residential |
| Site | 3,920 sf |
| Quality | Average |
| Age | 9 |



### Comparable 2

| | |
|---|---|
| 44837 Checkerbloom Dr | |
| Prox. to Subject | 0.02 miles E |
| Sales Price | $455,000 |
| Gross Living Area | 2,389 |
| Total Rooms | 8 |
| Total Bedrooms | 4 |
| Total Bathrooms | 3.0 |
| Location | Residential |
| View | Residential |
| Site | 4,356 sf |
| Quality | Average |
| Age | 9 |



### Comparable 3

| | |
|---|---|
| 31260 Black Maple Dr | |
| Prox. to Subject | 0.07 miles SE |
| Sales Price | 420,000 |
| Gross Living Area | 1,807 |
| Total Rooms | 8 |
| Total Bedrooms | 3 |
| Total Bathrooms | 2.5 |
| Location | Residential |
| View | Residential |
| Site | 4,792 sf |
| Quality | Average |
| Age | 11 |

Comparable Photo Page

| | |
|---|---|
| Borrower | N/A |
| Property Address | 31222 Mangrove Dr |
| City | Temecula | County | Riverside | State | CA | Zip Code | 92592 |
| Lender/Client | Jared Scarth |



### Comparable 4

44941 Checkerbloom Dr

| | |
|---|---|
| Prox. to Subject | 0.12 miles SE |
| Sales Price | $447,000 |
| Gross Living Area | 2,389 |
| Total Rooms | 8 |
| Total Bedrooms | 4 |
| Total Bathrooms | 3.0 |
| Location | Residential |
| View | Residential |
| Site | 4,356 sf |
| Quality | Average |
| Age | 11 |



### Comparable 5

31238 Black Maple Dr

| | |
|---|---|
| Prox. to Subject | 0.07 miles S |
| Sales Price | $406,000 |
| Gross Living Area | 1,807 |
| Total Rooms | 8 |
| Total Bedrooms | 4 |
| Total Bathrooms | 2.5 |
| Location | Residential |
| View | Residential |
| Site | 4,356 sf |
| Quality | Average |
| Age | 8 |



### Comparable 6

31274 Mangrove Dr

| | |
|---|---|
| Prox. to Subject | 0.06 miles E |
| Sales Price | 410,000 |
| Gross Living Area | 1,807 |
| Total Rooms | 8 |
| Total Bedrooms | 3 |
| Total Bathrooms | 2.5 |
| Location | Residential |
| View | Residential |
| Site | 4,356 sf |
| Quality | Average |
| Age | 11 |



Business, Consumer Services & Housing Agency

BUREAU OF REAL ESTATE APPRAISERS

REAL ESTATE APPRAISER LICENSE

**Dianna S. Dunn**

has successfully met the requirements for a license as a residential real estate appraiser in the State of California and is, therefore, entitled to use the title:

"Certified Residential Real Estate Appraiser"

This license has been issued in accordance with the provisions of the Real Estate Appraisers' Licensing and Certification Law.

BREA APPRAISER IDENTIFICATION NUMBER:     AR 023017

Effective Date:     March 2, 2023
Date Expires:       March 1, 2025

Angela Jemmott, Bureau Chief, BREA

3069593

**Dianna Dunn**
**P.O. Box 982**
**Lake Elsinore, CA 92531**

**(951) 261-8055 Office**                                        pacificappraisal1@gmail.com
**(951) 445-0725 Cell**                                          www.pacificappraisal.com

<u>**Professional Experience**</u>

*County of Riverside, Riverside, CA*
*Assessment Appeals Board Member*
**Commission/Advisory Group Member, 2015 – Present**
- Hear appeals on the assessment of property value by the Assessor. The board hears testimony, reviews documents submitted in support of the valuation appeal and deliberates to render an unbiased professional decision as to the cash equivalent value of a property appeal, to review, equalize and adjust assessments on the local roll, to direct the Assessor of necessary changes.

*Pacific Coast Appraisal Management, Inc.*
**Quality Control Review, 2011 – 2012**
- Perform quality control reviews on completed appraisals to assure compliance with USPAP, FNMA, FHLMC, FIRREA, and FHA guidelines and regulations.
- Increased productivity and timelines for quality control assurance.

*Appraiser Search.com, Temecula, CA*
**Customer Service and Sales, 2008 - 2012**
- Perform general customer service and sales for internet based appraiser directory.
- Contact present clients for renewals of featured listings.
- Provide secure handling of customer information.

*Pacific Appraisals, Lake Elsinore, CA*
**Owner / Operator, 2006 - Present**
- Reception and management of appraisal orders for up to 18 staff appraisers located throughout California. (currently one man operation)
- Invoicing and delivery of completed appraisal reports.
- Selection, verification, and qualification review of potential appraisers.
- Analysis of marketing objectives and monthly profit and loss.
- Fee Appraiser
- Litigation Appraiser with expert witness testimony

*Pacific Appraisals, Temecula, CA*
**Office Manager, 2005 - 2006**
- Reception and distribution of appraisal orders for 10 staff appraisers located throughout the state of California.
- Invoicing and delivery of completed appraisal reports.
- Maintain constant communication between appraisers, mortgage brokers, and clients.

*Independent Fee Appraiser, San Pedro, CA*
**Independent Appraiser, 1994 - 2002**
- Performed residential appraisals for various banks, mortgage brokers, lenders and homeowners.
- Inspect properties, collect and analyze market data, form opinion of value and develop complete appraisal reports compliant with USPAP, FNMA, FHLMC, FIRREA, and FHA regulations.
- Full Residential Appraisals, Condos, Exterior Inspections, Limited Appraisals, Multi-Family properties, field and desk reviews, rent surveys, income operating statements, updates, and 442 completion certifications.

**Education and Training**

California Real Estate Appraiser License AR-023017

List of completed education courses provided upon request

# EXHIBIT C

**WELLS FARGO | HOME MORTGAGE**

Return Mail Operations
PO Box 14411
Des Moines IA 50306-3411

| | |
|---|---|
| Statement date | 04/16/18 |
| Loan number | ███9316 |
| Minimum amount due to reinstate account as of the date of this statement | $25,474.43 |

Your loan has been referred to foreclosure. The amount to bring the account current may vary daily; prior to sending funds, call us for a reinstatement or payoff quote. A matured loan requires all balances to be paid in full. This does not change a sale date that may be scheduled.

Property address    31222 MANGROVE DRIVE
TEMECULA, CA 92592

### Customer Service

| | |
|---|---|
| Online wellsfargo.com | Telephone* 1-800-868-0043 |
| Correspondence PO Box 10335 Des Moines IA 50306 | Fax 1-866-278-1179 |
| Payments PO Box 14591 Des Moines IA 50306 | Hours of operation Mon - Fri 7 a.m. - 7 p.m. CT |

JARED H SCARTH
31222 MANGROVE DR
TEMECULA, CA 92592-4176

*We accept telecommunications relay service calls.

NNNNNNNNNNA

## Explanation of amount due

| | |
|---|---|
| Reinstatement | |
| Overdue payment 06/01/17-04/01/18 | $23,588.18 |
| Unpaid advance balance | $1,886.25 |
| Minimum amount due to reinstate account as of the date of this statement* | $25,474.43 |

*In order to reinstate your account and avoid foreclosure, please contact us to obtain an updated reinstatement quote before sending funds since the amount displayed above is only good through the date of this statement. Your payment continues to be due and payable and other fees/charges may continue to accrue.

| | |
|---|---|
| Accelerated amount as of the date of this statement** | $295,094.83 |

**If you wish to pay your loan in full, please contact us to obtain an updated payoff quote before sending funds.

## Account summary

| | |
|---|---|
| Unpaid principal balance | $276,007.16 |
| Unpaid advance balance | $1,886.25 |
| Repayment of escrow advance bal | $7,120.21 |
| Unpaid late charge(s) | $168.14 |
| Unpaid interest | $9,913.07 |
| Accelerated amount as of the date of this statement** | $295,094.83 |
| Interest rate | 3.750% |
| Maturity date (month/year) | 12/42 |

## Past payments breakdown

| | Since last statement | Year-to-date |
|---|---|---|
| Total received* | $0.00 | $0.00 |
| Principal | $0.00 | $0.00 |
| Interest** | $0.00 | $0.00 |
| | | |
| Taxes disbursed (YTD) | | $2,167.48 |

*This total may include the Unapplied funds balance from the Account summary section.
**This information should not be used for tax purposes. If you have tax related questions, please consult your tax advisor.

## Activity since your last statement

| Date | Description | Total | Principal | Interest | Escrow | Other |
|---|---|---|---|---|---|---|
| 04/16 | Advance | -$285.00 | | | | Attorney cost |
| 04/04 | Mtg ins payment | | | | -$269.48 | HUD RISK-BASED |
| 03/29 | Advance | -$75.00 | | | | Attorney cost |

## Important messages

Your loan has an unpaid advance balance of $1,886.25; this is a result of funds paid on your behalf. Types of advances include but are not limited to taxes, insurance, utility payments, and attorney fees. If you have questions or would like to make a payment, call us at the number listed above or send additional funds with the next mortgage payment to be applied to the advance balance.

ATTENTION
The foreclosure process may have started on your property. If you want to retain your home, please pay the full reinstatement amount owed immediately. Contact us right away to discuss the status of your mortgage. For helpful information on alternative repayment options, go to wellsfargo.com/homeassist El proceso de ejecucion hipotecaria puede haber comenzado en su propiedad, favor de llamarnos al inmediatamente.

Avoid anyone who asks for a fee for counseling or a loan modification, or asks you to sign over the deed to your home, or to make your mortgage payments to anyone other than Wells Fargo Home Mortgage.

*Please detach and return with your payment.*

JARED H SCARTH
31222 MANGROVE DR
TEMECULA, CA 92592

Loan number
███9316
Minimum amount due to reinstate account as of the date of this statement
$25,474.43

Please specify additional funds

| | | |
|---|---|---|
| Payment x pmt amt | A | $ |
| Additional principal | B | $ |
| Late charges | C | $ |
| Other charges | D | $ |
| Additional escrow (if applicable) | E | $ |
| Total amount enclosed (Please do not send cash) | F | $ |

Check here and see reverse for address correction.

WELLS FARGO HOME MORTGAGE
PO Box 14591
Des Moines IA 50306-3591

Make Wells Fargo your first choice

Thinking of Buying A New Home or Refinancing Your Mortgage?

Stop by the Wells Fargo Home Mortgage
branch in your area or call                          1-866-867-3026

Wells Fargo also offers:
- Checking, Savings, CDs, Personal Loans      1-866-932-6736
- Cash Wise Visa Card                                   1-800-869-3557
- Home Equity Lines of Credit                        1-888-237-0186
- Auto Loans                                                  1-877-246-1015
- Identity Theft Protection                              1-877-247-1533
- Student Loans                                             1-888-511-7304
- International access (where available)         00-800-28832122

Fee schedule
Fees for assumptions, partial releases, and other services will be
quoted upon request. Allowable fees for checks and drafts that are
not honored by your bank vary by state and will be assessed
automatically. States with fixed fees are as follows:ID-$20, NV-$25,
SD-$30. Fees are subject to change without notice.

Important information
Payments received after normal business hours will be credited the
following business day.

If you send your payment to any other location, it may cause a
processing delay. When you provide a check as payment, you
authorize us either to use information from your check to make a
one-time electronic fund transfer from your account or to process
the payment as a check transaction. When we use information from
your check to make an electronic fund transfer, funds may be
withdrawn from your account as soon as the same day we receive
your payment, and you will not receive your check back from your
financial institution. If your mortgage check does not clear upon
initial presentment, your bank may charge a fee and we may
attempt to withdraw funds from your account electronically up to a
maximum of three times. If we are not able to successfully collect
these funds, the check amount will be reversed from your loan.

Disputing account information reported to credit bureaus
We may furnish information about your account to credit bureaus.
You have the right to dispute the accuracy of information that we
have reported by writing to us at the correspondence address
noted on the front of this statement and describing the specific
information that is inaccurate or in dispute and the basis for any
dispute with supporting documentation.  In the case of information
that you believe relates to identity theft, you will need to provide us
with an identity theft report.

Access your account online any time

View details of your mortgage account, including official tax information, payment activity and
more. Please visit the website listed on the front of this statement.

Payment options
There are multiple ways to make a payment:
-Online - You can schedule free payments online. Simply sign on to the website listed on the front
of this statement and schedule your payment securely at your convenience.
-Pay by Phone - Payments can be scheduled by calling Customer Service.
-By Mail or in person - You can mail your payment or bring it into any Wells Fargo Branch at no
charge. Please be sure to include your payment coupon from your statement.

Need to wire payment funds?For assistance in finding the nearest location, call 1-800-926-9400
for MoneyGram® Express Payments or 1-800-325-6000 for Western Union® "Quick Collect"
payments.

Notice regarding Third Party Liens
Wells Fargo will not allow the use of a loan from another lender to pay taxes. Such loans violate
your mortgage agreement as they create liens on your property that may take priority over the
mortgage lien.

Notice regarding Property Tax Deferrals
Wells Fargo is not able to accept Property Tax Deferrals in all states, based on the terms of the
deferral program. Please contact us to confirm if the tax deferral offered in your state is an
approved program.

Servicemembers Civil Relief Act - The Servicemembers Civil Relief Act (SCRA) may offer
protection or relief to members of the military who have been called to active duty. If either you
have been called to active duty, or you are the spouse, registered domestic partner, partner in a
civil union, or financial dependent of a person who has been called to active duty, and you haven't
yet made us aware of your status, please contact our Military Customer Service Center at
1-866-936-7272 or fax your Active Duty Orders to 1-877-658-4585, attention SCRA.

Housing counselor information
For help exploring options, the Federal government provides contact information for housing
counselors, which you can access by contacting the Consumer Financial Protection Bureau at
http://www.consumerfinance.gov/find-a-housing-counselor/ or obtain no-cost assistance by
contacting the Department of Housing and Urban Development at
http://www.hud.gov/offices/hsg/sfh/hcc/hcs.cfmor by calling 1-800-569-4287.

Contact us
If you'd like to request information, notify us of an error, or share any concerns you may have
about the servicing of your loan, please contact us at P.O. Box 10335, Des Moines, IA 50306.Please
include your account number with all correspondence.

Special note for customers with New York properties
For those customers who reside in the state of New York, the debtor may file complaints about
the servicer and obtain further information from the New York Banking Department by calling the
Department's Consumer Help Unit at 1-800-342-3736 or by visiting the Department's website at
www.dfs.ny.gov.

Wells Fargo Home Mortgage is a division of Wells Fargo Bank, N.A. Member FDIC ©2018 Wells Fargo Bank, N.A. Member FDIC All rights reserved.
NMLSR ID 399801                    -adv-Apr 2018



Address and phone number change -Please be sure to check the box on the front of payment coupon.

| Borrower first name | | Borrower last name | |
| Co-borrower first name | | Co-borrower last name | |
| New mailing address | | | |
| City, state/zip | | | |
| Home phone | | Work phone | |

## Past Due Account Status

As of the date of this statement, you are 319 days delinquent on your account. Failure to bring your loan current may result in fees, the acceleration of your repayment terms (or request for repayment of your balance in full), or the possibility of loss of your home through foreclosure.

The minimum amount to reinstate the account is $25,474.43 as of the date of this statement.

### Recent Account History

| Statement<br>Payment Date | Statement<br>Payment Amount | Payment Amount<br>Outstanding* |
|---|---|---|
| 04/01/18 | $2,124.06 | $2,124.06 |
| 03/01/18 | $2,124.06 | $2,124.06 |
| 02/01/18 | $2,124.06 | $2,124.06 |
| 01/01/18 | $2,152.00 | $2,152.00 |
| 12/01/17 | $2,152.00 | $2,152.00 |
| 11/01/17 | $2,152.00 | $2,152.00 |
| 10/01/17 | $2,152.00 | $2,152.00 |
| 09/01/17 | $2,152.00 | $2,152.00 |
| 08/01/17 | $2,152.00 | $2,152.00 |
| 07/01/17 | $2,152.00 | $2,152.00 |
| 06/01/17 | $2,152.00 | $2,152.00 |

As of the date of this statement, Wells Fargo has made the first notice or filing required by applicable law for the foreclosure process.

Housing counselor information - For help exploring options, the Federal government provides contact information for housing counselors, which you can access by contacting the Consumer Financial Protection Bureau at http://www.consumerfinance.gov/find-a-housing-counselor/, or obtain no-cost assistance by contacting the Department of Housing and Urban Development at http://www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm or by calling 1-800-569-4287.

*This amount does not include unapplied funds or partial payments that have been received. The payment may include an escrow amount that will be used to pay your property taxes, hazard insurance, and other escrowed expenses. These amounts were based on the last escrow analysis completed on your account and may be subject to change based on actual tax and insurance amounts.

Call us today at 1-800-416-1472 to learn more about your options and instructions for how to apply. The longer you wait, or the further you fall behind on your payments, the harder it will be to find a solution. You can also reach us at: P.O. Box 10335, Des Moines, IA 50306 or visit our website at www.wellsfargo.com/homeassist.

If you need help, the following options may be possible (most are subject to lender approval):
- Reinstatement allows you to pay the total amount due, in a lump-sum payment, by a specific date;
- Repayment plan allows you to bring your mortgage current with increased, manageable monthly payments;
- Payment forbearance temporarily gives you more time to pay your monthly payment;
- Modify your loan terms with us;
- Short sale allows you to sell your home for less than the amount owed on your mortgage; or
- Deed in lieu of foreclosure (sometimes referred to as a Mortgage Release) allows you to voluntarily transfer ownership of your home to us

DO NOT DESTROY THIS NOTE: When paid, said original note, together with the Deed of Trust securing same, must be surrendered to Trustee for cancellation before reconveyance will be made.

## NOTE SECURED BY DEED OF TRUST
(INSTALLMENT-INTEREST INCLUDED)
August 30, 2017

$20,400.00            Riverside, California, County of Riverside

In installments as herein stated, for value received, Jared Scarth and promise to pay to Western Star Financial, Inc., or order, at 3845 10th Street, Riverside CA 92501, the sum of Twenty Thousand Four Hundred Dollars and zero cent ($20,400) DOLLARS, with interest from August 30, 2017 on unpaid principal at the rate of fifteen percent (15%) per annum; principal and interest all due and payable by September 1, 2018. In addition to interest, a late charge of $200 shall accrue with each month that entire unpaid principal and accrued interest remains unpaid beyond the due date.

Each payment shall be credited first on interest then due and the remainder on principal; and interest shall thereupon cease upon the principal so credited. Should interest not be so paid it shall thereafter bear like interest as the principal, but such unpaid interest so compounded shall not exceed and amount equal to simple interest on the unpaid principal at the maximum rate permitted by law. Should default be made in payment of any installment of principal or interest when due the whole sum of principal and interest shall become immediately due at the option of the holder of this note. Principal and interest payable in lawful money of the United States. If action be instituted on this note I promise to pay such sum as the Court may fix as attorney's fees. This note is secured by a deed of trust to **The Turoci Firm, Inc., a California Corporation as Trustee.**

Jared Scarth

## DO NOT DESTROY THIS NOTE

2017-0360327

RECORDING REQUESTED BY:
**WESTERN STAR FINANCIAL, INC.**

WHEN RECORDED MAIL TO:

**3845 Tenth Street
Riverside, CA 92501**

*The Turoci Firm*

ORDER NO.
ESCROW NO.

08/30/2017 01:39 PM Fee: $ 65.00
Page 1 of 6
Recorded in Official Records
County of Riverside
Peter Aldana
Assessor-County Clerk-Recorder

*66.50*

| Page | DA· | PCOR | Misc | Long | RFD | 1st Pg | Adtl Pg | Cert | CC |
|---|---|---|---|---|---|---|---|---|---|
| *478 14* | | | | | R | A | Exam: *182* | | |
| | | | | | | | | | / |
| *0* | *2* | | | | | | | | |

| SIZE | NCOR | SMF | NCHG | T: |
|---|---|---|---|---|

SPACE ABVE THIS LINE FOR RECORDER'S USE

## SHORT FORM DEED OF TRUST AND ASSIGNMENT OF RENTS

APN: 961-430-054-2

**This Deed of Trust**, made this **30ᵗʰ** day of August, 2017, between **Jared Scarth** herein called **TRUSTOR**, whose address is **31222 Mangrove Dr., Temecula California 92592**, The Turoci Firm, Inc., a California Corporation, herein called **TRUSTEE**, and Western Star Financial, Inc. herein called **BENEFICIARY**, Witnesseth: That Trustor **IRREVOCABLY GRANTS, TRANSFERS AND ASSIGNS TO TRUSTEE IN TRUST, WITH POWER OF SALE**, that property in Riverside County, California, described as:

**31222 Mangrove Dr., Temecula California 92592**

**For complete legal description, additional terms and conditions, see exhibit "A" attached hereto.**

TOGETHER WITH the rents, issues and profits thereof, SUBJECT, HOWEVER, to the right, power and authority given to and conferred upon Beneficiary by paragraph (10) of the provisions incorporated herein by reference to collect and apply such rents, issues and profits.

**For the Purpose of Securing:** 1. Performance of each agreement of Trustor incorporated by reference or contained herein. 2. Payment of the indebtedness evidenced by one promissory note of even date herewith, and any extension or renewal thereof, in the principal sum of $20,000.00 executed by Trustor in favor of Beneficiary by order. 3. Payment of such further sums as the then record owner of said property hereafter may borrow from Beneficiary, when evidenced by another note (or notes) reciting it is so secured.

**To Protect the Security of This Deed of Trust, Trustor Agrees:** By the execution and delivery of this Deed of Trust and the note secured hereby, that provisions (1) to (14), inclusive, of the fictitious deed of trust recorded under date, in the book and at the page of Official Records in the office of the county recorder of the county where said property is located, noted below opposite the name of such county, viz.:

| COUNTY | BOOK | PAGE | COUNTY | BOOK | PAGE | COUNTY | BOOK | PAGE | COUNTY | BOOK | PAGE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Alameda | 435 | 684 | Kings | 792 | 833 | Placer | 895 | 301 | Sierra | 29 | 335 |
| Alpine | 1 | 250 | Lake | 362 | 39 | Plumas | 151 | 5 | Siskiyou | 468 | 181 |
| Amador | 104 | 348 | Lassen | 171 | 471 | Riverside | 3005 | 523 | Solano | 1105 | 182 |
| Butte | 1145 | 1 | Los Angeles | T2055 | 899 | Sacramento | 4331 | 62 | Sonoma | 1851 | 689 |
| Calaveras | 145 | 152 | Madera | 810 | 170 | San Benito | 271 | 383 | Stanislaus | 1715 | 456 |
| Colusa | 296 | 617 | Marin | 1508 | 339 | San Bernardino | 5567 | 61 | Sutter | 572 | 297 |
| Contra Costa | 3978 | 47 | Mariposa | 77 | 292 | San Francisco | A332 | 905 | Tehama | 401 | 289 |
| Del Norte | 78 | 414 | Mendocino | 579 | 530 | San Joaquin | 2470 | 311 | Trinity | 93 | 366 |
| El Dorado | 568 | 456 | Merced | 1547 | 538 | San Luis Obispo | 1151 | 12 | Tulare | 2294 | 275 |
| Fresno | 4626 | 572 | Modoc | 184 | 851 | San Mateo | 4078 | 420 | Tuolumne | 135 | 47 |
| Glen | 422 | 184 | Mono | 52 | 429 | Santa Barbara | 1878 | 860 | Ventura | 2062 | 386 |
| Humboldt | 657 | 527 | Monterey | 2194 | 538 | Santa Clara | 5336 | 341 | Yolo | 653 | 245 |
| Imperial | 1091 | 501 | Napa | 639 | 86 | Santa Cruz | 1431 | 494 | Yuba | 334 | 486 |
| Inyo | 147 | 598 | Nevada | 305 | 320 | Shasta | 684 | 528 | | | |
| Kern | 3427 | 60 | Orange | 5889 | 611 | San Diego | Series 2, Book 1961, Page 183887 | | | | |

1

FOR SIGNATURE(S) SEE SHORT FORM DEED OF TRUST SIGNATURE PAGE ATTACHED HERETO AND MADE A PART HEREOF.

**SHORT FORM DEED OF TRUST SIGNATURE(S) PAGE**

ORDER NO.
ESCROW NO.

(which provisions, identical in all counties, are printed on the reverse hereof) hereby are adopted and incorporated herein and made a part hereof as fully as though set forth herein at length; that he will observe and perform said provisions; and that the references to property, obligations, and parties in said provisions shall be construed to refer to the property, obligations, and parties set forth in this Deed of Trust.

The undersigned Trustor requests that a copy of any Notice of Default and of any Notice of Sale hereunder be mailed to him at his address hereinbefore set forth.

X _____  8/30/17

Signature of Trustor

**Jared Scarth**

Print Name of Trustor

X _____

Signature of Trustor

Print Name of Trustor

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached and not the truthfulness, accuracy, or validity of that document.

DATE: 8/30/17

STATE OF CALIFORNIA

COUNTY OF RIVERSIDE

On 8/30/17 before me, Dana R Cormey, Notary Public , a

Notary Public, personally appeared Jared Scarth

who proved to me on the basis of satisfactory evidence to be the person(s), whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s) or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature

DANA R. CORMEY
Commission # 2128907
Notary Public - California
Riverside County
My Comm. Expires Oct 29, 2019

(Seal)

2

**SECURED PROMISSORY NOTE**

**$17,250.00**                                                                              October 2, 2017

**SECTION 1. DEBT AND PAYMENT TERMS.**

1.1     FOR VALUE RECEIVED, Jared H Scarth ("Borrower") promises to pay to the order of Prominence Capital Partners, LLC, a California limited liability company at 974 Sandstone Drive, Glendora, CA 91740, or at such other place as the Holder hereof may from time to time designate in writing:

- **The Principal Sum of:**   Seventeen Thousand Two Hundred Fifty and 00/100ths Dollars ($17,250.00) in lawful money of the United States.
- **Interest rate:**   15.00% per annum from the date of this Note until paid.
- **Payments:**   Payment under this Note is to be made as follows: On February 2, 2017, the entire unpaid principal balance and any accrued interest shall come due and payable in full.
- **Proceeds:**   The total loan amount includes (i) amounts actually disbursed to Borrower; (ii) loan fees associated with this Loan; and (iii) Document Preparation Fees associated with this Loan.

**SECTION 2. ADDITIONAL PARTIES AND TERMS.**

The Holder hereof may, without prior notice to Borrower, cause additional parties to be added hereto, or release any party hereto, extend or renew this Note, extend the time for making any payment provided for herein, or accept any installment in advance, without affecting the liability of Borrower.

**SECTION 3. EVENTS OF DEFAULT; CROSS-DEFAULT.**

3.1     The following shall constitute Events of Default:

3.1.1   **Nonpayment.** Failure of Borrower to make any payment provided herein when due.

3.1.2   **Other Obligations.** Failure of Borrower to make any payment or perform any obligation required by any other instrument evidencing or securing any indebtedness or obligation of Borrower, or any of them, to the Holder of this Note, including, but not limited to, default under any Deed of Trust given to secure payment of this Note, or default under any other instrument or agreement made by Borrower in connection with the indebtedness evidenced by this Note, or breach of any term or condition of any Deed of Trust.

**SECTION 4. TIME IS OF THE ESSENCE.**

TIME IS OF THE ESSENCE OF THIS NOTE. Any payment designated to be made to the Holder hereof under this Note or under any other agreement, designated in Subsection 3.1.2 herein, shall not be deemed to have been timely made unless actually received by the Holder hereof on or before 11:59 p.m. of the stated due date.

**SECTION 5. REMEDIES IN CASE OF DEFAULT.**

5.1     If an Event of Default shall occur, the Holder of this Note may exercise any of the following rights and remedies, in addition to any other remedies which may be available at law, in equity, or otherwise:

5.1.1   **Acceleration and Interest Default Rate.** The Holder of this Note may declare the entire unpaid principal and interest immediately due and collectible.

5.1.2   **Default Interest Rate.** The Holder of this Note may impose a higher interest rate to be incurred on all principal balance and any other charges payable by Borrower during the time of default at a rate of eight percent (8%) higher than the rate provided in Section 1 above (this adjusted rate shall be referred to as the "Default Rate"), but in no event to exceed the maximum rate permitted by law, running from the date of default until paid.

**SECTION 6. SECURITY; NO TRANSFER WITHOUT CONSENT.**

6.1     This obligation is secured by, among other instruments, a Deed of Trust and Assignment of Rents, of even date herewith, encumbering certain real property and the improvements thereon located at 31222 Mangrove Drive, Temecula CA 92592 (the "Property").

6.2     A SALE, TRANSFER, ALIENATION OR INVOLUNTARY ENCUMBRANCE OF THE PROPERTY OR ADDITIONAL COLLATERAL WITHOUT THE PRIOR WRITTEN CONSENT OF THE HOLDER HEREOF, WHICH CONSENT MAY BE GIVEN OR WITHHELD IN THE SOLE AND ABSOLUTE DISCRETION OF THE HOLDER HEREOF, SHALL BE A DEFAULT HEREUNDER AND UPON SUCH DEFAULT, ALL PRINCIPAL AND INTEREST, AT THE OPTION OF THE HOLDER OF THIS NOTE, SHALL BECOME IMMEDIATELY DUE AND PAYABLE.

**SECTION 7. ATTORNEY FEES AND COSTS.**

PAGE 1 - SECURED PROMISSORY NOTE

In the event of a default under this Note, Borrower agrees to pay all costs and expenses which may be incurred by the Holder with respect to such default, including without limitation all costs and expenses of investigating the same and circumstances and events surrounding or relating thereto, fees charged by and expenses of professional consultants and advisers, including attorneys and accountants, costs of title searches and premiums for title reports and all other costs and expenses. Attorney fees shall include costs and expenses of legal advice with respect to the event of default, rights and remedies, negotiations with Borrower and any other parties in interest, such as guarantors, other encumbrances, receivers, trustees, and the like, and attorney fees and expenses with respect to any action which the Holder may commence or in which the Holder might appear, whether for the purpose of protecting or preserving the Holder's rights or to realize upon the lien of any security interest upon real or personal property, or both, by foreclosure or otherwise, including, but not limited to, any action or participation as a debtor by Borrower in, or in connection with, a case or proceeding under the Bankruptcy Code or any successor statute, and all attorney fees and expenses in any review of or appeal from any such action. All costs, fees, or expenses herein referred to shall be reasonable. Such fees and costs may, at the option of the Holder, be added to the principal balance of this Note.

## SECTION 8. LATE PAYMENT CHARGES.

8.1    If Borrower fails to pay any final balloon payment within ten (10) calendar days after the due date, or by the next business day, if the ten (10) day period ends on a Saturday, Sunday or legal holiday, the holder may assess a late charge equal to ten percent (10%) of the final balloon payment not paid when due. Said late charge shall be paid on demand, and the holder hereof reserves the right (a) to refuse any late payment unless accompanied by such late charge, or (b) to add such late charge to the principal balance of the Note. The acceptance of a late charge shall not constitute a waiver of any remedies available to the holder of this Note arising from an event of default.

## SECTION 9. WAIVER OF PRESENTMENT FOR PAYMENT, NOTICE OF DISHONOR, PROTEST AND NOTICE OF PROTEST; LOAN AGREEMENT.

9.1    All persons liable either now or hereafter for the payment of this Note severally waive presentment, demand for payment and notice of nonpayment thereof.

9.2    All parties liable under this Note hereby consent to, and the Holder hereof is hereby expressly authorized to make, without notice, any and all renewals, extensions, modifications, or waivers of the time for or the terms of payment of any sum or sums due hereunder, or under any documents or instruments relating to or securing this Note, or of the performance of any covenants, conditions or agreements hereof or thereof or the taking or release of collateral securing this Note. Any such action taken by the Holder of this Note shall not discharge the liability of any party to this Note.

9.4    The proceeds of this Note are being used solely for business purposes and none of the loan proceeds evidenced by this Note will be expended for a personal, private or consumer use.

## SECTION 10.    NONWAIVER.

Failure to exercise any option to declare a default or accelerate the balance due hereon shall not constitute a waiver of the right to exercise the same in the event of any subsequent default. Modification of the terms of payment of this Note made at the request of any person liable thereof shall not impair such person's liability or the liability of any other person now or hereafter liable for the payment hereof.

## SECTION 11.    NOTICE.

All notices, requests, demands and other communications given or required to be given hereunder shall be in writing and personally delivered or sent by United States registered or certified mail, return receipt requested, postage prepaid or sent by a nationally recognized courier service such as Federal Express, duly addressed to the Parties as follows:

|  |  |  |
|---|---|---|
| To Borrower | : | Jared H Scarth<br>31222 Mangrove Drive<br>Temecula, CA 92592 |
| To the Holder | : | Prominence Capital Partners, LLC<br>974 Sandstone Drive<br>Glendora, CA 91740 |

Any notice or other communication hereunder shall be deemed given on the date of actual delivery thereof to the address of the addressee, if personally delivered, and on the date indicated in the return receipt or courier's records as the date of delivery or as the date of first attempted delivery to the address of the addressee, if sent by mail or courier service (such as Federal Express). Notice may also be given by telecopier or facsimile to any party having a telecopier or facsimile machine compatible with the telecopier or facsimile machine of the party sending the notice. Any notice given by telecopier or facsimile shall be deemed delivered when received by the telecopier or facsimile machine of the receiving party if received before 5:00 p.m. (Pacific Time) on the business day received, or if received after 5:00 p.m. (Pacific Time), or if telecopied on a day other than a business day (i.e., a Saturday, Sunday or legal holiday), then such notice shall be deemed delivered on the next following business day. The transmittal confirmation receipt produced by the telecopier or facsimile machine of the sending party shall be prima facie evidence of such receipt. Any party may change its address or telecopier or facsimile number for purposes of this Subsection by giving notice to the other party. If a "copy party" is designated, service of notice shall not be deemed given to the designated party unless and until the "copy party" is also given such notice in accordance with this Subsection.

## SECTION 12.    GOVERNING LAW.

This Note shall at all time be governed by the laws of the State of California. Borrower agrees that this Note may be enforced in the courts of the State of California and Borrower hereby consent to the jurisdiction thereof.

### SECTION 13.    ENFORCEABILITY.

It is the intention of Borrower and the Holder to comply with the laws of the State of California; accordingly, it is agreed that notwithstanding any provision to the contrary in this Note, no such provision shall require the payment or permit the collection of interest in excess of the maximum permitted by law. If any excess of interest in such respect is provided for, or shall be adjudicated to be so provided for, in this Note, then in such event (a) the provisions of this section shall govern and control; (b) neither Borrower nor Borrower's successors or assigns or any other party liable for the payment hereof shall be obligated to pay the amount of such interest to the extent that it is in excess of the maximum amount permitted by law; (c) any such excess which may have been collected shall be either applied as a credit against the then unpaid principal amount hereof or refunded to Borrower; and (d) the effective rate of interest shall be automatically subject to reduction to the maximum lawful interest rate allowed under the usury laws of the State of California.

### SECTION 14.    SEVERABILITY.

If any provision of this Note is construed to be invalid, illegal, unenforceable or against public policy, the remaining provisions of this Note shall not be affected thereby and shall be enforceable without respect thereto.

### SECTION 15.    NEGOTIATION.

This Note is freely transferable and assignable by the Holder hereof. In the event this Note is negotiated, endorsed or assigned to any party, such party shall not be subject to (and Borrower hereby expressly waives as against such party) any defenses, setoffs, counterclaims, or other objections to the payment of this Note.

EXECUTED the day and year first above written.

_____    10/2/17
Jared H Scarth


STATE OF CALIFORNIA        )
COUNTY OF_____)

On_____before me,_____Notary Public, personally appeared _____, who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.            See att!

Signature_____(Seal)

IXMALZIN KASSANDRA ALI
COMM. # 2199346
NOTARY PUBLIC - CALIFORNIA
RIVERSIDE COUNTY
COMM. EXPIRES MAY 28, 2021

PAGE 3 - SECURED PROMISSORY NOTE

# ATTACHMENT TO CLAIM

In Re        : **JARED HUNTER K SCARTH & LINDA L WEILAND**
Chapter      : **13**
Case Number : **23-10960**                        | TOTAL CLAIM:    **$4,354.96** |

## SUMMARY - DETAIL OF DEBT

| PARCEL NO. | FISCAL YR | TOTAL TAX DUE | INTEREST & PENALTIES | ADDITIONAL INTEREST |
|---|---|---|---|---|
| *000264420 17/18 | 2017 | 935.42 | 1,058.11 | 841.88 |
| **961430054 22/23 | 2022 | 2,361.43 | | 2,125.29 |

This Claim is a secured tax secured by a statutory lien under California state law.  The claim is secured under 11 U.S.C. Section 506(b).

**NOTE:  An asterik preceding a "PARCEL NO." denotes additional language.**

*The claim is subject to 18% interest,  per annum, under California Revenue and Taxation Code Section 4103, 11 U.S.C. Section 506(b) and 11 U.S.C. Section 511 as well as costs, fees and attorney's fees.

**Post petition interest, costs and fees will accrue outside the Chapter 13 plan if the current fiscal year taxes become defaulted (Current year taxes default as of July 1st if they are not paid by June 30th each fiscal year).

*Additonal Interest is the total interest projected over the 60 month payment plan.

# PROPERTY PROFILE

## Property Information

| | |
|---|---|
| Primary Owner : | SCARTH, JARED |
| Secondary Owner : | SCARTH, VICTORIA |
| Site Address : | 31222 MANGROVE DR |
| | TEMECULA, CA 92592-4176 |
| Mailing Address : | 31222 MANGROVE DR |
| | TEMECULA, CA 92592-4176 |
| Assessor Parcel Number : | 961-430-054 |
| CountyName : | Riverside |
| Tax Account ID : | 961430054 |
| Phone : | 951-442-5809 |
| Census Tract : | 0432.07 |
| Housing Tract Number : | 31946 |
| Lot Number : | 56 |
| Page Grid : | - |
| Legal Description : | Lot: 56  ; Tract No: 31946  ; Abbreviated Description: LOT:56 CITY:TEMECULA TR#:31946  .10 ACRES M/L IN LOT 56 MB 421/028 TR 31946 ; City/Muni/Twp: TEMECULA |

## Property Characteristics

| | | | | | |
|---|---|---|---|---|---|
| Bedrooms : | 4 | Year Built : | 2009 | Square Feet : | 2389 |
| Bathrooms : | 2.5 | Garage : | A | Lot size : | 4356 SF |
| Partial Bath : | 0 | Fireplace : | 1 | Number of Units : | 0 |
| Total Rooms : | 0 | Pool/Spa : | N | Use Code : | Single Family Residential |
| Zoning : | N/A | | | | |

## Sale/Loan Information

| | | | |
|---|---|---|---|
| Transfer Date : | 12/14/2009 | Document # : | 2009-0641536 |
| Transfer Value : | $325,000 | Cost/Sq Feet : | $ 136 |
| First Loan Amt : | $319,055 | Lender : | WELLS FARGO BANK NA |

## Assessment/Tax Information

| | | | |
|---|---|---|---|
| Assessed Value : | $411,277 | Tax Amount : | $4,875.90 |
| Land Value : | $63,267 | Tax Status : | Current |
| Improvement Value : | $348,010 | Tax Rate Area : | 13-004 |
| Percent Improvement : | 84 % | Homeowner Exemption : | N |

Confidential, Proprietary and/or Trade Secret.  TM SM  ® Trademark(s) of Intercontinental Exchange, Inc. and its subsidiaries and affiliates.
© 2025 Intercontinental Exchange, Inc. All Rights Reserved.

# SUBJECT PROPERTY HISTORY

## Prior Transfer

| | |
|---|---|
| Recording Date: 12/03/2024 | Document #: 2024-0368157 |
| Price: | Document Type: Intrafamily Transfer & Dissolution |
| First TD: | Type of Sale: Transfer Tax on doc. indicated as |
| Lender Name: | |
| Buyer Name: SCARTH, JARED; SCARTH, VICTORIA | |
| Buyer Vesting: Trust | |
| Sell Name: SCARTH, JARED; SCARTH, VICTORIA | |
| City/Muni/Twp: TEMECULA | |
| Legal: LOT:56 CITY:TEMECULA SUBD:TRACT NO 31946 MAP REF:MB 421 PG 28-36 | |

## Prior Transfer

| | |
|---|---|
| Recording Date: 12/03/2024 | Document #: 2024-0368156 |
| Price: | Document Type: Intrafamily Transfer & Dissolution |
| First TD: | Type of Sale: Transfer Tax on doc. indicated as |
| Lender Name: | |
| Buyer Name: SCARTH, JARED; SCARTH, VICTORIA | |
| Buyer Vesting: Joint Tenancy | |
| Sell Name: SCARTH, JARED H | |
| City/Muni/Twp: TEMECULA | |
| Legal: LOT:56 CITY:TEMECULA SUBD:TRACT NO 31946 MAP REF:MB 421 PG 28-36 | |

## Foreclosure Record

| | |
|---|---|
| Recording Date: 04/18/2024 | Document #: 2024-0112671 |
| Original Doc: 2022-0476044 | Document Type: Notice of Rescission |
| Lender Name: | |

## Foreclosure Record

| | |
|---|---|
| Recording Date: 05/31/2023 | Document #: 2023-0154275 |
| Mortgage Doc: 2017-0413611 | Document Type: Notice of Sale (aka Notice of Trustee's Sale) |
| Auction 849 W SIXTH STREET | |
| Lender Name: 06/27/2023 0900A | |
| Auction Min Bid: | |
| Delinq $: | |
| Unpaid $: | |
| As Of: | |

## Foreclosure Record

| | |
|---|---|
| Recording Date: 02/14/2023 | Document #: 2023-0041181 |
| Mortgage Doc: 2017-0413611 | Document Type: Notice of Sale (aka Notice of Trustee's Sale) |
| Auction 849 W SIXTH STREET | |
| Lender Name: 03/14/2023 0900A | |
| Auction Min Bid: $50,385 | |
| Delinq $: | |
| Unpaid $: | |
| As Of: | |

Confidential, Proprietary and/or Trade Secret. TM SM ® Trademark(s) of Intercontinental Exchange, Inc. and its subsidiaries and affiliates.
© 2025 Intercontinental Exchange, Inc. All Rights Reserved.

02/06/2025 12:29:58 PM                                                                Customer Service Rep: Ron Romero

## Foreclosure Record

| | | | |
|---|---|---|---|
| Recording Date: | 11/18/2022 | Document #: | 2022-0476044 |
| Mortgage Doc: | 2017-0413611 | Document Type: | Notice of Default |
| Truster Name: | SCARTH, JARED H | TS #: | CA2200287323 |
| Lender Name: | PROMINENCE CAPITAL PARTNERS | | |
| Mailing Address: | 4795 REGENT BLVD  IRVING TX 75063    Phone #:866-429-5179 | | |
| C/O: Attn | FIRST AMERICAN TITLE INSURANCE COMPANY | | |
| Deling $: | $48,408        Unpaid $: | | |
| Beneficiary | PROMINENCE CAPITAL PARTNERS | | |
| As Of: | 11/08/2022 | | |
| Loan: | Date 10/05/2017; Amount $17,250 | | |

## Foreclosure Record

| | | | |
|---|---|---|---|
| Recording Date: | 11/29/2018 | Document #: | 2018-0465299 |
| Original Doc: | 2017-0428138 | Document Type: | Notice of Rescission |
| | | | |
| Lender Name: | | | |

## Mortgage Record

| | | | |
|---|---|---|---|
| Recording Date: | 11/19/2018 | Document #: | 2018-0454232 |
| Loan Amount: | $82,802 | Loan Type: | FHA |
| TD Due Date: | 12/01/2048 | Type of Financing: | |
| Lender Name: | WELLS FARGO BANK NA | | |
| Lender Type: | Bank | | |
| Buyer Vesting: | SCARTH,JARED H | | |
| Vesting: | | | |

## Foreclosure Record

| | | | |
|---|---|---|---|
| Recording Date: | 03/22/2018 | Document #: | 2018-0106838 |
| Mortgage Doc: | 2012-0652106 | Document Type: | Notice of Sale (aka Notice of Trustee's Sale) |
| Auction | 2410 WARDLOW ROAD | | |
| Lender Name: | 05/23/2018 0900A | | |
| Auction Min Bid: | | | |
| Deling $: | | | |
| Unpaid $: | | | |
| | | | |
| As Of: | | | |

## Foreclosure Record

| | | | |
|---|---|---|---|
| Recording Date: | 10/16/2017 | Document #: | 2017-0428138 |
| Mortgage Doc: | 2012-0562106 | Document Type: | Notice of Default |
| Truster Name: | SCARTH, JARED H | TS #: | 062361-CA |
| Lender Name: | WELLS FARGO BANK NA | | |
| Mailing Address: | 4375 JUTLAND DR  SAN DIEGO CA 92117    Phone #:858-750-7600 | | |
| C/O: Attn | CLEAR RECON CORP | | |
| Deling $: | $10,928        Unpaid $: | | |
| Beneficiary | | | |
| As Of: | 10/12/2017 | | |
| Loan: | Date 11/20/2012; Amount | | |

Confidential, Proprietary and/or Trade Secret.  TM SM  ® Trademark(s) of Intercontinental Exchange, Inc. and its subsidiaries and affiliates.
© 2025 Intercontinental Exchange, Inc. All Rights Reserved.

## Mortgage Record

| | | | |
|---|---|---|---|
| Recording Date: | 10/05/2017 | Document #: | 2017-0413611 |
| Loan Amount: | $17,250 | Loan Type: | O |
| TD Due Date: | | Type of Financing: | |
| Lender Name: | PROMINENCE CAPITAL PARTNERS LLC | | |
| Lender Type: | Other (company or corporation) | | |
| Buyer Vesting: | SCARTH,JARED H | | |
| Vesting: | | | |

## Mortgage Record

| | | | |
|---|---|---|---|
| Recording Date: | 08/30/2017 | Document #: | 2017-0360327 |
| Loan Amount: | $20,000 | Loan Type: | Unknown |
| TD Due Date: | | Type of Financing: | |
| Lender Name: | WESTERN STAR FINANCIAL INC | | |
| Lender Type: | Other (company or corporation) | | |
| Buyer Vesting: | SCARTH,JARED | | |
| Vesting: | | | |

## Mortgage Release

| | | | |
|---|---|---|---|
| Recording Date: | 12/13/2012 | Document #: | 2012-0607400 |
| Loan Amount: | $319,055 | Document Description: | Substitution of Trustee and Full Reconveyance |
| Current Lender: | WELLS FARGO BANK, N.A. | Origination Mortgage Recording Date: | 12/14/2009 |
| Borrower Name: | SCARTH,JARED H | Origination Mortgage Document #: | 2009-0641538 |
| Original Lender: | WELLS FARGO BANK NA | | |

## Mortgage Record

| | | | |
|---|---|---|---|
| Recording Date: | 11/20/2012 | Document #: | 2012-0562106 |
| Loan Amount: | $302,560 | Loan Type: | FHA |
| TD Due Date: | 12/01/2042 | Type of Financing: | |
| Lender Name: | WELLS FARGO BANK NA | | |
| Lender Type: | Bank | | |
| Buyer Vesting: | SCARTH,JARED H | | |
| Vesting: | | | |

## Prior Transfer

| | | | |
|---|---|---|---|
| Recording Date: | 12/14/2009 | Document #: | 2009-0641537 |
| Price: | | Document Type: | Intrafamily Transfer & Dissolution |
| First TD: | | Type of Sale: | Non-Arms Length Transfer |
| Lender Name: | | | |
| Buyer Name: | SCARTH, JARED H | | |
| Buyer Vesting: | Married Man as his sole and separate property | | |
| Sell Name: | DROVETTA, VICTORIA C | | |
| City/Muni/Twp: | TEMECULA | | |
| Legal: | LOT:56 CITY:TEMECULA TR#:31946 MAP REF:MB421 PG28-36 | | |

Confidential, Proprietary and/or Trade Secret.  TM SM  ® Trademark(s) of Intercontinental Exchange, Inc. and its subsidiaries and affiliates.
© 2025 Intercontinental Exchange, Inc. All Rights Reserved.

Customer Service Rep:  Ron Romero

## Prior Transfer

| | | | |
|---|---|---|---|
| Recording Date: | 12/14/2009 | Document #: | 2009-0641536 |
| Price: | $325,000 | Document Type: | Grant Deed |
| First TD: | $319,055 | Type of Sale: | Full-Computed from Transfer Tax |
| Lender Name: | WELLS FARGO BANK NA | | |
| Buyer Name: | SCARTH, JARED H | | |
| Buyer Vesting: | Married Man as his sole and separate property | | |
| Sell Name: | CONTINENTAL RESIDENTIAL INC, | | |
| City/Muni/Twp: | TEMECULA | | |
| Legal: | LOT:56 CITY:TEMECULA TR#:31946 MAP REF:MB421 PG28-36 | | |

## Prior Transfer

| | | | |
|---|---|---|---|
| Recording Date: | 12/00/2009 | Document #: | 2009-0641536 |
| Price: | $325,000 | Document Type: | N/A |
| First TD: | | Type of Sale: | Price Unconfirmed |
| Lender Name: | N/A | | |
| Buyer Name: | N/A | | |
| Buyer Vesting: | | | |
| Sell Name: | N/A | | |
| City/Muni/Twp: | N/A | | |
| Legal: | LOT:56    CITY:TEMECULA TR#:31946    .10 ACRES M/L IN LOT 56 MB 421/028 TR 31946 | | |

Confidential, Proprietary and/or Trade Secret.  TM SM  ® Trademark(s) of Intercontinental Exchange, Inc. and its subsidiaries and affiliates.
© 2025 Intercontinental Exchange, Inc. All Rights Reserved.

# EXHIBIT D

PLEASE COMPLETE THIS INFORMATION
RECORDING REQUESTED BY:
Amber S. Crothall, Esq.

AND WHEN RECORDED MAIL TO:
Amber S. Crothall, Esq.
Greenman, Lacy, Klein, et al.
P.O. Box 299
Oceanside, CA  92049-0299

**2018-0071023**
02/26/2018 02:26 PM Fee: $ 105.00
Page 1 of 3
Recorded in Official Records
County of Riverside
Peter Aldana
Assessor-County Clerk-Recorder



914

Space above this line for recorder's use only

## Abstract of Judgment

Title of Document

**TRA:**

**DTT:**

THIS PAGE ADDED TO PROVIDE ADEQUATE SPACE FOR RECORDING INFORMATION

($3.00 Additional Recording Fee Applies)

Available in Alternate Formats

ACR 238 (Rev. 12/2016)

**RECORDER'S COVERSHEET**

CEB | Essential
ceb.com | eForms

Murrieta Springs

**EJ-001**

JAN 22 2018

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, address, and State Bar number):* |
| After recording, return to: |

Amber S. Crothall, SBN 227173
Greenman, Lacy, Klein, Hinds, Weiser
900 Pier View Way
Oceanside, CA 92054

TEL NO.: 760-722-1234    FAX NO. (optional): 760-722-5860
E-MAIL ADDRESS (Optional):

[X] ATTORNEY FOR   [X] JUDGMENT CREDITOR   [ ] ASSIGNEE OF RECORD

SUPERIOR COURT OF CALIFORNIA, COUNTY OF Riverside
STREET ADDRESS: 30755-D Auld Road
MAILING ADDRESS:
CITY AND ZIP CODE: Murrieta, CA 92563
BRANCH NAME: Southwest Justice Center

FOR RECORDER'S USE ONLY

PLAINTIFF: MURRIETA SPRINGS RETAIL GROUP, LLC
DEFENDANT: SCARTH & ASSOCIATES, INC.; JARED SCARTH

CASE NUMBER:
MCC1600881

| **ABSTRACT OF JUDGMENT—CIVIL AND SMALL CLAIMS**    [ ] **Amended** | FOR COURT USE ONLY |

1. The [X] judgment creditor  [ ] assignee of record
   applies for an abstract of judgment and represents the following:
   a. Judgment debtor's
      Name and last known address

SCARTH & ASSOCIATES, INC.
27310 MADISON AVENUE, SUITE #103
TEMECULA CA 92590

   b. Driver's license no. [last 4 digits] and state:    [X] Unknown
   c. Social security no. [last 4 digits]:    [X] Unknown
   d. Summons or notice of entry of sister-state judgment was personally served or mailed to *(name and address)*:

2. [X] Information on additional judgment debtors is shown on page 2.
3. Judgment creditor *(name and address)*:
   Murrieta Springs Retail Group, LLC
   7152 Almaden Lane
   Carlsbad, CA 92009
   Date: January 17, 2018
   Amber S. Crothall
   _____
   (TYPE OR PRINT NAME)

4. [ ] Information on additional judgment creditors is shown on page 2.
5. [ ] Original abstract recorded in this county:
   a. Date:
   b. Instrument No.:

   ▶ *Amber S. Crothall*
   (SIGNATURE OF APPLICANT OR ATTORNEY)

6. Total amount of judgment as entered or last renewed:
   $26,083.00
7. All judgment creditors and debtors are listed on this abstract.
8. a. Judgment entered on *(date)*: November 21, 2017
   b. Renewal entered on *(date)*:
9. [ ] This judgment is an installment judgment.

[SEAL]

This abstract issued on *(date)*:
01/25/18

10. [ ] An [ ] execution lien [ ] attachment lien
    is endorsed on the judgment as follows:
    a. Amount: $
    b. In favor of *(name and address)*:

11. A stay of enforcement has
    a. [X] not been ordered by the court.
    b. [ ] been ordered by the court effective until *(date)*:

12. a. [X] I certify that this is a true and correct abstract of the judgment entered in this action.
    b. [ ] A certified copy of the judgment is attached.

    Clerk, by _____, Deputy

Form Adopted for Mandatory Use
Judicial Council of California
EJ-001 [Rev. July 1, 2014]

**ABSTRACT OF JUDGMENT—CIVIL AND SMALL CLAIMS**

Page 1 of 2
Code of Civil Procedure, §§ 488.480, 674, 700.190

Doc #2018-0071023  Page 3 of 3

| PLAINTIFF:  MURRIETA SPRINGS RETAIL GROUP, LLC | COURT CASE NO: |
|---|---|
| DEFENDANT:  SCARTH & ASSOCIATES, INC.; JARED SCARTH | MCC1600881 |

**NAMES AND ADDRESSES OF ADDITIONAL JUDGMENT CREDITORS:**

13.  Judgment creditor *(name and address):*          14.  Judgment creditor *(name and address):*

15. ☐ Continued on Attachment 15.

**INFORMATION ON ADDITIONAL JUDGMENT DEBTORS:**

16.          Name and last known address           17.          Name and last known address
⌐ Jared Scarth                                                          ⌐
31222 Mangrove Drive
Temecula, CA 92592
⌐                                               ⌐                     ⌐                                               ⌐

Driver's license no. [last 4 digits] and state:                    Driver's license no. [last 4 digits] and state:
                                        ☐ Unknown                                                      ☐ Unknown

Social security no. [last 4 digits]:  7621    ☐ Unknown      Social security no. [last 4 digits]:          ☐ Unknown

Summons was personally served at or mailed to *(address):*      Summons was personally served at or mailed to *(address):*
27310 Madison Ave., Suite 103, Temecula, CA 92590

18.          Name and last known address           19.          Name and last known address

Driver's license no. [last 4 digits] and state:                    Driver's license no. [last 4 digits] and state:
                                        ☐ Unknown                                                      ☐ Unknown

Social security no. [last 4 digits]:          ☐ Unknown      Social security no. [last 4 digits]:          ☐ Unknown

Summons was personally served at or mailed to *(address):*      Summons was personally served at or mailed to *(address):*

20. ☐ Continued on Attachment 20.

EJ-001 [Rev. July 1, 2014]           **ABSTRACT OF JUDGMENT—CIVIL**                Page 2 of 2
                                            **AND SMALL CLAIMS**

# EXHIBIT F

1
**NEXUS BANKRUPTCY**
BENJAMIN HESTON (297798)
2
3090 Bristol Street #400
Costa Mesa, CA 92626
3
Tel: 949-312-1377
Fax: 949-288-2054
4
ben@nexusbk.com
5
Attorney for Debtor

6
**UNITED STATES BANKRUPTCY COURT**
7
**CENTRAL DISTRICT OF CALIFORNIA**
8
**RIVERSIDE DIVISION**

9
In re:                                      Case No.: 6:18-bk-13248-SY
10
JARED HUNTER SCARTH, and                    Chapter 7
11
VICTORIA CAROL SCARTH,          **DECLARATION OF VICTORIA CAROL
                                SCARTH IN SUPPORT OF MOTION TO**
12
    Debtors.                    **AVOID LIEN ON REAL PROPERTY**
13
14
15
16

17
  I, Victoria Carol Scarth, declare as follows:

18
1. I am one of the Debtors in the above-referenced bankruptcy proceeding. I have personal
19
  knowledge of all matters stated herein and if called to testify I could competently testify
20
  thereto.

21
2. I am an owner of the real property located at 31222 Mangrove Drive, Temecula,
22
  California (the "Property").

23
3. As of April 18, 2018, the Property was encumbered by the following liens:

24
| Lien Holder | Date Recorded | Original Balance | Balance as of 4/18/2018 |
|---|---|---|---|
| Wells Fargo Home Mortgage | 11/20/2012 | $302,560 | $288,699 |
| American Express Bank | 7/27/2015 | $57,442.75 | $75,167 |
| Western Star Financial | 8/30/2017 | $20,400 | $23,137 |
| Prominence Capital Partners | 10/5/2017 | $17,250 | $18,909 |
| County of Riverside | 11/3/2017 | $935 | $1,011 |
| Murrieta Springs Retails Group | 2/26/2018 | $26,083 | $27,141 |

25
26
27
28

1

4. The balance on the Wells Fargo mortgage is based on monthly statements I received in or around April 2018. All other lien balances were calculated using the original principal amounts and the applicable contractual or statutory interest rates, plus any accrued late fees or penalties, through April 18, 2018.

5. A retrospective appraisal was conducted to determine the market value of the Property as of April 18, 2018. That appraisal concluded the fair market value of the Property on that date was $450,000. A true and correct copy of this appraisal is attached to the Motion as Exhibit B

6. Based on my knowledge of the Property, my familiarity with market conditions at that time, and my review of the appraisal, I believe the appraised value of $450,000 as of April 18, 2018, is accurate and reasonable.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Date: June 16, 2025                    VICTORIA CAROL SCARTH

2