# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

**3090 Bristol Street #400**
**Costa Mesa, CA 92626**

A true and correct copy of the foregoing document entitled (*specify*): **DEBTOR'S NOTICE OF MOTION AND MOTION TO AVOID LIEN UNDER 11 U.S.C. § 522(F) (REAL PROPERTY); STIPULATION REGARDING DEBTOR'S MOTION TO AVOID LIEN UNDER 11 U.S.C. §522(F) (REAL PROPERTY)** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:
Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☐ Service information continued on attached page

2. **SERVED BY UNITED STATES MAIL**:
On (*date*) 10/28/2025 I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL**
Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed (state method for each person or entity served):

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 10/28/2025 | **Benjamin Heston** | /s/Benjamin Heston |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**

CERTIFIED 9589071052702514316407

WELLS FARGO BANK, NATIONAL ASSOCIATION
ATTN: OFFICER
101 NORTH PHILLIPS AVENUE
SIOUX FALLS SD 57104

CERTIFIED 9589071052702514316414

AMERICAN EXPRESS NATIONAL BANK
ATTN: OFFICER
115 W TOWNE RIDGE PARKWAY
SANDY UT 84070

WELLS FARGO BANK, NATIONAL ASSOCIATION
C/O CORPORATION SERVICE COMPANY
D/B/A CSC - LAWYERS INCORPORATING SERVICE
2710 GATEWAY OAKS DRIVE, SUITE 150N
SACRAMENTO, CA 95833

AMERICAN EXPRESS COMPANY
C/O C T CORPORATION SYSTEM
330 N BRAND BLVD, SUITE 700
GLENDALE, CA 91203

WESTERN STAR FINANCIAL, INC.
509 W OLIVE ST, APT 201
SPRINGFIELD, MO 65806

WESTERN STAR FINANCIAL, INC.
C/O DANA CORMEY, AGENT FOR SERVICE OF PROCESS
3732 12TH STREET
RIVERSIDE, CA 92501

PROMINENCE CAPITAL PARTNERS, LLC
974 SANDSTONE DRIVE
GLENDORA, CA 91740

PROMINENCE CAPITAL PARTNERS, LLC
C/O TODD TUROCI, AGENT FOR SERVICE OF PROCESS
3845 10TH STREET
RIVERSIDE, CA 92501

MURRIETA SPRINGS RETAIL GROUP, LLC
7152 ALMADEN LANE
CARLSBAD, CA 92009

MURRIETA SPRINGS RETAIL GROUP, LLC
C/O AMBER S. CROTHALL, AGENT FOR SERVICE OF PROCESS
900 PIER VIEW WAY
OCEANSIDE, CA 92054

RIVERSIDE COUNTY TAX COLLECTOR
4080 LEMMON ST, 4TH FLOOR
RIVERSIDE, CA 92501