United States Bankruptcy Court

Central District of California

In re:  Case No. 18-13248-SY
Jared Hunter Scarth  Chapter 7
Victoria Carol Scarth
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0973-6    User: admin    Page 1 of 2
Date Rcvd: Jan 06, 2026    Form ID: pdf042    Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol**    **Definition**
+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 08, 2026:**

**Recip ID**    **Recipient Name and Address**
db/jdb    + Jared Hunter Scarth, Victoria Carol Scarth, 31222 Mangrove Dr., Temecula, CA 92592-4176

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 08, 2026    Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 6, 2026 at the address(es) listed below:

**Name**    **Email Address**

Benjamin Heston
    on behalf of Debtor Jared Hunter Scarth bhestonecf@gmail.com  benheston@recap.email,NexusBankruptcy@jubileebk.net

Benjamin Heston
    on behalf of Joint Debtor Victoria Carol Scarth bhestonecf@gmail.com  benheston@recap.email,NexusBankruptcy@jubileebk.net

Carol Baxter
    on behalf of Creditor Alaska USA Federal Credit Union enforcement@alaskausa.org

Gary S Saunders
    on behalf of Joint Debtor Victoria Carol Scarth gary@saundersapc.com
    litigation@saundersapc.com;morena@saundersapc.com;marvin@saundersapc.com;susan@saundersapc.com;alba@saundersapc.com;r50512@notify.bestcase.com

Gary S Saunders
    on behalf of Debtor Jared Hunter Scarth gary@saundersapc.com

| | |
|---|---|
| District/off: 0973-6 | User: admin | Page 2 of 2 |
| Date Rcvd: Jan 06, 2026 | Form ID: pdf042 | Total Noticed: 1 |

litigation@saundersapc.com;morena@saundersapc.com;marvin@saundersapc.com;susan@saundersapc.com;alba@saundersapc.com;r50512@notify.bestcase.com

Gilbert R Yabes
on behalf of Interested Party Courtesy NEF ecfcacb@aldridgepite.com GRY@ecf.inforuptcy.com;gyabes@aldridgepite.com

Joseph M Pleasant
on behalf of Creditor JPMorgan Chase Bank N.A. jpleasant@reeselawgroup.com, jguerin@reeselawgroup.com

Josephine E Salmon
on behalf of Interested Party Courtesy NEF ecfcacb@aldridgepite.com JES@ecf.inforuptcy.com;jsalmon@aldridgepite.com

Nancy L Lee
on behalf of Creditor Lakeview Loan Servicing LLC, its assignees and/or successors, by and through its servicing agent M&T Bank bknotice@mccarthyholthus.com, nlee@ecf.courtdrive.com

Nancy L Lee
on behalf of Creditor M&T Bank as Attorney in Fact for Lakeview Loan Servicing LLC bknotice@mccarthyholthus.com, nlee@ecf.courtdrive.com

Nancy L Lee
on behalf of Interested Party Courtesy NEF bknotice@mccarthyholthus.com nlee@ecf.courtdrive.com

Robert Whitmore (TR)
C211@ecfcbis.com

Sabari Mukherjee
on behalf of Interested Party Courtesy NEF notices@becket-lee.com

Todd L Turoci
on behalf of Interested Party Western Star Financial Inc. mail@theturocifirm.com, Turoci.ToddR83725@notify.bestcase.com

United States Trustee (RS)
ustpregion16.rs.ecf@usdoj.gov

Valerie Smith
on behalf of Interested Party Courtesy NEF claims@recoverycorp.com

Yvonne Ramirez-Browning
on behalf of Creditor Wells Fargo Bank National Association yvonne@browninglawgroup.com, veronica@browninglawgroup.com

TOTAL: 17

| Attorney or Party Name, Address, Telephone & FAX Numbers, State Bar Number & Email Address<br><br>NEXUS BANKRUPTCY<br>Benjamin Heston (297798)<br>3090 Bristol Street #400<br>Costa Mesa, CA 92626<br>Tel: 949.312.1377<br>Fax: 949.288.2054<br>*ben@nexusbk.com*<br><br>☐ *Debtor appearing without attorney*<br>☒ *Attorney for:* Debtors | FOR COURT USE ONLY<br><br>**FILED & ENTERED**<br><br>**JAN 06 2026**<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY** Mason **DEPUTY CLERK**<br><br>**CHANGES MADE BY COURT** |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA – RIVERSIDE DIVISION**

| In re:<br><br>JARED HUNTER SCARTH, and<br><br>VICTORIA CAROL SCARTH,<br><br><br><br>Debtor(s). | CASE NUMBER: 6:18-bk-13248-SY<br>CHAPTER: 7<br><br>**ORDER ☒ GRANTING ☐ DENYING DEBTOR'S MOTION TO AVOID LIEN UNDER 11 U.S.C.§ 522(f) (REAL PROPERTY)**<br><br>☒ No hearing held<br>☐ Hearing held<br>DATE:<br>TIME:<br>COURTROOM:<br>ADDRESS: |

**Creditor Holding Lien to be Avoided** (*name*)*:* MURRIETA SPRINGS RETAIL GROUP, LLC

The Motion was:    ☐ Opposed    ☐ Unopposed    ☒ Settled by stipulation [Docket no. 115]

Pursuant to 11 U.S.C. § 522(f), Debtor moved to avoid a judicial lien on real property claimed to be exempt. The court finds and orders as follows:

1. ☐ Notice of this Motion complied with LBR 9013-1(d).

2. ☐ Notice of this Motion complied with LBR 9013-1(o).

   a. ☐ There was no opposition and request for hearing.

   b. ☐ Hearing requested and held as indicated in the caption.

> *"Bankruptcy Code" and "11 U.S.C."* refer to the United States Bankruptcy Code, Title 11 of the United States Code.
> *"FRBP"* refers to the Federal Rules of Bankruptcy Procedure.  *"LBR"* and *"LBRs"* refer to the Local Bankruptcy Rule(s) of this court.

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

3. ☒ Motion granted as set forth in the **Attachment** to this order.

4. ☐ Motion denied on the following grounds:    ☐ with prejudice    ☐ without prejudice

   a. ☐ Insufficient notice
   b. ☐ Insufficient evidence of the exempt status of the property in question
   c. ☐ Failure to comply with FRBP 7004(b)(3) or FRBP 7004(h).
   d. ☐ Insufficient evidence of fair market value.
   e. ☐ Motion is incomplete.
   f. ☐ Other (*specify*):

5. ☐ The court further orders as follows (*specify*):

   ☐ See attached page

                                               ###

Date: January 6, 2026

_Scott H. Yun_
Scott H. Yun
United States Bankruptcy Judge

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2017*                    Page 2                    **F 4003-2.1.AVOID.LIEN.RP.ORDER**

# ATTACHMENT TO MOTION/ORDER
# (11 U.S.C. § 522(f): AVOIDANCE OF REAL PROPERTY JUDICIAL LIENS)

This court makes the following findings of fact and conclusions of law:

1. **Creditor Lienholder/Servicer:** <u>Murrieta Springs Retail Group, LLC</u>

2. **Subject Lien:** Date and place of recordation of lien (specify): <u>2/26/2018, Official Records of Riverside County</u>
   Recorders instrument number or document recording number: <u>2018-0071023</u>

3. **Collateral:** Street address, legal description and/or map/book/page number, including county of recording:

   Street address: <u>31222 Mangrove Drive, Temecula, CA 92592</u>

   Legal description: <u>.10 Acres M/l In Lot 56 Mb 421/028 Tr 31946</u>

4. ☒ Motion granted:

   a. ☒ The judicial lien sought to be avoided impairs an exemption to which Debtor would otherwise be entitled under 11 U.S.C. § 522(d)

   b. ☒ The judicial lien is void and unenforceable:

   (1) ☒ In its entirety

   (2) ☐ In the following amount *only*: $ _____. The balance of $ _____ remains a valid and enforceable lien against the property.

   c. Unless otherwise ordered, any claim(s) that were secured by the avoided lien(s) are to be treated as general unsecured claim(s) and are to be paid pro-rata with all other unsecured claims.

---

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2017*     Page 3     **F 4003-2.1.AVOID.LIEN.RP.ORDER**